```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :    ORDER

     - v -                              :

                                        :    08 Cr. 181
MARIO S. LEVIS,
     a/k/a "Sammy Levis,"               :

             Defendant.                 :

- - - - - - - - - - - - - - - - - - - - - - - x
```

HONORABLE RONALD L. ELLIS, United States Magistrate Judge:

       The Court, having been advised that the above-referenced defendant is now present in this District, hereby orders that Indictment 08 Cr. 181 may be unsealed.

Dated:    March 5, 2008

_____
RONALD L. ELLIS
UNITED STATES MAGISTRATE JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 05 2008