UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                 :

      -v-                               :    ORDER

                                        :    08 Cr. 181 (TPG)

MARIO S. LEVIS,
     a/k/a "Sammy Levis,"                  :

              Defendant.            :

- - - - - - - - - - - - - - - - - - - X

      Upon the application of the United States of America
and the affirmation of David M. Siegal, Assistant United States
Attorney for the Southern District of New York, it is found that
the number of victims in the above-captioned case makes it
impracticable to accord all of the victims of the charged
offenses the rights described in Title 18, United States Code,
Section 3771(a).

      It is further found, pursuant to Title 18, United
States Code, Section 3771(d)(2), that the procedures described
below regarding victim notification and victims rights are a
reasonable procedure that will give effect to Title 18, United
States Code, Section 3771 without unduly complicating or
prolonging the proceedings in this matter.

      Accordingly, it is hereby ORDERED

      That the following are reasonable procedures giving
effect to the notification rights contained in Title 18, United
States Code, Section 3771(a):

(1)   The Government will cause a notice ("the Notice") of this case to be: (a) posted on the Internet at http://www.usdoj.gov/usao/nys/victimwitness.html; and (b) sent directly to America Online.

(2)   The Notice will contain the following information:

a.   The caption, case number, assigned judge, and names of corporate entities (if public) involved in the case for which notification is made;

b.   A substantially verbatim listing of the rights provided for in Title 18, United States Code, Section 3771(a);

c.   The schedule for the sentencing in this case; and

d.   The name and contact information for a United States Attorney's Office official with responsibility for addressing victims rights.

(3)   Subsequent to the posting and distribution of the Notice, the Government will update the internet posting relating to this case to reflect scheduled court and public proceedings, within a reasonable period of time in advance of such scheduling.

(4)   The Notice will specify that the Court, in order to conduct orderly proceedings and to maintain a reasonable

2

schedule, requires advance notice to be made to the United States Probation Department, in writing, from victims who wish to be heard during court proceedings such as sentencing.  Based on the number of victims who provide such written notice, the Court will rule on the manner in which victims will be heard at such proceedings.


Dated:     New York, New York
           March ____, 2008


                         SO ORDERED:


                         _____
                         HONORABLE THOMAS P. GRIESA
                         UNITED STATES DISTRICT JUDGE