ROY BLACK
HOWARD M. SREBNICK
SCOTT A. KORNSPAN
LARRY A. STUMPF
MARIA NEYRA
JACKIE PERCZEK
MARK A.J. SHAPIRO
JARED LOPEZ



**BLACK SREBNICK KORNSPAN & STUMPF**
═P.A.═

CHRISTINE M. NG
JESSICA FONSECA-NADER
KATHLEEN P. PHILLIPS
AARON ANTHON
MARCOS BEATON, JR.
MATTHEW P. O'BRIEN

E-Mail: *RBlack@RoyBlack.com*

March 17, 2008

<u>**Via Federal Express**</u>
Honorable Thomas P. Griesa
United States District Judge
Southern District of New York
500 Pearl Street, Room 1630
New York, New York 10007-1312



MAR 18 2008

Re:   <u>*United States v. Mario S. Levis*</u>
       Case No. 08-CR-00181-RPP-1

Dear Judge Griesa:

   We represent Mario S. Levis, the defendant in the above-styled cause. Mr. Levis's arraignment is currently scheduled for Thursday, March 20, 2008, at 4:00 p.m. Undersigned counsel, Howard Srebnick, Esq., will be covering the arraignment. Inasmuch as Mr. Srebnick is currently in the middle of a trial and therefore has a scheduling conflict with the scheduled date, we write to respectfully request that you adjourn and reset the arraignment to **Monday, March 31, 2008, at 2:30 p.m.** We have communicated with AUSAs David Siegal and Diane Gujarati, who advise that the government has no objection to this adjournment. Moreover, your courtroom deputy has advised that this proposed date and time are available.

   Because this request is being made to accommodate our schedule and to preserve Mr. Levis's continuity of counsel, the adjournment is in the interests of justice, and any resulting delay should be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A). Thank you for your consideration of this request.

Approved
Thomas P. Griesa
USDJ  3/18/08

Very truly yours,

ROY BLACK
HOWARD SREBNICK
MARIA NEYRA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08

cc: AUSA David Siegal (by fax)
    AUSA Diane Gujarati (by fax)

201 S. Biscayne Boulevard, Suite 1300 • Miami, Florida 33131 • Phone: 305-371-6421 • Fax: 305-358-2006 • www.RoyBlack.com