ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA          :    Case No.: 08 Cr. 181 (TPG)
                                  :
            *Plaintiff,*           :    **MOTION TO ADMIT COUNSEL**
                                  :    ***PRO HAC VICE***
      v.                          :
                                  :
MARIO SAMUEL LEVIS                :
                                  :
            *Defendant.*           :
------------------------------------------------------x

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, I, Jeffrey B. Sklaroff, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> Roy Black
> Black, Srebnick, Kornspan, & Stumpf, P.A.
> 201 South Biscayne Boulevard, Suite 1300
> Miami, Florida 33131
> Telephone: (305) 371-6421
> Facsimile: (305) 358-2006
> Email: Rblack@Royblack.com
>
> Howard M. Srebnick
> Black, Srebnick, Kornspan, & Stumpf, P.A.
> 201 South Biscayne Boulevard, Suite 1300
> Miami, Florida 33131
> Telephone: (305) 371-6421
> Facsimile: (305) 358-2006
> Email: Hsrebnick@Royblack.com
>
> Maria Neyra
> Black, Srebnick, Kornspan, & Stumpf, P.A.
> 201 South Biscayne Boulevard, Suite 1300
> Miami, Florida 33131
> Telephone: (305) 371-6421
> Facsimile: (305) 358-2006
> Email: Mneyra@Royblack.com

Roy Black, Howard M. Srebnick and Maria Neyra are members in good standing of the Bar of the State of Florida. There are no pending disciplinary proceedings against them in any Federal or State court.

Dated: New York, New York
       March 27, 2008

Respectfully Submitted,

*/s/ Jeffrey B. Sklaroff*

Jeffrey B. Sklaroff (JS4427)
**GREENBERG TRAURIG, LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                        :
UNITED STATES OF AMERICA                :   Case No.: 08 Cr. 181 (TPG)
                                        :
            Plaintiff,                  :   **AFFIDAVIT OF JEFFREY B. SKLAROFF**
                                        :   **IN SUPPORT OF MOTION TO ADMIT**
       v.                               :   **COUNSEL *PRO HAC VICE***
                                        :
MARIO SAMUEL LEVIS                      :
                                        :
            Defendant.                  :
------------------------------------------------------x

STATE OF NEW YORK     )
                      : ss.:
COUNTY OF NEW YORK    )

Jeffrey B. Sklaroff, being duly sworn, deposes and says as follows:

1.   I am a Shareholder (member) of the firm of Greenberg Traurig, LLP, local counsel for Defendant Mario Samuel Levis in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Roy Black, Howard Srebnick and Maria Neyra as counsel *pro hac vice* to represent Defendant in this matter.

2.   I am a member in good standing of the bar of the State of New York and was admitted to practice law in May 1981. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.   Roy Black, Howard Srebnick, and Maria Neyra are partners at Black, Srebnick, Kornspan, & Stumpf., P.A., in Miami, Florida.

4. I have found Mr. Black, Mr. Srebnick, and Ms. Neyra to be skilled attorneys and individuals of integrity. They are experienced in federal practice and are familiar with the Federal Rules of Civil and Criminal Procedure.

5. Accordingly, I am pleased to move for the admissions of Roy Black, Howard Srebnick and Maria Neyra, *pro hac vice*.

6. I respectfully submit a proposed order granting the admissions of Roy Black, Howard Srebnick and Maria Neyra, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Roy Black, Howard Srebnick and Maria Neyra, *pro hac vice*, to represent the Defendant, Mario Samuel Levis in the above captioned case, be granted.

Dated: New York, New York
      March 27, 2008

Respectfully Submitted,

_____
JEFFREY B. SKLAROFF (JS4427)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

Attorneys for Defendant

Sworn to before me this
27th day of March, 2008

_____
Notary Public

JANE E. FRAYNE
Notary Public, State of New York
No. 01FR4976422
Qualified in Richmond County
Commission Expires 1/14/11

2

AO 136
(Rev. 6/82)

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



### CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

Fla. Bar. # **126088**

I, **STEVEN M. LARIMORE,**   Clerk of the United States District Court
for the Southern District of Florida,

DO HEREBY CERTIFY that **Roy Black** was duly admitted to practice in said Court on **11/20/1975**, and is in good standing as a member of the bar of this Court.

Dated at: **Miami, Florida**, this March 25, 2008.

STEVEN M. LARIMORE
Court Administrator •Clerk of Court

By 
Deputy Clerk



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida    )

County of Leon    )

       In Re: 74233
           Maria De los Angeles Neyra
           Black, Srebnick, Kornspan &
           Stumpt
           201 S. Biscayne Blvd., Ste. 1300
           Miami, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on February 26, 1996.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 7TH day of March, 2008.

Johnny M. Smith
Assistant Director, Membership Records
The Florida Bar

LMS/smree1:R106

AO 136
(Rev. 6/82)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



**CERTIFICATE OF GOOD STANDING**

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

Florida Bar # **919063**

I, **STEVEN M. LARIMORE**,    Clerk of the United States District Court
for the Southern District of Florida,

DO HEREBY CERTIFY that   *Howard Milton Srebnick*   was duly admitted to practice in said Court on **06/30/95**, and on **07/16/95** - Trial Bar, and is in good standing as a member of the bar of this Court.

Dated at:  **Miami, Florida**, this March 6, 2008.

STEVEN M. LARIMORE
Court Administrator / Clerk of Court

By _____
Deputy Clerk

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and complete copy hereof has been furnished via U.S. Mail this 27th of March, 2008 to:

| | |
|---|---|
| AUSA David Segal<br>United States Attorney's Office<br>Southern District of New York<br>One St. Andrews Plaza<br>New York, NY 10007 | Roy Black, Esq.<br>Howard M. Srebnick, Esq.<br>Maria Neyra, Esq.<br>Black, Srebnick, Kornspan, & Stumpf. P.A.<br>201 South Biscayne Boulevard, Suite 1300<br>Miami, Florida 33131 |

_____
JEFFREY B. SKLAROFF

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
:
UNITED STATES OF AMERICA         :   Case No.: 08 Cr. 181 (TPG)
:
*Plaintiff*,   :   **ORDER FOR ADMISSION**
:   ***PRO HAC VICE* ON**
v.   :   **WRITTEN MOTION**
:
MARIO SAMUEL LEVIS   :
:
*Defendant.*   :
------------------------------------------------------x

Upon the motion of Jeffrey B. Sklaroff, attorney for Mario Samuel Levis and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Roy Black, Howard Srebnick, and Maria Neyra
Black, Srebnick, Kornspan, & Stumpf. P.A.
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131
Telephone: (305)371-6421
Facsimile: (305) 358-2006
Email Address: Rblack@Royblack.com, Hsrebnick@Royblack.com, and
    Mneyra@Royblack.com.

are admitted to practice *pro hac vice*, as counsel for Mario Samuel Levis in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
    March __, 2008

_____
UNITED STATES DISTRICT JUDGE