ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff,<br><br>v.<br><br>MARIO SAMUEL LEVIS,<br>       Defendant. | )<br>)<br>)<br>)   CASE NO.: 08- Cr-00181-RPP-1 (TPG)<br>)<br>)<br>)<br>) |

## WAIVER OF APPEARANCE AT ARRAIGNMENT
## AND NOT GUILTY PLEA

Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, the Defendant,

**MARIO SAMUEL LEVIS**, hereby waives his right to appear at the arraignment scheduled for

Monday, March 31, 2008 at 2 P.M..

1. Mr. Levis has received a copy of the Indictment returned;

2. Mr. Levis, together with undersigned counsel, has read the Indictment, and waives its formal reading in open court;

3. Mr. Levis respectfully asks the Court to enter, on his behalf, a plea of NOT GUILTY as to each and every count in the Indictment;

4. Mr. Levis demands a trial by jury; and

5. Mr. Levis requests government disclosure of Rule 16(a) materials and/or information.

Respectfully submitted,

_____   3/25/08
Mario Samuel Levis                 Date

BLACK, SREBNICK, KORNSPAN & STUMPF
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131
Ph.: (305) 371-6421 – Fax: (305) 358-2006
E-mail Srebnick@RoyBlack.com

By: /s/ *signature*
HOWARD M. SREBNICK
Florida Bar No. 919063
Counsel for Mario Samuel Levis

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and complete copy hereof has been furnished via U.S. Mail this 21st day of March, 2008 to:

David Segal, AUSA
U.S. Attorney's Office
Southern District of New York
1 St. Andrews Plaza
New York, NY 10007

Howard M. Srebnick, Esq.
Black, Srebnick, Kornspan, & Stumpf, P.A.
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131

By. /s/ *signature*
HOWARD M. SREBNICK, ESQ.