UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br><br>v.<br><br>MARIO SAMUEL LEVIS,<br>*Defendant.* | CASE NO.: 08-Cr-00181-RPP-1 |

### ORDER MODIFYING TRAVEL RESTRICTIONS

Upon the application of the Defendant, Mario S. Levis, and without objection from the government, the conditions of bond were modified at the arraignment on March 31, 2008. The Defendant's travel is restricted to the Middle District of Florida, the Southern District of Florida, the district of Puerto Rico, the Southern District of New York, the Eastern District of New York and the District of New Jersey (Newark).

SO ORDERED:

Dated this 7th day of April, 2008.
New York, New York.

By. _____
United States District Judge Greisa

Black, Srebnick, Kornspan & Stumpf
201 S. Biscayne Boulevard, Suite 1300 · Miami, Florida 33131 · Phone: 305-371-6421 · Fax: 305-358-2006 · www.RoyBlack.com