

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 22, 2008

**BY HAND DELIVERY**

Honorable Thomas P. Griesa
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1630
New York, New York 10007



Re:   United States v. Mario S. Levis, 08 Cr. 181 (TPG)

Dear Judge Griesa:

    The Government respectfully submits this letter, with the consent of counsel for the defendant, to request that the Court adjourn the pretrial conference currently scheduled for May 1, 2008 at 4:30 p.m. until May 19, 2008 at 4:30 p.m. and exclude time, pursuant to 18 U.S.C. § 3161(h)(8)(A), until May 19, 2008.

    Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial because it will allow the Government to produce

*Approved.*
*Thomas P. Griesa*
*USDJ*
*5/5/08*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

Hon. Thomas P. Griesa
April 22, 2008
Page 2

discovery materials to the defendant and allow the defendant to begin to consider those materials.

          Respectfully submitted,

          LEV L. DASSIN
          Acting United States Attorney

By:    _____
          Diane Gujarati
          Assistant United States Attorney
          (212) 637-2507

          Jason Anthony
          Special Assistant United States Attorney
          (212) 637-2398

cc:    Howard Srebnick, Esq.
      (via facsimile)