USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITES STATES OF AMERICA )
)
)
V. ) CASE NO.: 08 Cr. 181
)
MARIO SAMUEL LEVIS )
*Defendant.* )
)

### ORDER MODIFYING THE LAST PARAGRAPH OF D.E. #5

Upon the unopposed application of the Defendant, Mario S. Levis, the last paragraph of the March 14th, 2008 order requiring the defendant's mother, Aida Marquez, to open a brokerage account and pledge and deposit GNMA bonds or securities with a value of $10,000,000 with Santander Securities (D.E. #5) is modified as follows:

Monthly interest and any prepaid principal paid and other income received is to be disbursed to Aida Marquez, as consistent with Santander Securities' account policies. In the event the market value of the securities held in the brokerage account fall below $10,000,000 this Court may order additional securities and/or cash or cash equivalent to be deposited into the account. Santander Securities will not release or transfer any principal of the securities pledged and deposited by Aida Marquez into the brokerage account, such that would cause the balance to fall below the $10,000,000 value, without a prior, written order from this Court to Santander Securities Compliance Officer. Santander Securities is to ensure that the brokerage account maintains a value of $10,000,000 at all times and may require Aida Marquez to deposit additional GNMA bonds or securities to substitute for any prepaid principal paid. But for this modification to the last paragraph, the text of the March

14, 2008, order remains the same and in effect.

Dated this 5th day of May, 2008.

New York, New York

By. /s/ Thomas P. Griesa

          **United States District Judge Griesa**