UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,    )
    Plaintiff,    )
    )
V.    )    CASE NO.: 08- Cr-00181-RPP-1
    )
MARIO SAMUEL LEVIS,    )
    Defendant.    )
    )

## WAIVER OF APPEARANCE

The Defendant, **MARIO SAMUEL LEVIS**, hereby waives his right to appear at the status conference scheduled for Monday, May 19, 2008 at 4:30 P.M.. Government counsel has no objection to the waiver.

Respectfully submitted,

_____    5/16/08
Mario Samuel Levis    Date

**BLACK, SREBNICK, KORNSPAN & STUMPF**
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131
Ph.: (305) 371-6421 – Fax: (305) 358-2006
E-mail Srebnick@RoyBlack.com

By: _____
HOWARD M. SREBNICK
Florida Bar No. 919063
Counsel for Mario Samuel Levis

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and complete copy hereof has been furnished via U.S. Mail this 16th day of May, 2008 to:

Christopher L. Garcia, AUSA
U.S. Attorney's Office
Southern District of New York
1 St. Andrews Plaza
New York, NY 10007

Howard M. Srebnick, Esq.
Black, Srebnick, Kornspan, & Stumpf. P.A.
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131

Diane Gujarati, AUSA
U.S. Attorney's Office
Southern District of New York
1 St. Andrews Plaza
New York, NY 10007

By: _____
HOWARD M. SREBNICK, ESQ.