UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **NO. 08-CR-181** |
| ) | |
| MARIO S. LEVIS ) | |
| _____ ) | |

### DEFENDANT'S MOTION TO TRANSFER THIS CASE TO THE DISTRICT OF PUERTO RICO

Defendant MARIO S. LEVIS ("Levis"), through undersigned counsel, respectfully moves this Court, pursuant to Fed. R. Crim. P. 21(b), for an order transferring this case to the District of Puerto Rico for the convenience of the parties and witnesses and in the interest of justice. In support of this motion, Levis is filing herewith a memorandum of law with accompanying exhibits, including the Declaration of Maria D. Neyra, Esq.

Respectfully submitted,

 /s Roy Black
ROY BLACK, ESQ.
(FL Bar No. 126088)
HOWARD M. SREBNICK, ESQ.
(FL Bar No. 919063)
MARIA D. NEYRA, ESQ.
(FL Bar No. 074233)
Black, Srebnick, Kornspan & Stumpf, P.A.
201 South Biscayne Blvd., Suite 1300
Miami, Florida 33131
Tele: (305) 371-6421
Fax: (305) 358-2006
rblack@royblack.com

*Attorneys for Defendant Levis*