UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #: _____
DATE FILED: 9/18/08
```

UNITED STATES OF AMERICA                  :

              -v.-                          :          <u>Order</u>

MARIO S. LEVIS,                           :          08 Cr. 181 (TPG)
      a/k/a "Sammy Levis,"                 :

          Defendant.                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GRIESA, D.J.

      WHEREAS, on July 18, 2008, the defendant filed pretrial motions seeking orders from the Court: (1) transferring this case to the District of Puerto Rico; (2) compelling the disclosure of a witness list, an exhibit list, and notice of 404(b) evidence 90 days in advance of trial; and (3) suppressing certain statements made by defendant;

      WHEREAS, on August 15, 2008, the Government submitted a response to defendant's motions;

      WHEREAS, a conference in this matter was previously set for September 15, 2008 at 4:30 p.m.;

      WHEREAS, more time than is available on September 15, 2008 is required for the Court to hear and consider the arguments of counsel concerning defendant's applications;

      WHEREAS, the parties consent to an adjournment of the September 15, 2008 conference until October 7, 2008 at 2:30 p.m.;

      WHEREAS, the time afforded by the adjournment of the conference will be utilized by the parties to prepare for argument at the October 7, 2008 conference, and by the

Court to review the papers submitted by the parties relating to the defendant's various pretrial motions;

WHEREAS, the time until October 7, 2008 will otherwise be used by defense counsel to review discovery, consult with the defendant, and generally to prepare for trial;

WHEREAS, defense counsel consents to the exclusion of time under the Speedy Trial Act until October 7, 2008;

WHEREAS, Courts "shall" exclude time relating to delay resulting from "any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion" and "any proceeding relating to the transfer of a case . . . ." 18 U.S.C. § 3161(h)(1)(F)-(G);

WHEREAS, the exclusion of time until October 7, 2008 will serve the interests of justice and outweigh the interests of the public and the defendant in a speedy trial because it will ensure the effective assistance of counsel, continuity of counsel, and prevent any miscarriage of justice that would result if such continuance were not granted, 18 U.S.C. § 3161(h)(8)(A)-(B);

IT IS HEREBY ORDERED that the next conference in this matter will be held on October 7, 2008 at 2:30 p.m. at which time the Court will entertain argument on defendant's various pretrial motions;

IT IS FURTHER ORDERED that the time until October 7, 2008 be excluded from the calculation of time under the Speedy Trial Act. The delay until that time is attributable to ongoing and active litigation relating to the defendant's pretrial motions, one of which seeks the transfer of this case to the District of Puerto Rico. 18 U.S.C. § 3161(h)(1)(F)-(G). Furthermore, the continuance of this matter will serve the interests of justice and outweigh

the interests of the public and the defendant in a speedy trial because it will ensure the effective

assistance of counsel, continuity of counsel, and prevent any miscarriage of justice that would

result if such continuance were not granted.  18 U.S.C. § 3161(h)(8)(A)-(B).

Dated: New York, New York
      September 17, 2008

                                  UNITED STATES DISTRICT JUDGE