UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                       :
UNITED STATES OF AMERICA        :    Case No.: 08 Cr. 181 (TPG)
                                                       :
            *Plaintiff*,                  :    **ORDER FOR ADMISSION**
                                                       :    ***PRO HAC VICE* ON**
     v.                                            :    **WRITTEN MOTION**
                                                       :
MARIO SAMUEL LEVIS              :
                                                       :
            *Defendant*.                :
-------------------------------------------------------x

Upon the motion of Jeffrey B. Sklaroff, attorney for Mario Samuel Levis and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Scott A. Srebnick, Esq.
Scott A. Srebnick, P.A.
201 South Biscayne Boulevard, Suite 1380
Miami, Florida 33131
Telephone: (305) 285-9019
Facsimile: (305) 377-9937

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/08
```

is admitted to practice *pro hac vice*, as counsel for Mario Samuel Levis in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
       October 7, 2008

_____
UNITED STATES DISTRICT JUDGE