```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                 :

    - against -                              :       08 Cr. 181 (TPG)

MARIO S. LEVIS,                           :       **ORDER**
a/k/a "Sammy Levis,"
                                              :
                  Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

        Certain motions were filed by defendant in this case and resolved at a hearing held on October 7, 2008. A brief description of the motions and dispositions follow.

        Defendant moved to transfer the case to the District of Puerto Rico. The motion is denied.

        Defendant moved to file, ex parte and under seal, a list of potential defense witnesses in connection with the defense motion to transfer the case to Puerto Rico. The motion is denied.

        Defendant moved to compel disclosure of a witness list, exhibit list and Rule 404(b) evidence no later than 90 days prior to trial. The motion is granted with the modifications announced at the hearing.

        Defendant moved to suppress certain statements and notes. The motion is denied at this point, since the Government states that it does not intend to use these statements and notes as evidence. If the Government

-2-

changes its plans, the court will resolve any issue at that time.

       SO ORDERED.

Dated:    New York, New York
            October 9, 2008

                                    _____
                                          THOMAS P. GRIESA
                                              U.S.D.J.