UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 08 Cr. 181 (TPG) |
| - against - | : | **ORDER** |
| MARIO S. LEVIS, | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

The trial of this action was previously set for April 7, 2009.  The defense has now applied for an adjournment of that date.  The court grants the application, and the trial of the case will commence in September 2009, the exact date to be set with my Deputy Clerk.

SO ORDERED.

Dated:   New York, New York
         October 27, 2008

_____
THOMAS P. GRIESA
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/08