UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :

     -v.-           :   Order

MARIO S. LEVIS,           :   08 Cr. 181 (TPG)
   a/k/a "Sammy Levis,"

     Defendant.           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/08
```

GRIESA, D.J.

     WHEREAS, on October 7, 2008, the Court conducted a conference and fixed March 2, 2009, as the trial date in this matter;

     WHEREAS, on October 14, 2008, the defendant submitted an application to the Court requesting that the trial be adjourned until sometime in September 2009 on the ground that defense counsel cannot prepare for a trial commencing in the spring of 2009 in a constitutionally effective manner;

     IT IS HEREBY ORDERED that the defendant's application for an adjournment of the above-referenced trial date is GRANTED;

     IT IS FURTHER ORDERED that the trial of this matter will begin on September 14, 2009, and that such date is intended to be a firm trial date;

     IT IS FURTHER ORDERED that the time until September 14, 2009, be excluded from the calculation of time under the Speedy Trial Act. Such continuance of this matter will serve the interests of justice and outweigh the interests of the public and the defendant in a speedy trial, as prior continuances have, because it will ensure the effective

assistance of counsel, continuity of counsel, and prevent any miscarriage of justice that would result if such continuance were not granted. 18 U.S.C. § 3161(h)(8)(A)-(B).

Dated: New York, New York
~~October ___, 2008~~
November 14, 2008

_____
UNITED STATES DISTRICT JUDGE