**MEMO ENDORSED**

ROY BLACK
HOWARD M. SREBNICK
SCOTT A. KORNSPAN
LARRY A. STUMPF
MARIA NEYRA
JACKIE PERCZEK
MARK A.J. SHAPIRO
JARED LOPEZ

**BLACK
SREBNICK
KORNSPAN
& STUMPF**
P.A.

JESSICA FONSECA-NADER
KATHLEEN P. PHILLIPS
AARON ANTHON
MARCOS BEATON, JR.
MATTHEW P. O'BRIEN
JENIFER J. SOULIKIAS

E-Mail: RBlack@RoyBlack.com



May 5, 2009



**VIA FEDERAL EXPRESS**

Honorable Thomas P. Griesa
United States District Judge
Southern District of New York
500 Pearl Street, Room 1630
New York, New York 10007-1312

Re: **United States v. Levis, No. 8-Cr-181**
   **Adjournment Request – October 2, 2009**

Dear Judge Griesa:

I am lead counsel for Mario S. Levis, the lone defendant in the above-styled case. Trial is scheduled to commence on September 14, 2009.

I have been invited by Gerald Lefcourt to participate in a panel discussion at the 5th Annual White Collar Crime Conference of the National Association of Criminal Defense Lawyers (NACDL), at Fordham University, on **Friday, October 2, 2009**. I am writing to respectfully request that the Court adjourn the trial for the entire day on October 2, 2009, so that I may attend the conference and participate in the panel discussion.

AUSA Christopher Garcia has informed us that the government does not object to this request for a one-day adjournment of the trial. Thank you for your consideration of this request.

Approved.
Thomas P. Griesa
USDJ
5/7/09

Very truly yours,

Roy Black

RB/wg

cc: AUSA Christopher Garcia (via e-mail)

201 S. Biscayne Boulevard, Suite 1300 • Miami, Florida 33131 • Phone: 305-371-6421 • Fax: 305-358-2006 • www.RoyBlack.com