UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

MARIO S. LEVIS,
    a/k/a "Sammy Levis,"

    Defendants.

: NOTICE OF APPEARANCE AND REQUEST
  FOR ELECTRONIC NOTIFICATION
: 08 Cr. 181 (TPG)

TO:  Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case. AUSA Joan Loughnane is no longer assigned to this case. AUSA William Stellmach is separately filing a notice of appearance in this case.

          Respectfully submitted,

          LEV L. DASSIN
          Acting United States Attorney

By:  /s/ William J. Stellmach
     William J. Stellmach
     Assistant United States Attorney
     Telephone: (212) 637-2101

CC via Clerk's Notice of Electronic Filing:
    Roy Black, Esq.