

ROY BLACK
HOWARD M. SREBNICK
SCOTT A. KORNSPAN
LARRY A. STUMPF
MARIA NEYRA
JACKIE PERCZEK
MARK A.J. SHAPIRO
JARED LOPEZ

## BLACK SREBNICK KORNSPAN & STUMPF
### P.A.

JESSICA FONSECA-NADER
KATHLEEN P. PHILLIPS
AARON ANTHON
MARCOS BEATON, JR.
MATTHEW P. O'BRIEN
JENIFER J. SOULIKIAS

E-Mail: *MNeyra@RoyBlack.com*

May 27, 2009

**By Hand Delivery**
Honorable Thomas P. Griesa
United States District Judge
Southern District of New York
500 Pearl Street, Room 1630
Courtroom 26B
New York, NY 10007-1312



RE: United States v. Mario S. Levis,
Case No. 08-Cr-181 (TPG)

Dear Judge Griesa:

We respectfully request an unopposed adjournment of the September 14, 2009 trial date. The basis for the adjournment is the expected production of additional discovery by the government. In order to allow sufficient time for this discovery and to accommodate other scheduling commitments, we propose, without objection from the government, a trial date in March 2010. The parties understand from your Courtroom Deputy John Beale that the Court's calendar is clear during that time period.

As represented by the government this morning, the additional discovery to be produced will be divided into a Concordance database and hard copy documents as itemized below:

        Concordance
        Banco Popular -- 4,100 pages
        Doral Documents to the Southern District -- 6,300 pages
        Countrywide -- 11,000 pages
        Deutsche Bank -- 465 pages
        Merrill Lynch -- 28,000 pages
        UBS -- 26,700 pages
        KPMG -- 94,600 pages

*[Handwritten memo endorsement:]* Adjournment of 9/13 trial date granted. There will be a conference after 8/1 to schedule a trial date. T P Griesa  5/29/09

*5/29/09*

May 27, 2009
Page 2

    Federal Reserve -- 1,260 documents (pages unknown)
    Firstbank – 39,500 documents (pages unknown)
    R&G -- 14,800 documents (pages unknown)

    <u>Hard copy documents</u>:
    Morgan Stanley -- a copy of phone records (maybe 150 pages) and a calendar - 90 pages)
    PWC – 250 pages
    UBS – 2 pages
    Wachovia – 880 pages

   The adjournment is needed in order for the defense to conduct a meaningful review of the estimated 400,000 pages of additional discovery. Towards this end, the parties have already started working together to have the additional data delivered and processed as quickly as possible. The defendant, Mario S. Levis agrees that the period of delay between September 14, 2009 and March 2010, is excludable time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* Thank you for your consideration.

            Most respectfully,

            *Maria Neyra*

            Maria Neyra, Esq.

Cc:
Christopher Garcia
William Stellmach
Daniel Braun
Jason Anthony

MN/gb