UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.    ) | No. 08-CR-181 |
| ) | |
| MARIO S. LEVIS, ) | |
| a/k/a "Sammy Levis," ) | |
| _____) | |

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/10

Upon the application of the defendant, MARIO S. LEVIS, through his counsel, Roy Black Esq., Howard Srebnick, Esq. and Maria Neyra, Esq:

IT IS HEREBY ORDERED:

The defense is granted Internet access through Courtroom Connect during the course of this criminal trial. Internet access is limited to one (1) pre-approved laptop.

Dated:   New York, New York
         March _11_ 2010.

SO ORDERED:

_____
HONORABLE THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE