

**MEMO ENDORSED**

Roy Black
Howard M. Srebnick
Scott A. Kornspan
Larry A. Stumpf
Maria Neyra
Jackie Perczek
Mark A.J. Shapiro
Jared Lopez

**BLACK SREBNICK KORNSPAN & STUMPF**
══ P.A. ══

Jessica Fonseca-Nader
Kathleen P. Phillips
Aaron Anthon
Marcos Beaton, Jr.
Matthew P. O'Brien
Jenifer J. Soulikias
Noah Fox

E-Mail: *RBlack@RoyBlack.com*

March 22, 2010

Honorable Thomas P. Griesa
United States District Judge
Southern District of New York
500 Pearl Street, Room 1630
Courtroom 26B
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/10
```

**RE:   United States v. Mario S. Levis**
**Case No. 08-Cr-~~191~~ (TPG)**
         181

Dear Judge Griesa:

Defense counsel for Mario S. Levis respectfully requests permission to allow the Southern District court reporter in this case to transmit a real time feed of the real-time trial transcript over a secure, internet connection to the Black, Srebnick, Kornspan & Stumpf satellite office located outside the courthouse. The defense will, of course, be responsible for all fees and costs associated with this request.

Subject to your Honor's permission, defense counsel will arrange for court approved vendor, Courtroom Connect, to outfit the court reporter with the capability to transmit a secure, real time feed to defense counsel's remote office. Courtroom Connect will make all the necessary arrangements with the court reporter and, to any extent necessary, with the Court's computer network personnel.

Sumit Chatterjee with Courtroom Connect, telephone number (650)814-5776, is available to answer any questions as to real time transcript services and the actual logistics. It is our understanding from the court reporter services and Courtroom Connect that remote real time connections have been allowed in prior trials held in this district, including *City of New York v. Amereda Hess*, No. 04-cv-03417 (S.D.N.Y. filed May 4, 2004); *In Re: Vivendi Universal*, No. 02-cv-05571

Honorable Thomas P. Griesa
March 22, 2010
Page 2


(S.D.N.Y filed July 18, 2002). To the extent that the Court is amenable to this request, we are prepared to submit a proposed order. Thank you for your consideration.

                                              Very truly yours,

                                              Roy Black

/eh


cc: William Stellmach, Esq.


*Approved.*
*Thomas P. Griesa*
*USDJ*
*3/22/10*