UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,                    :
        Plaintiff,                :
                                  :        CASE NO.: 08-cr-181 (TPG)
v.                                :
                                  :
MARIO S. LEVIS,                   :
        Defendant.                :
. . . . . . . . . . . . . . . . . . . . . . . :

## <u>NOTICE OF FILING</u>

Defendant, **MARIO S. LEVIS**, through undersigned counsel files Exhibits 101 through 133 in further support of  Defendant's Motion to Dismiss The Superseding Indictment Based On A Violation Of His Rights To A Speedy Trial (DE # 61) and Defendant's Memorandum Of Law In Support Of His Motion To Dismiss The Superseding Indictment Based On A Violation Of His Rights To A Speedy Trial (DE # 63).  A copy of these exhibits was submitted to the Court during the Pre-trial Status Conference held on March 24, 2010.

Respectively submitted,

By:  _/s/ Roy Black_____
     ROY BLACK, ESQ.
     (FL Bar No. 126088)
     HOWARD SREBNICK, ESQ.
     (FL Bar No. 919063)
     MARIA D. NEYRA, ESQ.
     (FL Bar No. 074233)

BLACK, SREBNICK, KORNSPAN
& STUMPF, P.A.
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
Phone (305) 371-6421
Fax (305) 358-2006
rblack@royblack.com.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on March 25, 2010, I electronically filed the
foregoing document through CM/ECF, which will then transmit a copy of the
document to:

William Stellmach, AUSA
U.S. Attorney's Office
Southern District of New York
1 St. Andrews Plaza
New York, NY 10007
William.stellmach@usdoj.gov.

   */s/ Roy Black* _____
ROY BLACK, ESQ.

USA v. Levis, 08 CR 181 (TPG)

# EXHIBIT LIST RE
# DEFENDANT'S MOTION TO DISMISS (SPEEDY TRIAL)

| Exhibit # | Date | Description |
|---|---|---|
| 101 | 2005 - 2006 | SEC Staff Attorney Anthony's Correspondence with First BanCorp and R&G re documents |
| 102 | 2006 - 2008 Feb | SEC Press Releases re Civil Settlements with Doral, First BanCorp and R&G |
| 103 | 2008 March 6 | USAO Press Release re Levis Indictment |
| 104 | 2008 May 15 - June 4 | Email string between AUSA Gujarati and Roy Black / Maria Neyra re proposed Federal Reserve Protective Order |
| 105 | 2008 Sept 12 - 2009 May 21 | Email string between AUSA Loughnane and Maria Neyra re proposed Federal Reserve Protective Order and Jewish Holidays |
| 106 | 2009 May 27 | Letter from Maria Neyra to Judge Griesa requesting adjournment to review additional discovery |
| 107 | 2009 May 29 | Email string between Maria Neyra and AUSA Stellmach re Federal Reserve Protective Order |
| 108 | 2009 July 23 - August 7 | Email string between Maria Neyra and AUSAs Stellmach, Braun and Anthony re "the remaining discovery" |
| 109 | 2009 August 17 | Email string between Maria Neyra and AUSA Stellmach with proposed Federal Reserve Protective Order attached |
| 110 | 2009 August 17 | Email string between Maria Neyra and AUSAs Braun and Stellmach re "missing" discovery |
| 111 | 2009 August 17 | Email string between Maria Neyra and AUSAs Stellmach, Braun and Anthony with proposed Federal Reserve Protective Order revised |
| 112 | 2009 August 18 | Transcript of Telephonic Hearing |

| Exhibit # | Date | Description |
|---|---|---|
| 113 | 2009 August 26 | Email from Maria Neyra to AUSA Anthony asking for First Bank docs |
| 114 | 2009 Sept 15 | Email string between Maria Neyra and AUSAs Stellmach, Braun and Anthony re proposed Federal Reserve Protective Order and Curcio issue |
| 115 | 2009 Sept 16 | Email from Maria Neyra to AUSAs Stellmach, Braun and Anthony suggesting that disclosure be limited to Black, Srebnick, Kornspan & Stumpf, PA, so that defense can get Federal Reserve documents |
| 116 | 2009 Sept 16 | Email from Maria Neyra to AUSAs Stellmach, Braun and Anthony forwarding emails from 2008 re Federal Reserve Protective Order |
| 117 | 2009 Sept 23 | Email from AUSA Stellmach to Maria Neyra re Federal Reserve Protective Order |
| 118 | 2009 Sept 30 | Email from AUSA Stellmach to Maria Neyra attaching Federal Reserve Protective Order revised |
| 119 | 2009 Oct 1 | Email from Maria Neyra to AUSAs Stellmach, Braun and Anthony stating no objection to Federal Reserve Protective Order as revised |
| 120 | 2009 Oct 19 | Email from AUSA Stellmach to Maria Neyra requesting an "executed copy" of proposed Federal Reserve Protective Order |
| 121 | 2009 Oct 19-23 | Email string between AUSA Stellmach and Maria Neyra with proposed Federal Reserve Protective Order: "no signature block for Roy . . . He agreed to it" |
| 122 | 2009 Oct 23 | Email string from Maria Neyra's paralegal to AUSA Stellmach "attach[ing] the cover letter and protective order as you requested" |
| 123 | 2009 Oct 29 - Nov 3 | Email string from Maria Neyra to AUSA Stellmach: "Any word on the status of the proposed protective order ..." |
| 124 | 2009 Nov 3-4 | Email from Maria Neyra's computer tech consultant (Mark Feur) and AUSA Braun requesting an "ETA on the availability of" Federal Reserve, Firstbank and R&G documents |

| Exhibit # | Date | Description |
|---|---|---|
| 125 | 2009 Nov 11 | Email from Maria Neyra to AUSAs Stellmach, Braun and Anthony reminding that Firstbank and R&G not yet produced |
| 126 | 2009 Dec 1-4 | Email from Maria Neyra to AUSAs Stellmach, Braun and Anthony responding to government suggesting a Protective Order for Firstbank and R&G documents |
| 127 | 2009 Dec 7 | Email from AUSA Stellmach to Maria Neyra attaching proposed Protective Order |
| 128 | 2009 Dec 21 | Letter from AUSA Stellmach to Roy Black enclosing CDs containing First Bank and R&G documents "[p]ursuant to Federal Rule of Criminal Procedure 16(a)" |
| 129 | 2010 Jan 7 | Letter from Roy Black to Judge Griesa requesting an adjournment of March 22, 2010 trial date |
| 130 | 2010 Jan 26 | Letter from Government to Judge Griesa opposing adjournment |
| 131 | 2010 Jan 27 | Transcript of Hearing |
| 132 | 2010 Feb 2 | Transcript of Hearing |
| 133 | 2010 March 22 | Government's Letter to Judge Griesa |
| 134 | | |
| 135 | | |
| 136 | | |
| 137 | | |
| 138 | | |
| 139 | | |
| 140 | | |
| | | |
| | | |
| | | |
| | | |