**From:**       "Loughnane, Joan (USANYS)" <Joan.Loughnane@usdoj.gov>
**To:**         "Maria NEYRA" <MNEYRA@royblack.com>
**Date:**       9/12/2008 12:49 PM
**Subject:**    RE: US v. Levis

Thanks.

-----Original Message-----
From: Maria NEYRA [mailto:MNEYRA@royblack.com]
Sent: Friday, September 12, 2008 12:47 PM
To: Loughnane, Joan (USANYS)
Subject: RE: US v. Levis

Sure Joan
Scott Srebnick as co-counsel for our client
The Greenberg Traurig joint defense counsel are Jesus Cuza, Cory
Eichorn, John McManus and Jeff Skarloff (although he's only involved
ministerially - meaning locally to hand deliver docs.).
Hope this helps.

>>> "Loughnane, Joan (USANYS)" <Joan.Loughnane@usdoj.gov> 9/12/2008
12:26 PM >>>
Maria,

I am trying to finalize the protective order that you and Diane were
discussing, so that we can provide you with the Fed materials. From the
correspondence, I understand that you wanted Scott Srebnick, as well as
someone from Greenberg Traurig, added to paragraph 2c. Is that correct?
Who is the attorney from Greenberg Traurig that you would like to
include in the order? And finally, is Scott Srebnick being added as
joint defense counsel (as I understand Greenberg Traurig is), or as an
attorney for your client?

Thanks for your help with this,

Joan

-----Original Message-----
From: Maria NEYRA [mailto:MNEYRA@royblack.com]
Sent: Friday, September 12, 2008 9:43 AM
To: Jason Anthony; Garcia, Christopher (USANYS); Gujarati, Diane
(USANYS); Loughnane, Joan (USANYS)
Subject: US v. Levis

Good morning:

I had a dr's appt. yesterday afternoon and learned that John Beale
called our office. Mr. Beale advised that he was taking the status
conf. off calendar for Monday but resetting a motions hearing for Sept.
18th. He advised that the judge is open all day but that they take
lunch between 1PM-2:15PM. We prefer to have the hearing after lunch so
that we can fly in that same day during the early morning hours. Mr.
Beale wanted us to call chambers back with an agreed upon time. I don't
know if you guys have heard from him directly. But, I know Christopher
has been apparently tied. up. If you could kindly advise so that we can
get back to Judge Griesa.



DEFENDANT'S
EXHIBIT

Levis 105

| | |
|---|---|
| **From:** | Maria NEYRA |
| **To:** | Joan (USANYS) Loughnane |
| **Date:** | 5/21/2009 9:52 AM |
| **Subject:** | US v. Levis |

Hi Joan:  I trust you are well and I'm sure busy.  Howard Srebnick wanted to know what the govt's position would be with regards to requesting an adjournment of the Levis trial until Oct. 2, 2009.  He apparently planned to spend the Jewish Holidays (Rosh Hashanah and Yom Kippur) with his family in Miami.  We, of course, will not ask for the Oct. 2 adjournment unless the govt. agrees.  Thanks so much and have a great day.

PS-I addressed the e-mail to you b/c I had heard that Christopher was in trial.

Maria Neyra, Esq.
Black, Srebnick, Kornspan & Stumpf, P.A.
201 S. Biscayne Boulevard, Suite 1300
Miami, FL 33131
Tel:  (305)371-6421 ext. 362
Fax:  (305)358-2006
E-mail: Mneyra@royblack.com