**From:**     "Stellmach, William (USANYS)" <William.Stellmach@usdoj.gov>
**To:**         <MNEYRA@royblack.com>
**Date:**     5/29/2009 1:53 PM
**Subject:**  Re: US v. Levis

Thanks.

----- Original Message -----
From: Maria NEYRA <MNEYRA@royblack.com>
To: Stellmach, William (USANYS)
Cc: Jason Anthony <AnthonyJ@SEC.GOV>
Sent: Fri May 29 13:34:16 2009
Subject: US v. Levis

Hi Bill and Jason:  An adjournment was granted on the Levis case.  Judge Griesa wants, however, wants to hold a conference after August 1, 2009 to discuss a trial date.  I wanted to be sure and let you know.

As for the proposed protective order, we had spoken to AUSA Diane Gujarati back in May 2009 about including language that would allow disclosure under 2(c) to joint defense counsel: Scott Srebnick, Francisco Rebollo
and Greenberg Traurig, P.A.

Kind regards.


Maria Neyra, Esq.
Black, Srebnick, Kornspan & Stumpf, P.A.
201 S. Biscayne Boulevard, Suite 1300
Miami, FL 33131
Tel:  (305)371-6421 ext. 362
Fax:  (305)358-2006
E-mail: Mneyra@royblack.com





DEFENDANT'S
EXHIBIT
Levis 107