**From:** Maria NEYRA
**To:** Daniel (USANYS) Braun; Jason Anthony; William (USANYS) Stellmach
**Date:** 8/7/2009 10:16 AM
**Subject:** RE: US v Levis - Additional Discovery Items

Good Morning Gentlemen:

I wanted to know if anyone was available next week so that we could address the issue of the remaining discovery and trial date.

I also wanted to let you guys know that Roy will not be traveling on Aug. 17th as earlier expected. The status conference, as you know, has already been re-set for Aug. 18th at 3:45 PM but I did want to let you guys know that Roy is now available on both days.

Also, additional reciprocal discovery has gone out today. Let me know about next week.

Have a nice weekend and thank you.


Maria Neyra, Esq.
Black, Srebnick, Kornspan & Stumpf, P.A.
201 S. Biscayne Boulevard, Suite 1300
Miami, FL 33131
Tel: (305)371-6421 ext. 362
Fax: (305)358-2006
E-mail: Mneyra@royblack.com


>>> "Anthony, Jason" <AnthonyJ@SEC.GOV> 7/23/2009 11:37 AM >>>
Thanks. I will look for these. As for the documents yet to be received, I need to check with SDNY.

---

From: Mark Feuer [mailto:mark@forensis.com]
Sent: Thursday, July 23, 2009 11:17 AM
To: Anthony, Jason
Cc: 'Maria NEYRA'
Subject: US v Levis - Additional Discovery Items


Jason,


Here are the documents we have yet to receive for the latest Discovery Production. Please let us know if there is an ETA on when we can expect them.


Missing from Documents Received


CFC-DOR-01411 through 08745



DEFENDANT'S EXHIBIT
Levis 108

UBS_S-00001 through 00118

KPMG-SEC(DORAL)001095 (missing 1 page)


Additional Discovery that we have not received


Federal Reserve*

Firstbank*

R&G*


Thank you,


Mark E. Feuer

Chief Information Officer


FORENSIS

14362 Commerce Way

Miami Lakes, Florida 33016

T   866 757 9393

F   305 757 9392

www.forensis.com <http://www.forensis.com/>

mfeuer@forensis.com