**From:** "Stellmach, William (USANYS)" <William.Stellmach@usdoj.gov>
**To:** "Maria NEYRA" <MNEYRA@royblack.com>
**CC:** "Howard SREBNICK" <HSREBNICK@royblack.com>, "Jason Anthony" <AnthonyJ@SE...
**Date:** 8/17/2009 11:33 AM
**Subject:** RE: US v. Levis

This remains uncorrected in the most recent protective order that Joan sent?


-----Original Message-----
From: Maria NEYRA [mailto:MNEYRA@royblack.com]
Sent: Monday, August 17, 2009 11:20 AM
To: Stellmach, William (USANYS)
Cc: Howard SREBNICK; Jason Anthony; Braun, Daniel (USANYS)
Subject: Fwd: US v. Levis

Gentlemen: Please see below. Thank you.

Maria Neyra, Esq.
Black, Srebnick, Kornspan & Stumpf, P.A.
201 S. Biscayne Boulevard, Suite 1300
Miami, FL 33131
Tel: (305)371-6421 ext. 362
Fax: (305)358-2006
E-mail: Mneyra@royblack.com


>>> Maria NEYRA 5/29/2009 1:34 PM >>>
Hi Bill and Jason: An adjournment was granted on the Levis case. Judge Griesa wants, however, wants to hold a conference after August 1, 2009 to discuss a trial date. I wanted to be sure and let you know.

As for the proposed protective order, we had spoken to AUSA Diane Gujarati back in May 2008 about including language that would allow disclosure under 2(c) to joint defense counsel: Scott Srebnick, Francisco Rebollo
and Greenberg Traurig, P.A.

Kind regards.


Maria Neyra, Esq.
Black, Srebnick, Kornspan & Stumpf, P.A.
201 S. Biscayne Boulevard, Suite 1300
Miami, FL 33131
Tel: (305)371-6421 ext. 362
Fax: (305)358-2006
E-mail: Mneyra@royblack.com

DEFENDANT'S EXHIBIT
Levis 109
Blumberg No. 5114

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA               :

      -v-                              :   PROTECTIVE ORDER
                                           ON CONSENT
MARIO S. LEVIS,                        :
    a/k/a "Sammy Levis,"                   08 Cr. 181 (TPG)

              Defendant.       :

- - - - - - - - - - - - - - - - - - - x

         Upon the application of the United States of America, Lev L. Dassin, Acting United States Attorney, by Diane Gujarati and Christopher L. Garcia, Assistant United States Attorneys, and Jason M. Anthony, Special Assistant United States Attorney, and with the consent of the defendant, MARIO S. LEVIS, a/k/a "Sammy Levis," by and with the consent of his attorneys, Roy Black, Esq., Howard Srebnick, Esq., and Maria Neyra, Esq.,

         IT IS HEREBY ORDERED:

         1.  Documents provided to the United States Attorney's Office for the Southern District of New York by the Board of Governors of the Federal Reserve System may be disclosed to the defendant by the Government pursuant to Fed. R. Crim. P. 16 and are deemed "confidential information."

         2.  Confidential information disclosed to the defendant or his counsel during the course of proceedings in this action:

         a.  Shall be used by the defendant and his attorneys only for purposes of this criminal action;

         b.  Shall not be disclosed in any form by the defendant or his attorneys except as set forth in paragraph 2(c) below;

c. May be disclosed by the defendant or his attorneys only to the following persons (hereinafter "designated persons"): (i) all personnel employed full-time or part-time by the defendant's attorneys and their law firm; (ii) independent expert witnesses or advisors retained by the defendant or his attorneys in connection with this criminal action; (iii) transactional witnesses or their counsel, to the extent deemed necessary by defense counsel for trial preparation; and (iv) such other persons as hereafter may be authorized by the Court upon such motion by the defendant or his attorneys. Copies of documents containing confidential information may not be given to or remain in the custody of transactional witnesses.

