**From:** Maria NEYRA
**To:** Anthony, Jason
**CC:** Daniel (USANYS) Braun; William (USANYS) Stellmach
**Date:** 8/17/2009 12:46 PM
**Subject:** Fwd: RE: US v Levis - Additional Discovery Items

Hi Jason:

During our call earlier, I represented to Bill and Dan the following:

The defense is missing approximately 55,560 documents (not pages) as set forth below:
Fed. Reserve 1,260 docs.
First Bank 39,500 docs.
and R&G 14,800 docs.

Since June 10, 2009, the govt., by my calculations, has produced 48,554 docs. There are also some minor technical issues with missing images.

I believe that Bill and Dan are set to confirm with you but I wanted you to have the info. as well.

Have a great day.

Maria Neyra, Esq.
Black, Srebnick, Kornspan & Stumpf, P.A.
201 S. Biscayne Boulevard, Suite 1300
Miami, FL 33131
Tel: (305)371-6421 ext. 362
Fax: (305)358-2006
E-mail: Mneyra@royblack.com


>>> "Anthony, Jason" <AnthonyJ@SEC.GOV> 7/23/2009 11:37 AM >>>
Thanks. I will look for these. As for the documents yet to be
received, I need to check with SDNY.

---

From: Mark Feuer [mailto:mark@forensis.com]
Sent: Thursday, July 23, 2009 11:17 AM
To: Anthony, Jason
Cc: 'Maria NEYRA'
Subject: US v Levis - Additional Discovery Items


Jason,


Here are the documents we have yet to receive for the latest Discovery Production. Please let us know if there is an ETA on when we can expect them.


Missing from Documents Received

DEFENDANT'S EXHIBIT
Levis 110

CFC-DOR-01411 through 08745

UBS_S-00001 through 00118

KPMG-SEC(DORAL)001095 (missing 1 page)

Additional Discovery that we have not received

Federal Reserve*

Firstbank*

R&G*

Thank you,

Mark E. Feuer

Chief Information Officer

FORENSIS

14362 Commerce Way

Miami Lakes, Florida 33016

T  866 757 9393

F  305 757 9392

www.forensis.com <http://www.forensis.com/>

mfeuer@forensis.com