```
                    8-18-09 Telephone Conference.txt
     98irlevc                                                              1
 1   UNITED STATES DISTRICT COURT
 1   SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
 2
 3   UNITED STATES OF AMERICA
 3
 4              v.                       08 Cr. 181 (TPG)
 4
 5   MARIO LEVIS,
 5                                       Telephone Conference
 6              Defendant.
 6
 7   ------------------------------x
 7
 8                                       New York, N.Y.
 8                                       August 18, 2009
 9                                       3:45 p.m.
 9
10   Before:
10
11            HON. THOMAS P. GRIESA
11
12                                       District Judge
12
13
13
14            APPEARANCES
14
15
15   PREET BHARARA
16        United States Attorney for the
16        Southern District of New York
17   WILLIAM STELLMACH
17        Assistant United States Attorney
18
18
19   ROY BLACK
19        Attorney for Defendant
20
21
22
23
24
25
              SOUTHERN DISTRICT REPORTERS, P.C.
                      (212) 805-0300
                                                                           2
     98irlevc
 1            (Case called; in the robing room)
 2            THE CLERK:  Counsel, Judge Griesa is on the line.
 3   Please state your name before you speak.
 4            THE COURT:  This is Judge Griesa.  We need to fix a
 5   trial date.  Is there an agreement on it among you, among the
 6   lawyers?
 7            MR. STELLMACH:  Your Honor, this is William Stellmach
 8   from the government.  I think we have spoken with defense
 9   counsel.  We basically explained that we are available at the
10   Court's convenience.  We are ready to go whenever you are.
11            MR. BLACK:  Your Honor, this is Roy Black.  If I could
12   address that for a minute.  We have still some discovery
13   documents coming from the Federal Reserve I think that need a
                              Page 1
```



DEFENDANT'S EXHIBIT
Levis 112

8-18-09 Telephone Conference.txt

```
14  protective order.  I start a trial January 11th, which is a
15  three-week trial with witnesses from Europe and what-have-you,
16  and the government is turning over materials to us 45 days
17  before trial.  I understand your Honor has a short trial
18  starting March 15th.  We would request March 29th or April 5th
19  for the trial.
20          THE COURT:  How long will the trial take?
21          MR. STELLMACH:  Your Honor, William Stellmach again
22  for the government.  Our best estimate I think is four to five
23  weeks for the government's case.  We're hoping to do it in less
24  than that, but on a conservative basis that's our gut right
25  now.
                SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300
```

3

```
98irlevc
 1          MR. BLACK:  Your Honor, Roy Black.  We agree with that
 2  estimate.  We think the trial will be four or five, six weeks.
 3          THE COURT:  Is it not possible to try it this fall?
 4          MR. BLACK:  Your Honor, we still have 55,000 documents
 5  from the Federal Reserve, which is about 250,000 pages, that
 6  has yet to be turned over.  So we still have some work on
 7  discovery.  We don't want to engage you in that.  I just
 8  mention that because it will take us some time to get through
 9  all this.
10          THE COURT:  I have no problem with starting on -- I
11  think the date mentioned was March 22nd?
12          MR. BLACK:  Either the 22nd, 29th, April 5th, any one
13  of those that would be fine with the Court is fine with us.
14          MR. STELLMACH:  Your Honor, William Stellmach again.
15  Our strong preference would be March 22nd, just to start this
16  and get it done.
17          THE COURT:  It's a long way off.  Let's set it.  If
18  you need the time, you need the time.  We'll set it for March
19  22nd.
20          MR. BLACK:  Perfect.  Thank you, your Honor.  I think
21  that accommodates us just fine.
22          THE COURT:  Is that all we need to do?
23          MR. STELLMACH:  I think that's it, your Honor.
24          THE COURT:  Thank you very much.
25          (Adjourned)
                SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300
```