(1/29/2010) Maria NEYRA - RE: US v. Levis                                                                                                 Page 1

**From:** "Anthony, Jason" <AnthonyJ@SEC.GOV>
**To:** "Maria NEYRA" <MNEYRA@royblack.com>
**CC:** "Braun, Daniel (USANYS)" <Daniel.Braun@usdoj.gov>, "Stellmach, William (...
**Date:** 8/26/2009 12:24 PM
**Subject:** RE: US v. Levis

Maria: see below

-----Original Message-----
From: Maria NEYRA [mailto:MNEYRA@royblack.com]
Sent: Wednesday, August 26, 2009 12:07 PM
To: Anthony, Jason
Subject: US v. Levis

Hi Jason:

Can you kindly confirm the following:

1. With respect to the discovery produced, we have four PWC related productions (PWC, PWC-DFC-SEC, PWC-DFCE and PWC-DFC) as well as the Electronic work papers contained in the Lotus Notes database. The database, however, only runs 2000-2004. The other PWC related productions appear to contain limited PWC reports and e-mails that run early to mid 2005. DRL filed its restatement in February 2006? Does the government have the 2005 work papers related to the restatement.

We do not have the 2005 restatement workpapers from PWC to my knowledge). I will double check, but I think KPMG did most of this work.

2. Roy had no objections to the proposed protective order re: the Federal Reserve/Board of Governor docs. Is there anything else that you need from our side? I assume you might want to touch base with Bill and Dan.

Bill and Dan have these materials and will send along when the protective order is signed.

3. Are the First Bank docs. coming this week or next.

Bill and Dan have these materials and will send along when the protective order is signed.

Thanks Jason and have a great day!

Maria Neyra, Esq.
Black, Srebnick, Kornspan & Stumpf, P.A.
201 S. Biscayne Boulevard, Suite 1300
Miami, FL 33131
Tel: (305)371-6421 ext. 362
Fax: (305)358-2006
E-mail: Mneyra@royblack.com



DEFENDANT'S EXHIBIT
Levis 113