| | |
|---|---|
| From: | "Stellmach, William (USANYS)" <William.Stellmach@usdoj.gov> |
| To: | "Maria NEYRA" <MNEYRA@royblack.com> |
| CC: | "Jason Anthony" <AnthonyJ@SEC.GOV>, "Braun, Daniel (USANYS)" <Daniel.Bra... |
| Date: | 9/23/2009 11:20 AM |
| Subject: | RE: protective order |

I wanted to follow-up on my e-mail last week regarding the protective order. As I wrote, limiting the protective order to the lawyers actually representing your client addresses one of our concerns.

However, we still need to know whether there are lawyers engaged in simultaneous representation of your client and his father. If so, then there is a potential conflict about which we need to alert Judge Griesa.

Thanks.

-----Original Message-----
From: Maria NEYRA [mailto:MNEYRA@royblack.com]
Sent: Wednesday, September 16, 2009 1:31 PM
To: Stellmach, William (USANYS)
Cc: Jason Anthony; Braun, Daniel (USANYS)
Subject: RE: protective order

Bill: We certainly didn't intend to create any additional issues or contemplate the need for a Curcio hearing. We were simply being overinclusive and even added Scott Srebnick and local counsel Frankie Rebollo. Why don't we simply limit disclosure of the of the Federal Reserve docs. to Black, Srebnick, Korsnpan & Stumpf, P.A. Does that get us the Fed. Reserve discovery?

Thanks again.


Maria Neyra, Esq.
Black, Srebnick, Kornspan & Stumpf, P.A.
201 S. Biscayne Boulevard, Suite 1300
Miami, FL 33131
Tel: (305)371-6421 ext. 362
Fax: (305)358-2006
E-mail: Mneyra@royblack.com



DEFENDANT'S
EXHIBIT
Levis 117