**From:** "Stellmach, William (USANYS)" <William.Stellmach@usdoj.gov>
**To:** <MNEYRA@royblack.com>
**Date:** 10/1/2009 3:53 PM
**Subject:** Re: protective order

Thanks, Maria.

----- Original Message -----
From: Maria NEYRA <MNEYRA@royblack.com>
To: Stellmach, William (USANYS)
Cc: Jason Anthony <AnthonyJ@SEC.GOV>; Braun, Daniel (USANYS)
Sent: Thu Oct 01 15:42:47 2009
Subject: Re: protective order

Bill, we've no problem with the protective order. But, I'm checking with Roy on the potential conflict. As soon as he gets back to me, I'll be sure and let you know.

Kind regards.

Maria Neyra, Esq.
Black, Srebnick, Kornspan & Stumpf, P.A.
201 S. Biscayne Boulevard, Suite 1300
Miami, FL 33131
Tel: (305)371-6421 ext. 362
Fax: (305)358-2006
E-mail: Mneyra@royblack.com


>>> "Stellmach, William (USANYS)" <William.Stellmach@usdoj.gov> 9/30/2009 8:53 AM >>>
Attached is the revised protective order limiting disclosure to your
firm, as you suggested. While we've eliminated Greenberg Traurig, there
still remains the issue of a potential conflict that needs to be
addressed.

Thanks.

<<proposed protective order.pdf>>

DEFENDANT'S EXHIBIT
Levis 119