**From:**      "Stellmach, William (USANYS)" <William.Stellmach@usdoj.gov>
**To:**        "Maria NEYRA" <MNEYRA@royblack.com>
**Date:**      10/19/2009 10:51 AM
**Subject:**   protective order

If you return an executed copy of the protective order to me, we'll get it to Judge Griesa for his approval.

Thanks.

DEFENDANT'S EXHIBIT
Levis 120
Blumberg No. 5114