(1/29/20... Maria NEYRA - RE: US v Levis - Additional Discovery Items

| | |
|---|---|
| From: | "Braun, Daniel (USANYS)" <Daniel.Braun@usdoj.gov> |
| To: | "Mark Feuer" <mark@forensis.com> |
| CC: | "Maria NEYRA" <MNEYRA@royblack.com>, <AnthonyJ@SEC.GOV>, "Stellmach, Wil... |
| Date: | 11/4/2009 2:41 PM |
| Subject: | RE: US v Levis - Additional Discovery Items |

Mr. Feuer:

Thanks for your message. My colleague, Bill Stellmach, had been waiting for a signed protective order from Ms. Neyra, which must be completed in order for us to produce these materials. We recently received that order and provided it to the District Judge, for his approval. As soon as we receive word that the Judge has issued the protective order, we will be able to promptly produce the documents. Indeed, they have been ready for production for some time; we were only waiting for the signed order from Mr. Levis's counsel, so that we could pass it along to the Court.

If you have any additional questions, feel free to contact Bill Stellmach or me. Bill is also copied on this message.

Regards,

Dan Braun


From: Mark Feuer [mailto:mark@forensis.com]
Sent: Tuesday, November 03, 2009 10:06 AM
To: Braun, Daniel (USANYS)
Cc: 'Maria NEYRA'; AnthonyJ@SEC.GOV
Subject: FW: US v Levis - Additional Discovery Items


Mr. Braun,

I have been told by Mr. Anthony that we would need to follow up with you in regards to the following production sets:

Federal Reserve*

Firstbank*



DEFENDANT'S EXHIBIT
Levis 124

R&G*

If you could please provide me with an ETA on the availability of these document sets? Is there anything we can do to expedite the process.

Thank you,

Mark E. Feuer

Chief Information Officer

FORENSIS

14362 Commerce Way

Miami Lakes, Florida 33016

T  866 757 9393

F  305 757 9392

www.forensis.com <http://www.forensis.com/>

mfeuer@forensis.com

From: Anthony, Jason [mailto:AnthonyJ@SEC.GOV]
Sent: Thursday, July 23, 2009 11:38 AM
To: Mark Feuer
Cc: Maria NEYRA; Stellmach, William (USANYS); Braun, Daniel (USANYS)
Subject: RE: US v Levis - Additional Discovery Items

Thanks. I will look for these. As for the documents yet to be received, I need to check with SDNY.

(1/29/2010) Maria NE...

From: Mark Feuer [mailto:mark@forensis.com]
Sent: Thursday, July 23, 2009 11:17 AM
To: Anthony, Jason
Cc: 'Maria NEYRA'
Subject: US v Levis - Additional Discovery Items

Jason,

Here are the documents we have yet to receive for the latest Discovery Production. Please let us know if there is an ETA on when we can expect them.

Missing from Documents Received

CFC-DOR-01411 through 08745

UBS_S-00001 through 00118

KPMG-SEC(DORAL)001095 (missing 1 page)

Additional Discovery that we have not received

Federal Reserve*

Firstbank*

R&G*

Thank you,

Mark E. Feuer

Chief Information Officer

FORENSIS

14362 Commerce Way

Miami Lakes, Florida 33016

T   866 757 9393

F   305 757 9392

www.forensis.com <http://www.forensis.com/>

mfeuer@forensis.com