| | |
|---|---|
| From: | "Braun, Daniel (USANYS)" <Daniel.Braun@usdoj.gov> |
| To: | <MNEYRA@royblack.com> |
| Date: | 11/11/2009 3:10 PM |
| Subject: | Re: US v. Levis |

Hi Maria. Bill and I are both traveling this week. I plan to be back in the office on Friday afternoon, and Bill will be back on Monday. We will follow up on this issue as soon as we can once we return to New York. For obvious reasons, this kind of problem is difficult to solve when we cannot see the disks to assess what went out and what did not. In the meantime, we have asked for another set of the disks to be copied, so that those materials can be produced again.

Regards,
Dan Braun

----- Original Message -----
From: Maria NEYRA <MNEYRA@royblack.com>
To: Jason Anthony <AnthonyJ@SEC.GOV>; Braun, Daniel (USANYS)
Cc: Roy BLACK <RBLACK@royblack.com>; Stellmach, William (USANYS)
Sent: Wed Nov 11 09:51:37 2009
Subject: US v. Levis

Good Morning Jason and Dan:

We received the Fed. Reserve CDs. However, we've discovered that CDs#40 and 41 are either corrupt or were recorded incorrectly. We can view the file listing but when we attempt to open or copy many of the files, we get an error. There seems to be no visible damage to the CDs, so the problem may have been either at the time of recording or simply bad media. Not sure.

Also, I was under the impression that there were remaining Firstbank and R&G materials that were to be produced. Specifically, my notes reflect that we had about 39,500 First Bank records and 14,800 R&G records. If you could please confirm.

Thank you gentlemen.


Maria Neyra, Esq.
Black, Srebnick, Kornspan & Stumpf, P.A.
201 S. Biscayne Boulevard, Suite 1300
Miami, FL 33131
Tel: (305)371-6421 ext. 362
Fax: (305)358-2006
E-mail: Mneyra@royblack.com



DEFENDANT'S EXHIBIT
Levis 125