| | |
|---|---|
| **From:** | "Stellmach, William (USANYS)" <William.Stellmach@usdoj.gov> |
| **To:** | "Maria NEYRA" <MNEYRA@royblack.com> |
| **CC:** | "Braun, Daniel (USANYS)" <Daniel.Braun@usdoj.gov>, <AnthonyJ@SEC.GOV>, "... |
| **Date:** | 12/4/2009 5:07 PM |
| **Subject:** | RE: US v. Levis |

We're Fed Exing hard copy print-outs of the contents of CD-42 to you today. Regarding the missing ranges, there are gaps in the ranges that we received from the Federal Reserve Bank. We're looking into this. We're going to get you a separate protective order for the R&G and First Bank docs early next week.

Have a great weekend.

-----Original Message-----
From: Maria NEYRA [mailto:MNEYRA@royblack.com]
Sent: Tuesday, December 01, 2009 12:40 PM
To: Braun, Daniel (USANYS); Stellmach, William (USANYS)
Subject: US v. Levis

Hi Bill and Dan: I hope your holidays were great. Kindly find attached a PDF of the preliminary list of missing bates ranges for CD-40. Please note that the missing bates are particularly difficult to identify because of duplicate bastes on different documents. It could very well be that the file names on the documents were to long for the images to copy correctly. Some programs simply don't burn the image if the directory name is over 256 characters. Also, please note that we had asked for a copy of CD-42.

In terms of the R&G and First Bank docs/protective order. Please note that the government has already produced a First Bank production (FBP-USAO). I'm not sure how you want to handle those docs?

Thanks.


Maria Neyra, Esq.
Black, Srebnick, Kornspan & Stumpf, P.A.
201 S. Biscayne Boulevard, Suite 1300
Miami, FL 33131
Tel: (305)371-6421 ext. 362
Fax: (305)358-2006
E-mail: Mneyra@royblack.com


DEFENDANT'S EXHIBIT
Levis 126