(1/29/2010) Maria NEYRA - R&G

| | |
|---|---|
| **From:** | "Stellmach, William (USANYS)" <William.Stellmach@usdoj.gov> |
| **To:** | "Maria NEYRA" <MNEYRA@royblack.com> |
| **Date:** | 12/7/2009 9:40 AM |
| **Subject:** | R&G and First Bank protective order |
| **Attachments:** | proposed protective order (FRG and First Bank).pdf |

<<proposed protective order (FRG and First Bank).pdf>>

Please call either Dan or me with any questions/comments.

Thanks,
Bill

DEFENDANT'S EXHIBIT
Levis 127