

**U.S. Department of Justice**

United States Attorney
Southern District of New York

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 21, 2009

**BY FEDERAL EXPRESS**

Roy Black, Esq.
Black Srebnick Kornspan & Stumpf, P.A.
201 S. Biscayne Boulevard, Suite 1300
Miami, Florida 33131

      Re:    United States v. Mario Levis, 08 Cr. 181 (TPG)

Dear Mr. Black:

      Pursuant to Federal Rule of Criminal Procedure 16(a), and subject to the terms contained in the protective order issued by Judge Griesa on December 14, 2009, the Government hereby produces CDs marked USAO CD #32 through USAO CD #39 containing documents that First Bank and R&G Financial produced to the Securities and Exchange Commission.

      The Government also renews its previous requests for discovery from you, pursuant to Rule 16(b). If you have any questions related to this matter, please do not hesitate to contact me.

                            Very truly yours,

                              PREET BHARARA
                              United States Attorney

              By: _____
                              William J. Stellmach
                              Assistant United States Attorney
                              Telephone: (212) 637-2101

Enclosures



DEFENDANT'S EXHIBIT
Levis 128