1-27-10 Status Conference Transcript.txt

```
01RLLEVC                    Conference
 1   UNITED STATES DISTRICT COURT
 1   SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
 2
 3   UNITED STATES OF AMERICA,
 3
 4              v.                          08 CR 181
 4
 5   MARIO LEVIS,
 5
 6              Defendant.
 6
 7   ------------------------------x
 7
 8                                          New York, N.Y.
 8                                          January 27, 2010
 9                                          11:30 a.m.
 9
10
10   Before:
11
11                  HON. THOMAS P. GRIESA,
12
12                                          District Judge
13
13
14                       APPEARANCES
14
15   PREET BHARARA
15        United States Attorney for the
16        Southern District of New York
16   DANIEL A. BRAUN
17   WILLIAM J. STELLMACH
17        Assistant United States Attorneys
18   JASON ANTHONY, SpAUSA
19   BLACK, SREBNICK, KORNSPAN & STUMPF
19        Attorneys for Defendant
20   BY:  ROY BLACK
20        HOWARD SREBNICK
21        MARIA NEYRA
22
23
24
25
                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300
                                                              2
     01RLLEVC                    Conference
 1            (In chambers, all counsel appearing by telephone)
 2            THE COURT:  Who's going to be speaking for the
 3   government?
 4            MR. BRAUN:  Judge, this is Daniel Braun speaking now;
 5   I believe it's going to be me primarily.  I'm here with William
 6   Stellmach, also from the United States Attorney's Office.  And
 7   joining us by phone from Washington, D.C., is Jason Anthony who
 8   is a special assistant United States attorney on this case and
 9   also an attorney with the SEC in Washington.
10            THE COURT:  And then who's going to speak for the
11   defense?
12            MR. BLACK:  Good morning, your Honor.  This is Roy
13   Black.  I will be speaking on behalf of Mr. Levis, and I'm here
                        Page 1
```

DEFENDANT'S EXHIBIT Levis 131  Blumberg No. 5114

1-27-10 Status Conference Transcript.txt

```
14   with Mr. Srebnick and Ms. Neyra.
15            THE COURT:  And you're speaking from Miami, right?
16            MR. BLACK:  Yes, sir.
17            THE COURT:  Okay.  Let's go over -- there's an
18   application to adjourn the trial.  The trial is now set for
19   what?
20            MR. BLACK:  March 22, Judge.
21            THE COURT:  And when did we set that date?
22            MR. BRAUN:  It was set by a phone conference that we
23   had in August of last year with your Honor.  I don't have the
24   precise date in front of me, but it was mid to late August when
25   we were all on the phone with the Court.  At that time the
                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
                                                                      3
     O1RLLEVC                      Conference
 1   trial had been sent for September, but we adjourned it until
 2   the March 22 date at that time.
 3            MR. BLACK:  Your Honor, the date was August 18.
 4            THE COURT:  All right.  I think you better, each time
 5   you speak, say who it is because we've got a reporter here and
 6   she can't see who's speaking.
 7            Why is there a request for a further adjournment?
 8            MR. BLACK:  Your Honor, this is Roy Black.  I will
 9   address this to give you just a sense of what our problem is.
10   This is, of course, as your Honor knows, a securities fraud
11   case.  Our defense is going to be to prove that the financial
12   figures reported by Doral, who was the client's business,
13   devalued -- made the devaluations of the interest-only asset
14   called an interest-only strip that Mr. Levis endorsed was
15   reasonable, and this included all the caps, hedges, and
16   protection of the interest income from this asset, which is
17   called an interest-only strip.
18            Those financial figures that were given to the public,
19   we want to prove that they were accurate.  This latest
20   production, the small part of it we have been able to read,
21   proves that matter.  Our expert tells us, after going through
22   10,000 of the pages, that he has located pages which will
23   bolster his opinion that the reported financial figures were
24   accurate.  We have gone through it ourselves, the portion that
25   we have been able to access, which is a small portion of them
                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
                                                                      4
     O1RLLEVC                      Conference
 1   at this date, show that there is Brady material here.
 2            The government tells us they have not looked at these
 3   documents so they cannot tell us whether there's Brady in it or
 4   not.  But what the government says is that it is not important
 5   for us to read them and prepare them for our defense even
 6   though they haven't looked at it.
 7            And just to give your Honor one example because I
 8   think it's important to get the details, there is a document
 9   which we just got called with a Bates No. PWC-RG-079886 which
10   is an R&G financial document which says I have reviewed the
11   Doral announcement on Bloomberg as you suggested.  My bottom
12   line is that the switch to the forward rate curve for valuation
13   purposes is unwarranted and sets up an almost certain reversal
14   of some portion of the write down they are going to take.
15   Savvy investors should figure this out suggesting the bottom is
16   at hand in the stock line.  Joe Sandoval and PWC, who is our
17   accountants, have been correct in recognizing its pyramid only
18   as the actual spot life or increases.
```

