UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | No. 08-Cr-181 |
| ) | |
| MARIO S. LEVIS, ) | |
| a/k/a "Sammy Levis,"  ) | |
| _____ ) | |

**DEFENDANT'S PROPOSED *VOIR DIRE* QUESTIONS**

Defendant, Mario Levis, through counsel, respectfully submits the following proposed *voir dire* questions, which we request the Court pose to prospective jurors:

1. Tell us about any experience(s) you or someone close to you have had regarding losing money as a result of investing in a bank stock or mortgage lender stock in the past several years.

2. Tell us about any experience(s) you or someone close to you have had with mortgages or mortgage lending, whether it involved applying for a mortgage, obtaining a mortgage, refinancing a mortgage, or working in the mortgage industry.

3. Tell us about any experience(s) you or someone close to you have had regarding foreclosure, foreclosure proceedings, or mortgage modification. If you wish, we can discuss your response at sidebar and outside the presence of the rest of the panel.

4. Tell us about your experience and/or comfort level in mathematics and finance, including the highest level of training or education you have received in either field.

5. Tell us about your experiences with English as a second language, including whether you or someone close to you speaks English as a second language.

        Respectfully submitted,

        /s Roy Black
ROY BLACK, ESQ.
(FL Bar No. 126088)
HOWARD M. SREBNICK, ESQ.
(FL Bar No. 919063)
MARIA D. NEYRA, ESQ.
(FL Bar No. 074233)
Black, Srebnick, Kornspan & Stumpf, P.A.
201 South Biscayne Blvd., Suite 1300
Miami, Florida 33131
Tele: (305) 371-6421
Rblack@RoyBlack.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 26, 2010, I electronically filed the foregoing document through CM/ECF, which will then transmit a copy of the document to:

**William Stellmach, AUSA**
U.S. Attorney's Office
Southern District of New York
1 St. Andrews Plaza
New York, NY 10007
William.stellmach@usdoj.gov

                                          /s Roy Black
                                          ROY BLACK, ESQ.