UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| *Plaintiff,* | ) | |
| v. | ) | **CASE NO. 08-CR-181 (TPG)(S)** |
| MARIO S. LEVIS, a/k/a "Sammy Levis," | ) | |
| *Defendant.* | ) | |
| _____ | ) | |

**DEFENDANT'S NOTICE OF FILING EXCLUDED DEFENSE EXHIBITS**

Defendant **MARIO S. LEVIS**, through undersigned counsel and for purposes or preserving the record, respectfully files the following pre-marked defense exhibits that were excluded by the Court during the defense case on April 27, 2010.

| Dated | Pre-Marked Def. Exhibits | Description |
|---|---|---|
| 4/25/2010 | DE 110 | Sammy Levis e-mail 10/24/2002 at 3:34 pm to Ricardo Melendez Subject Re: |
| 4/25/2010 | DE 113 | Sammy Levis e-mail to Sammy Levis 2/4/2005 at 3:00 pm Subject: message from DL. |
| 4/25/2010 | DE 114 | Sammy Levis e-mail to Ryan Schaper 2/14/2005 at 7:55 pm Subject: Re: Follow-up to prior response |

| Dated | Pre-Marked Def. Exhibits | Description |
|---|---|---|
| 4/25/2010 | DE 115 | Sammy Levis e-mail to Rschaper@Farallon Capital.com 2/14/2005 at 4:09 pm cc: Ricardo Melendez (DFC Contabilidad) Subject: Follow-up to prior response. |
| 4/25/2010 | DE 116 | Doral Financial Corporation Memo Dated 4/25/2003 titled Valuations |
| 4/25/2010 | DE 117 | Draft Doral Financial Corporation press release dated 1/4/2005 titles Doral Financial Corporation Reports Record Earnings for the Fourth Quarter and Year Ended December 31, 2004 the 28th Consecutive Quarter it has Achieved Record Earnings. |
| 4/25/2010 | DE 118 | Sammy Levis e-mail to Sonia Arroyo; Lorna Soto 3/3/2005 at 9:26 pm Subject: FW: According to the OCC and 12 CFR Part 3, it appears to me that you are required to maintain capi... |
| 4/25/2010 | DE 124 | Thompson Street Events Conferece Call Transcript DRL-Doral Financial Corporation to Hold Conference Call to Discuss Form 10-K for the Year 2004.  Final Transcript. |
| 4/25/2010 | DE 126 | Sonia Arroyo e-mail 9/24/2004 5:21 pm to Sammy Levis Subject: DL's comments |
| 4/25/2010 | DE 127 | Sammy Levis e-mail 1/31/2005 at 6:51 pm to Lorna Soto Subject: FW: IO Questions |
| 4/25/2010 | DE 128 | Sammy Levis e-mail 3/7/2005 at 11:48 pm to Sonia Arroyo Subject: FW: |

| Dated | Pre-Marked Def. Exhibits | Description |
|---|---|---|
| 4/25/2010 | DE 129 | Sammy Levis e-mail 3/3/2005 at 4:00 pm to Sonia Arroyo Subject: FW: According to the OCC, and 12 CFR Part 3, it appears to me that you are required to maintain capital |

Respectfully submitted,

/s/  Roy Black
ROY BLACK, ESQ.
(FL Bar No. 126088)
HOWARD M. SREBNICK, ESQ.
(FL Bar No. 919063)
MARIA D. NEYRA, ESQ.
(FL Bar No. 074233)
Black, Srebnick, Kornspan & Stumpf, P.A.
201 South Biscayne Blvd., Suite 1300
Miami, Florida 33131
Tele: (305) 371-6421
Rblack@RoyBlack.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 28, 2010, I electronically filed the foregoing document through CM/ECF, which will then transmit a copy of the document to:

**William Stellmach, AUSA**
U.S. Attorney's Office
Southern District of New York
1 St. Andrews Plaza
New York, NY 10007
William.stellmach@usdoj.gov

                                              /s/  Roy Black
                                              ROY BLACK, ESQ.