| | |
|---|---|
| From: | Sammy Levis |
| Sent: | Thursday, October 24, 2002 3:34 PM |
| To: | Ricardo Melendez |
| Subject: | RE: |

Sales to Popular have a CAP and those to Western and First Bank have a repurchase option at par if rates reach a specific level. In other words, they operate as a cap.

-----Original Message-----
| | |
|---|---|
| From: | Ricardo Melendez |
| Sent: | Wednesday, October 23, 2002 5:56 PM |
| To: | Sammy Levis |
| Subject: | |

**Sammy**

**Do sales to FB, WB and BPPR have Caps?**

**Ricardo Melendez**
Doral Financial Corporation
Phone: 787-474-6750
Fax: 787-474-6824



Confidential Treatment Requested by Doral Financial Corporation            DFC00387890

From:      Sammy Levis
Sent:      Thursday, October 24, 2002 3:34 PM
To:        Ricardo Melendez
Subject:   RE:

Sales to Popular have a CAP and those to Western and First Bank have a repurchase option at par if rates reach a specific level. In other words, they operate as a cap.

-----Original Message-----
From:      Ricardo Melendez
Sent:      Wednesday, October 23, 2002 5:56 PM
To:        Sammy Levis
Subject:

**Sammy**

**Do sales to FB, WB and BPPR have Caps?**

**Ricardo Melendez**
Doral Financial Corporation
Phone: 787-474-6750
Fax: 787-474-6824

Confidential Treatment Requested by Doral Financial Corporation          DFC00387890