| | |
|---|---|
| From: | Sammy Levis |
| Sent: | Monday, February 14, 2005 4:09 PM |
| To: | 'RSchaper@FarallonCapital.com' |
| Cc: | Ricardo Melendez (DFC Contabilidad) |
| Subject: | Follow-up to prior response |

Forgot to tell you about new originations. In all new contracts, there are caps. Each cap is negotiated separately on a case by case, but in general, the caps are about 150-200 basis points of today's yield to investors and way below the WAC of the mortgages. FD regulations prohibit going into more details until 10k is out. Thanks for your understanding.

*Mario "Sammy" Levis*
*Senior EVP & Treasurer*
*Doral Financial Corporation*
*1451 F.D. Roosevelt Ave.*
*San Juan, PR  00920*
*Tel. (787) 474-6708*
*Fax (787) 474-6883*

| Tracking: | Recipient | Delivery | Read |
|---|---|---|---|
| | 'RSchaper@FarallonCapital.com' | | |
| | Ricardo Melendez (DFC Contabilidad) | Delivered: 2/14/2005 4:09 PM | Read: 2/14/2005 5:32 PM |

1


DEFENDANT'S EXHIBIT 115

Confidential Treatment Requested by Doral Financial Corporation

DFC00187133