| | |
|---|---|
| **From:** | Sammy Levis |
| **Sent:** | Thursday, March 03, 2005 9:26 PM |
| **To:** | Sonia Arroyo; Lorna Soto |
| **Subject:** | Fw: According to the OCC, and 12 CFR Part 3, it appears to me that you are required to maintain capi |

Give Rush to DL

```
-----Original Message-----
From: Jay Cunningham <JCUNNING@hibernia.com>
To: Sammy Levis <Sammy.Levis@doralfinancial.com>
Sent: Thu Mar 03 16:10:48 2005
Subject: RE: According to the OCC, and 12 CFR Part 3, it appears to me that you are
required to maintain capi
```

Help me here.  Worst case is 1700*25%=425.  Or do I take 321/.05=1284, take this from 1744 to get 460.  Sorry

Jay Cunningham, CFA
Vice President
Equity Research
Hibernia Southcoast Capital
909 Poydras, Ste. 1000
New Orleans, LA 70112
504-593-6110

The information contained herein is based on sources which we believe to be reliable but is not guaranteed by us and is not considered to be all inclusive.  It is not to be construed as an offer or the solicitation of an offer to sell or buy the securities herein mentioned.
  The firm and/or its individual shareholders and/or members of their families may have a position in the securities mentioned and, before or after your receipt of this report, may make or recommend purchases and/or sales for their own accounts or for the accounts of other customers of the firm from time to time in the open market or otherwise.
  Opinions expressed are our present opinions only and are subject to change without notice.

Hibernia Southcoast Capital, Inc. is a wholly-owned non-bank subsidiary of Hibernia Corporation.  The securities sold, offered, or recommended by Hibernia Southcoast Capital, Inc. are not insured by the FDIC, not bank guaranteed, and may lose value.

>>> "Sammy Levis" <Sammy.Levis@doralfinancial.com> 3/3/2005 1:33:50 PM
>>>
Jay:

A)    1:1 for the portion of the IO that exceeds 25% of Tier I Capital
is correct.  In your e-mail of 2/18/05 "the excess 25%" was left out.
The disallowance for IO's as of 12/31/04 was $321,587 million.  As of
12/31 Doral's Regulatory Capital position was as follows:

|  | Billion ($) | Ratio(%) |
|---|---|---|
| Total Capital Ratio | 1,744,946 | 18.9 |
| Tier I Capital Ratio | 1,705,733 | 18.5 |
| Tier I Leverage Ratio | 1,705,733 | 11.8 |

Well in excess of capital requirements.

B)    Recourse is very limited and has an inmaterial effect on capital

1

Confidential Treatment Requested by Doral Financial Corporation



DFC00229572

```
requiremets.

I am on the road.

Best regards,
Sammy

-----Original Message-----
From: Jay Cunningham [mailto:JCUNNING@hibernia.com]
Sent: Thursday, March 03, 2005 10:48 AM
To: Sammy Levis
Subject: According to the OCC, and 12 CFR Part 3, it appears to me that you are required
to maintain capital

According to the OCC, and 12 CFR Part 3, it appears to me that you are required to
maintain capital at 1:1 for the portion of the IO that exceeds 25% of Tier I capital.
Further, it can be argued that indeed you need 1:1 capital on the IO (per the OCC
statement).
What level of recourse do you bear on these securitizations?
Can you send me documents related to recent securitizations Are the IOs you book
considered credit enhancing What are the credit enhancements provided in the
securitizations It appears, as I have stated before, that you have about $6 billion in
supporting balances for the IO.  It further appears that these would carry a 100%
conversion factor.  Can you please explain your 30% required capital answer further.
I am rather convinced that you need 1:1.  Therefore, I dont not believe that your excess
capital position is that large.  Further, and assuming that you can have the margins you
have stated, I believe you will need more equity in 2005

Jay

Jay Cunningham, CFA
Vice President
Equity Research
Hibernia Southcoast Capital
909 Poydras, Ste. 1000
New Orleans, LA 70112
504-593-6110
The information contained herein is based on sources which we believe to be reliable but
is not guaranteed by us and is not considered to be all inclusive.  It is not to be
construed as an offer or the solicitation of an offer to sell or buy the securities herein
mentioned.
 The firm and/or its individual shareholders and/or members of their families may have a
position in the securities mentioned and, before or after your receipt of this report, may
make or recommend purchases and/or sales for their own accounts or for the accounts of
other customers of the firm from time to time in the open market or otherwise.
 Opinions expressed are our present opinions only and are subject to change without
notice.

Hibernia Southcoast Capital, Inc. is a wholly-owned non-bank subsidiary of Hibernia
Corporation.  The securities sold, offered, or recommended by Hibernia Southcoast Capital,
Inc. are not insured by the FDIC, not bank guaranteed, and may lose value.


Incoming mail is certified Virus Free.
Checked by Doral Financial Corporation anti-virus system (http://www.doralfinancial.com).

Outgoing mail is certified Virus Free.
Checked by Doral Financial Corporation anti-virus system (http://www.doralfinancial.com).

CONFIDENTIALITY NOTE: This electronic transmission, including any attachments, contains
information belonging to DORAL FINANCIAL CORPORATION, its subsidiaries and/or affiliates,
which is confidential, legally privileged and/or a trade secret. The same is intended
solely for the attention and use of the named addressee(s). If you are not the intended
recipient, please immediately advise the sender by reply e-mail or telephone that this
message has been inadvertently transmitted to you and delete this e-mail from your system.
```

Confidential Treatment Requested by Doral Financial Corporation

DFC00229573

If you have received this transmission by error, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of such communication is strictly prohibited. You are hereby warned that electronic messages may be altered and that we will not be liable for any damages resulting any modification, alternation or falsification of an electronic communication that is originated by us.

Incoming mail is certified Virus Free.
Checked by Doral Financial Corporation anti-virus system (http://www.doralfinancial.com).

3

Confidential Treatment Requested by Doral Financial Corporation                                                  DFC00229574