| | |
|---|---|
| From: | Sammy Levis |
| Sent: | Monday, March 07, 2005 11:48 PM |
| To: | Sonia Arroyo |
| Subject: | Fw: |

Give to DL for consideration

```
-----Original Message-----
From: Neil Abromavage <neil.abromavage@db.com>
To: Sammy Levis <Sammy.Levis@doralfinancial.com>
Sent: Mon Mar 07 19:46:09 2005
Subject:
```

Hey Sammy:

I hope you enjoyed the remainder of your stay in Chicago and, once again, thank you for marketing with Deutsche Bank.

Since DRL plans on filing its 2004 10-K at some point between now and March 15th, I thought you might considering hosting a conference call subsequent to filing with the SEC. DRL has worked extremely hard in preparing a more comprehensive and transparent document, but while the new disclosure may need less explanation than previous filings you may want to control your destiny. Plus, it will be good practice for your inaugural quarterly conference call in April.

See you on Friday and thank you.

Regards,
Neil

Neil Abromavage
Equity Analyst - Consumer Finance
Deutsche Bank Securities, Inc.
212-250-7752 (T)
neil.abromavage@db.com


--

This e-mail may contain confidential and/or privileged information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly forbidden.


Incoming mail is certified Virus Free.
Checked by Doral Financial Corporation anti-virus system (http://www.doralfinancial.com).

1


DEFENDANT'S EXHIBIT 128

Confidential Treatment Requested by Doral Financial Corporation                    DFC00234157