3. The defendant and his attorneys shall provide a copy of this Order to the designated persons to whom they disclose confidential information pursuant to paragraph 2(c). Designated persons shall be subject to the terms of this Order.

4. All documents subject to this Protective Order must be returned to the United States Attorney's Office at such time as they are not needed in this action, at the end of the criminal proceedings, or upon Order of the Court, whichever occurs first.

5. The provisions of this Order shall not be construed as preventing the disclosure of any information in any motion, hearing, trial, or sentencing proceeding held in this action or to any Judge or Magistrate Judge of this Court for purposes of this

action.

Dated:   New York, New York
         May   , 2008

                    SO ORDERED:

                    _____
                    HONORABLE THOMAS P. GRIESA
                    UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :

       -v-                          :      PROTECTIVE ORDER
                                            ON CONSENT
MARIO S. LEVIS,                    :
    a/k/a "Sammy Levis,"                 08 Cr. 181 (TPG)

                Defendant.     :

- - - - - - - - - - - - - - - - - - - x

       Upon the application of the United States of America, Lev L. Dassin, Acting United States Attorney, by William Stellmach, Assistant United States Attorney, and Jason M. Anthony, Special Assistant United States Attorney, and with the consent of the defendant, MARIO S. LEVIS, a/k/a "Sammy Levis," by and with the consent of his attorneys, Roy Black, Esq., Howard Srebnick, Esq., and Maria Neyra, Esq.,

       IT IS HEREBY ORDERED:

       1.    Documents provided to the United States Attorney's Office for the Southern District of New York by the Board of Governors of the Federal Reserve System may be disclosed to the defendant by the Government pursuant to Fed. R. Crim. P. 16 and are deemed "confidential information."

       2.    Confidential information disclosed to the defendant or his counsel during the course of proceedings in this action:

           a.    Shall be used by the defendant and his attorneys only for purposes of this criminal action;

           b.    Shall not be disclosed in any form by the defendant or his attorneys except as set forth in paragraph 2(c) below;

c. May be disclosed by the defendant or his attorneys only to the following persons (hereinafter "designated persons"): (i) all personnel employed full-time or part-time by the defendant's attorneys and their law firm; (ii) independent expert witnesses or advisors retained by the defendant or his attorneys in connection with this criminal action; (iii) transactional witnesses or their counsel, to the extent deemed necessary by defense counsel for trial preparation; and (iv) such other persons as hereafter may be authorized by the Court upon such motion by the defendant or his attorneys. Copies of documents containing confidential information may not be given to or remain in the custody of transactional witnesses.

3. The defendant and his attorneys shall provide a copy of this Order to the designated persons to whom they disclose confidential information pursuant to paragraph 2(c). Designated persons shall be subject to the terms of this Order.

4. All documents subject to this Protective Order must they are not needed in this action, at the end of the criminal proceedings, or upon Order of the Court, whichever occurs first.

5. The provisions of this Order shall not be construed as preventing the disclosure of any information to any Judge or Magistrate Judge of this Court for purposes of this action.

6. In the event any confidential information is included with, or in any way disclosed in, any pleading, motion or other paper filed with the Court, such confidential information

2

shall be filed under seal and kept under seal by the clerk until further order of the Court. Copies of confidential information served upon opposing counsel shall be placed in a sealed envelope labeled : "Confidential Information Subject to Protective Order."

7. The parties may use any confidential information at any hearing in this litigation and at trial, provided that the party seeking to use the confidential information gives notice to counsel for the Board of Governors of the Federal Reserve System (the "Board") ten (10) business days prior to such proposed use; except that, where ten business days' notice is not possible (either because the hearing is scheduled to occur in less than ten business days or because the need for the confidential document could not reasonably have been apparent sooner to the party seeking to use the document), counsel for the Board shall nonetheless be given reasonable notice sufficient to allow an opportunity to seek a protective order.

Dated:   New York, New York
         May    , 2009

                              SO ORDERED:

                              _____
                              HONORABLE THOMAS P. GRIESA
                              UNITED STATES DISTRICT JUDGE
                                          )

3