Page 2

1-27-10 Status Conference Transcript.txt
19          I read that to you because our expert says that is
20  firm evidence that the valuation being used by Doral prior to
21  this was reasonable and R&G was also selling interest-only
22  strips and was dealing with Doral doing this. So clearly there
23  is important information in these documents for us to look at.
24          Now, over December 22 through January 5 of this year,
25  the government provided us with this which purports to hold
                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300

                                                                         5
    O1RLLEVC                    Conference
1   800,000 pages of R&G and Firstbank materials. Firstbank bought
2   $6 billion of these loan matters and mortgages from Doral. At
3   first we were only able to access 170,000 of them. For the
4   last month we've been asking the government for better discs.
5   This month they gave us an additional 30,000. So far we have
6   only in 30 days been able to look at or actually get documents
7   of 200,000 of the 800,000, in other words, are acceptable for
8   our reasons.
9           We have done everything we can with the government,
10  talking to them, trying to resolve it, trying to get these
11  discs. We even asked the government is there somebody in your
12  team we can talk to who can describe what's in this material so
13  we can get a head start on it, and they said no one from their
14  side has looked at it. And we even asked them has anybody
15  looked at it for Brady so we can see if there are things that
16  are favorable to Mr. Levis, and it has not been examined for
17  Brady evidence.
18          So we have examined personally some 10- to 20,000
19  pages of the 200,000 or the 170,000 that was accessible to us,
20  and we have found Brady materials in this. Last night at
21  5:15 p.m. we got the government's response. We had filed this,
22  our letter, about two and a half weeks ago, and they say for
23  the first time this is not Rule 16, and I believe that the
24  record will show otherwise because the government stated back
25  on May 26 in a conference call with us, with all counsel on the
                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300

                                                                         6
    O1RLLEVC                    Conference
1   line from the government, they said they had new issues coming
2   up, they were producing additional discovery which included
3   55,000 Firstbank and R&G records. We then confirmed that in an
4   email the same day to Jason Anthony which we said, among other
5   things, you were giving us Firstbank and R&G records of 55,000
6   documents.
7           MR. ANTHONY: Mr. Black, I want to confirm that Maria,
8   who's been sending things, has been sending them to the wrong
9   email address, and I have never received any emails from Maria.
10  The most recent email from Maria that was sent, I believe, was
11  sent to someone at Bureau of Prisons. So I just want to make
12  sure that's clear on the record.
13          MR. BLACK: I think we have a response from you on
14  that.
15          MR. ANTHONY: On some you do, but there are numerous
16  emails from Maria that I have never received, and I think we've
17  made that clear to her in the past.
18          MR. BLACK: Did you get this one about the 55,000
19  documents?
20          MR. ANTHONY: I'd have to go back and look. I have
21  not looked at this point in time. In particular, it's a long
22  time ago, but there are occasions where -- in fact, the most
23  recent emails that you have sent have gone to somebody else or
                                 Page 3

1-27-10 Status Conference Transcript.txt
24  an account that I don't actually have access to.
25       MR. BLACK: Nevertheless, on May 27, your Honor, we
                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

01RLLEVC                Conference
1   filed a letter with the Court and this letter was reviewed by
2   the government before it was sent to you, and on May 27 we
3   asked for the adjournment of the September 14 trial date and we
4   say in the letter it was represented by the government this
5   morning that there's going to be additional discovery in a
6   concordance database and a hard copy and it says, Firstbank,
7   39,500 documents, pages unknown, and R&G, 14,800 documents,
8   pages unknown.
9        Now, we didn't even know they existed as discovery at
10  that time. Since then, we have been asking time and time
11  again. There is another email which we sent on August 17 to
12  Mr. Anthony, to Mr. Braun, and Mr. Stellmach in which we say,
13  During our call earlier, I represented to Bill and Dan the
14  following, the defense is missing approximately 55,560
15  documents including the following: Federal Reserve; Firstbank,
16  39,500; and R&G, 14,800.
17       We then follow up again August 26. We say we have no
18  objections to the protective order. Where are the Firstbank
19  documents? Are they coming this week or next?
20       On November 3 our IT man sends an email to Mr. Braun.
21  I have been told by Mr. Anthony that we need to follow up with
22  you in regards to the following production sets: Federal
23  Reserve, Firstbank, R&G. The government, Mr. Stellmach, sends
24  us an email on November 3 that the protective order is signed,
25  the databases are ready to go.
                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300
                                                              8
01RLLEVC                Conference
1        We send another email to the government on November 11
2   saying we've received the Federal Reserve. Also, I was under
3   the impression there are remaining Firstbank and R&G materials
4   that were to be produced. Specifically, my notes reflect that
5   we had about 39,500 Firstbank records and 14,800 R&G records.
6   Could you please confirm? And we get an email back from
7   Mr. Braun saying we will follow up on this issue.
8        Then we get another email November 13, 2009 from
9   Mr. Braun. Because I had only limited involvement in issues
10  relating to the protective orders, can you tell me whether
11  there's an order in place for discovery materials obtained from
12  the banks that purchased loan pools from Doral, such as
13  Firstbank and R&G? We email back. I think that they had
14  already given us some R&G and Firstbank materials without the
15  protective order. But they emailed us on December 4 saying,
16  We're going to get you a separate protective order for the R&G
17  and Firstbank docs early next week.
18       And then on November 23 from Mr. Stellmach, on the R&G
19  and Firstbank documents, we're going to send another protective
20  order. Then they send us the proposed one on the 7th. The
21  same day we say it's fine with us. And then they submit to the
22  Court, which the Court signed, a protective order which says as
23  follows: Documents provided to the United States Securities
24  and Exchange Commission by R&G Financial Corporation and
25  Firstbank may be disclosed to the defendant by the government
                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300
                                                              9
Page 4

1-27-10 Status Conference Transcript.txt
01RLLEVC                    Conference
1   pursuant to Rule 16 and are deemed confidential information and
2   the government prepared that.
3            We then immediately sent another email -- not
4   immediately, two weeks later we haven't received the documents
5   and on the 21st saying when should we expect to get the R&G and
6   Firstbank materials now that the Judge has signed the
7   protective order? And we still think it's only 55,000 at that
8   time.
9            Then on December 22 we receive a letter dated
10  December 21 which the government says, Pursuant to Rule 16 and
11  subject to the terms contained in the protective order signed
12  by the Judge on December 14, we're giving you all these discs.
13  And we have looked at the discs and we're only able to access
14  20 percent of the discs. So what we ask for is no longer
15  55,000; it is now 800,000 documents. Your Honor, we're doing
16  everything we can to look at these. We think that -- and the
17  government is only correct that 30,000 of the some 700,000 or
18  600,000 that we have been unable to access.
19           We ask that the government be ordered to immediately
20  give us discs that we can access and that the Court set a date
21  30 days from now for a status conference and to take the trial
22  off the March 22 date because there's simply no way we can look
23  at 800,000 documents by March 22, particularly since we don't
24  even have 80 percent of them yet.
25           THE COURT: Well, what does the government say?
             SOUTHERN DISTRICT REPORTERS, P.C.
                      (212) 805-0300

                                                              10

01RLLEVC                    Conference
1            MR. BRAUN: Your Honor, this is Daniel Braun speaking
2   for the government. We submitted a letter yesterday setting
3   forth our bases for opposing this request for an adjournment,
4   and I will address that now, as well, but if for any reason --
5   I don't want to waste the Court's time because we put a lot of
6   this on paper, so please let me know if I'm doing that.
7            THE COURT: I have not read the letter.
8            MR. BRAUN: Okay. Thank you for letting me know that,
9   Judge. I appreciate that.
10           Your Honor, I think the dispute between the defense
11  and the government over whether an adjournment is warranted
12  because of this production of materials really reflects a
13  deeper dispute about what this case is about, so I'd like to
14  begin by addressing that because I think it's important to
15  understand our position and the dispute about the importance of
16  these documents or, in our view, the lack of importance of the
17  documents. I think what, again, is underneath that difference
18  of perspective is that in our view, Mr. Levis appears to be
19  seeking time to prepare a defense to charges that he is not
20  facing --
21           THE COURT: Can I interrupt?
22           MR. BRAUN: -- as stated in his letters, and as he's
23  explained again on the conference today, their defense seems to
24  be to demonstrate that Doral's internal accounting, the way in
25  which it put a value on these interest-only strips, was
             SOUTHERN DISTRICT REPORTERS, P.C.
                      (212) 805-0300

                                                              11

01RLLEVC                    Conference
1   reasonable and defensible.
2            Their defense is we put a number out there to the
3   market saying what these assets were worth, and what we want to
4   be able to do is to show that that number was a reasonable and
                            Page 5

1-27-10 Status Conference Transcript.txt

5  defensible number. In the government's view, that's not what
6  this case is about, and we think our view is consistent with
7  the indictment.
8         In our view this case is about the way in which the
9  defendant, Mario Levis, lied to the marketplace about what this
10 asset was and what Doral had done. We think that Mr. Levis and
11 have alleged that Mr. Levis made a series of misrepresentations
12 to the marketplace that were important. Our case is not that
13 Mr. Levis lied by saying this asset was worth X when in reality
14 X is not a defensible number.
15        Our case is that Mr. Levis lied by telling everybody
16 that Doral's number was being checked independently by two
17 sources that in our view were not at all independent and were
18 not legitimate. We further have alleged that Mr. Levis, in a
19 number of instances, lied to the marketplace by saying that
20 even if interest rates continue to increase, the value of this
21 asset is protected because we have caps in place in our
22 contracts.
23        The contracts that have created this asset have
24 provisions in them that protect the value of the asset even if
25 interest rates continue to go up. And the value of this asset

                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

                                                              12

01RLLEVC                    Conference
1  was dependent on interest rates, right? Doral is originating
2  mortgage loans. It's making mortgage loans in Puerto Rico. It
3  has been pooling those loans into large pools, $50 million,
4  $200 million up to a billion dollars, and selling them to banks
5  like Firstbank.
6         Under the terms of these deals, which are not
7  particularly complicated, and our letter includes a sample
8  agreement, Judge, as an exhibit between Doral and one of the
9  banks that bought these loans. It's a ten-page document.
10 There's a lot of money involved, but the terms of these deals
11 are not particularly complex.
12        Under the terms of the deal, Doral agrees to split the
13 interest payment that is being made on all of the mortgage
14 loans with the purchaser of the loan pools. So they say to an
15 institution like Firstbank, you're going to buy this pools of
16 loans and all of the interest payments are going to be made on
17 the loans are going to be split between you and us.
18        The part that you're going to get is called the pass
19 through rate or sometimes the yield, and that is going to be
20 calculated based on an interest rate, LIBOR, the London
21 Interbank Offered Rate. It's a rate that financial
22 institutions use to loan money to each other plus a fixed
23 percentage. So for example, Judge, LIBOR plus a percentage and
24 a half. And that's the portion of the interest rate that the
25 banks like Firstbank get and Doral gets to keep the rest and

                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

                                                              13

01RLLEVC                    Conference
that's this asset, the IO.
       So if interest rates go up, your Honor, the purchaser
of the loan pools get more and Doral gets less. And as
interest rates started to go up in 2003 and especially in 2004,
people started to get worried that the value of Doral's asset
would be impaired. These worries were increased considerably
in January of '05 when Doral told everybody that it had to
write down the value of its IOs by close to a hundred million
dollars. Then people began to worry that's it's going to

```
                   1-27-10 Status Conference Transcript.txt
10    happen again. Is the value reliable or are further increases
11    in interest rates, which were widely predicted at that time,
12    going to further diminish the value of this asset?
13            And it was in that context when Mr. Levis was telling
14    people, No, don't worry, we have caps in place. The pass
15    through rate that is going to be applied under these contracts,
16    the amount of the interest payments that are going to be given
17    to the purchasers of the loan pools are capped so that even if
18    interest rates go up, our spread, our piece of the interest
19    payments being made on these large pools of loans are not going
20    to substantially diminish. We are protected.
21            Our case is about those misrepresentations. We are
22    alleging that Mr. Levis lied to everybody. We are not basing
23    our case on an allegation that Doral's internal accounting was
24    faulty or inaccurate. Our case is about Mr. Levis's lies to
25    the marketplace, and so we appear to be on an entirely
                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
                                                                         14
      O1RLLEVC                    Conference
1     different page from the defense. We understand why they might
2     want to defend the case that they've described, but that's not
3     the case that's charged, and it's not the case that we intend
4     to present. So I think that frames this issue and that's why
5     our view of the significance of these documents that have been
6     turned over is very different than theirs.
7             Now, let me turn a bit to the history and clear one
8     thing up, as well, and we really have tried to clear this up
9     with the defense in our conversations with them. What we have
10    turned over to them are computer discs containing documents
11    that were obtained by the SEC in a regulatory investigation
12    that focused on Firstbank and R&G. Our office did not
13    participate in that investigation, and Jason Anthony of the
14    SEC, who is on the phone with us, was walled off from that
15    investigation because he was participating in the criminal case
16    here.
17            So, we don't have a detailed understanding of the
18    SEC's regulatory inquiry at Firstbank and R&G because we did
19    not participate in it. At some point in time we obtained CDs
20    and, frankly, Mr. Stellmach and I were not on the case at that
21    time our office obtained the CDs. But we obtained discs from
22    the Securities and Exchange Commission that contained materials
23    that the SEC had obtained in its regulatory investigation of
24    Firstbank and R&G.
25            If we referred to these materials as Rule 16 in the
                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
                                                                         15
      O1RLLEVC                    Conference
1     past, and as we say in our letter, and I understand your Honor
2     has not read it, but the letter states quite clearly that to
3     whatever extent we inadvertently called this discovery, using
4     the term loosely, and we've explained this to the defense,
5     certainly, it was an error, and it was a result of us just
6     using the term loosely to refer to materials that we had that
7     we intended to turn over. We turned them over because the
8     defense asked us to.
9             The defense also told us, and we have no reason
10    question the representation at all that our predecessors on
11    this case here in the U.S. Attorney's Office had agreed to turn
12    these materials over. We saw no reason not to turn them over.
13    Our philosophy is always why not turn it over. And so we
14    agreed to turn these discs over.
                                 Page 7
```

1-27-10 Status Conference Transcript.txt
```
15          We have not made any determination and have never made
16     a determination that they fall within the scope of Rule 16.  We
17     are in the process now of gathering up and identifying and
18     pre-marking exhibits that we intend to use at trial.  At this
19     time we have not identified a single exhibit from the discs
20     that we intend to use at trial.
21          With the R&G documents, we think it is extremely
22     unlikely that we will identify any such materials that the
23     government will use at trial.  With respect to the Firstbank
24     documents, we don't know of any documents now on those discs
25     that we intend to use as an exhibit, your Honor, but we do
                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
                                                                     16
       O1RLLEVC                   Conference
 1     think there's a possibility that we will identify a handful of
 2     documents.  We were talking about this yesterday, perhaps ten,
 3     20 documents from all of those on the discs that we will use
 4     potentially at trial even though we haven't made the decision
 5     to do so.
 6          Now, if and when we identify an exhibit that we intend
 7     to introduce at trial, your Honor, we will certainly identify
 8     it specifically for the defense and we will provide them with a
 9     premarked copy of it, as your Honor has asked us to do.  But we
10     have not decided that we're going to use this at trial, as I a
11     just explained.
12          We also haven't identified a way in which it's
13     material to the defense and I believe that probably that goes
14     back, Judge, to our understanding of what this case is about
15     and the very different theory that we've heard from Mr. Black
16     both on the phone today and in his letters.  We just appear to
17     be talking about different trials.
18          So with respect to the Firstbank documents, we
19     understand that the terms of the transactions that Doral
20     entered into with Firstbank are relevant to this case.  We have
21     produced, way back, going back to the early phases of discovery
22     in this case in 2008, numerous documents reflecting the terms
23     of those transactions.  All of the documents that the
24     government obtained from Doral, and Doral, of course, your
25     Honor, maintained copies of its contracts with Firstbank.
                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
                                                                     17
       O1RLLEVC                   Conference
 1          So to the extent we have those materials, Doral's
 2     contracts with Firstbank, they've been turned over.  Other
 3     documents that were in Doral's possession reflect the terms of
 4     its transaction with Firstbank, as well, certain materials that
 5     Doral was using for its evaluations and accounting reflect the
 6     terms of its agreements with Firstbank, those have been turned
 7     over.
 8          Now, the defense has said to us that Doral's records
 9     were incomplete and that additional contracts might exist.
10          MR. ANTHONY:  I want to clarify.  Some of the
11     contracts we turned over as part of our initial production
12     actually were contracts that we were able to find in other
13     production sets, including the first production set.  To the
14     extent that we, the government, are aware of Doral contracts
15     with Firstbank, we have attempted to collect those, and those,
16     I believe, have already been submitted to the defense as part
17     of the first production made to them.
18          MR. BRAUN:  Thank you, Jason.  I appreciate that.
19     And, your Honor, I should be clear, Mr. Anthony is particularly
                                  Page 8
```

```
                    1-27-10 Status Conference Transcript.txt
20      helpful in this regard because I came on to the case in the
21      summer of last year. Mr. Stellmach, I think, was on the case a
22      couple months before I was in the spring. But Mr. Anthony
23      really has the history of this better than either of us here in
24      New York.
25              So, bottom line, we've turned over all of the
                          SOUTHERN DISTRICT REPORTERS, P.C.
                                   (212) 805-0300
                                                                        18
       O1RLLEVC                     Conference
 1      Firstbank Doral contracts and certainly all of the R&G Doral
 2      contracts that we've been able to obtain from any source. I
 3      suppose we cannot exclude the possibility that there may be a
 4      contract or more than one contract between Firstbank and Doral
 5      that might only exist from Firstbank records, but these
 6      documents are not particularly hard to identify. And to the
 7      extent we can identify them and turn them over, we will.
 8              Those contracts, from everything we've learned over
 9      the course of this investigation, are not going to be
10      materially different from those that have already been turned
11      over. It will be a different pools of loans. The detail of
12      the terms might be different in one regard or another, but
13      nobody has suggested to us, for example, until perhaps
        yesterday, although we're not sure we understand Mr. Black's
        letter of January 26 in this regard, but until possibly the
16      exception of yesterday, the government is not aware of any
17      contracts between Firstbank and Doral that would contain
18      provisions indicating the existence of a cap on the past due
19      rate of the sort that Mr. Levis described to the market.
20              Now, in his letters, Mr. Black says we have found
21      Brady material. We have found documents confirming that there
22      were caps in place that prevented Doral's spread on this asset,
23      the amount of the interest Doral was getting on this asset,
24      from going negative, caps that protected Doral from having to
25      experience a negative cash flow --
                          SOUTHERN DISTRICT REPORTERS, P.C.
                                   (212) 805-0300
                                                                        19
       O1RLLEVC                     Conference
 1              THE COURT: Look, I've got to interrupt. This is
 2      something that can't be done on the phone.
 3              MR. BRAUN: Okay.
 4              THE COURT: It just can't be. And the thing is that
 5      regardless of the timing of the trial, it is certainly
 6      important to have a definition of the issues to be tried, and
 7      trying to discuss this on the telephone when I can't interrupt
 8      and so forth, it just doesn't do the job.
 9              I have two reactions on the trial date. One is that
10      there has been a great deal of time for this case to be
11      prepared, and March 22 is even a substantial amount of time off
12      from today. And I know from experience and you all know from
13      experience that there can be a lot of pages of documents, but
14      800,000 pages or 50,000 pages are not going before a jury.
15      It's a matter of selecting and, of course, that's what the
16      defense is trying to do is to go through and make a selection.
17      But I am not convinced, unless the documents simply now are not
18      available, not readable, I'm not convinced that it is not
19      possible to simply go through even a large number of documents
20      and find those probably few documents which are germane.
21              So, I'm not ready to adjourn the trial, but I think
22      more important is to, as quickly as we possibly can, have a
23      conference in New York City in court and go over these issues.
24      Regardless of when the trial is held, the issues have to be
                                    Page 9
```

```
                  1-27-10 Status Conference Transcript.txt
           defined.  And if there's something that is proposed by the
                           SOUTHERN DISTRICT REPORTERS, P.C.
                                    (212) 805-0300
                                                                         20
       01RLLEVC                       Conference
   1   defense which is not germane, there will be an objection and
   2   the Court will sustain the objection.  If it is germane, the
   3   court will overrule the objection.
   4            But that has to, as far as I can see, that really has
   5   to be planned, and it ought to be planned at the earliest
   6   possible moment.  So I would ask you to work with my deputy
   7   clerk to set a time for a conference in New York just as soon
   8   as you possibly can do it, and we really can't resolve this on
   9   the telephone.
  10            MR. BLACK:  That's fine for us.  We'll come up any day
  11   next week.
  12            MR. BRAUN:  And, your Honor, the government would
  13   welcome that opportunity as well.  We're perfectly happy to
  14   remain on the line off the record and speak to Mr. Beale to get
  15   a date or to remain available to him after this conference on a
  16   separate call.  I think with all of us assembled like this,
  17   it's a good opportunity for us to agree upon a convenient date
  18   and the government will accommodate anything the Court has in
  19   mind.
  20            THE COURT:  We can stay on the record.  Mr. Beale is
  21   here and he's got the book, so let's just work out a date.  I'm
  22   pretty flexible next week.  Who do you all propose?
  23            MR. BLACK:  I'm good any day except Monday.
  24            MR. BRAUN:  And, your Honor, this is Daniel Braun.  We
  25   are fine -- Mr. Anthony, are you there in Washington?
                           SOUTHERN DISTRICT REPORTERS, P.C.
                                    (212) 805-0300

                                                                         21
       01RLLEVC                       Conference
   1            MR. ANTHONY:  I actually plan on being up there
   2   Tuesday through Friday.
   3            MR. BRAUN:  Tuesday through Friday Mr. Anthony will be
   4   here from Washington, which is an advantage for us.  And I
   5   think the only conflict we have and, Mr. Anthony, correct me if
   6   I'm wrong on this, would be that Tuesday morning -- excuse
   7   me -- that Wednesday morning the 3rd.
   8            MR. ANTHONY:  That is correct.
   9            MR. BRAUN:  Wednesday morning the 3rd.  Between
  10   Tuesday and Friday, we are entirely at the Court's pleasure.
  11            THE COURT:  For the people coming from Miami, what
  12   about Tuesday?
  13            MR. BLACK:  That's fine, your Honor.  Could we do
  14   Tuesday first thing in the afternoon?
  15            THE COURT:  Let's do it in the afternoon, 2:15 in the
  16   afternoon.
  17            MR. BLACK:  Fine.  Thank you, your Honor.  That's
  18   perfect for us.
  19            THE COURT:  We'll see you then.
  20            MR. BRAUN:  Works well for the government.  Thank you,
  21   your Honor.
  22                                 o0o
  23
  24
  25
                           SOUTHERN DISTRICT REPORTERS, P.C.
                                    (212) 805-0300
```