| | |
|---|---|
| From: | Sammy Levis |
| Sent: | Thursday, March 03, 2005 4:00 PM |
| To: | Sonia Arroyo |
| Subject: | Fw: According to the OCC, and 12 CFR Part 3, it appears to me that you are required to maintain capital |

Give to DL

```
-----Original Message-----
From: Jay Cunningham <JCUNNING@hibernia.com>
To: Sammy Levis <Sammy.Levis@doralfinancial.com>
Sent: Thu Mar 03 10:47:46 2005
Subject: According to the OCC, and 12 CFR Part 3, it appears to me that you are required
to maintain capital

According to the OCC, and 12 CFR Part 3, it appears to me that you are required to
maintain capital at 1:1 for the portion of the IO that exceeds 25% of Tier I capital.
Further, it can be argued that indeed you need 1:1 capital on the IO (per the OCC
statement).
What level of recourse do you bear on these securitizations?
Can you send me documents related to recent securitizations Are the IOs you book
considered credit enhancing What are the credit enhancements provided in the
securitizations It appears, as I have stated before, that you have about $6 billion in
supporting balances for the IO.  It further appears that these would carry a 100%
conversion factor.  Can you please explain your 30% required capital answer further.
I am rather convinced that you need 1:1.  Therefore, I dont not believe that your excess
capital position is that large.  Further, and assuming that you can have the margins you
have stated, I believe you will need more equity in 2005

Jay

Jay Cunningham, CFA
Vice President
Equity Research
Hibernia Southcoast Capital
909 Poydras, Ste. 1000
New Orleans, LA 70112
504-593-6110
The information contained herein is based on sources which we believe to be reliable but
is not guaranteed by us and is not considered to be all inclusive.  It is not to be
construed as an offer or the solicitation of an offer to sell or buy the securities herein
mentioned.
 The firm and/or its individual shareholders and/or members of their families may have a
position in the securities mentioned and, before or after your receipt of this report, may
make or recommend purchases and/or sales for their own accounts or for the accounts of
other customers of the firm from time to time in the open market or otherwise.
 Opinions expressed are our present opinions only and are subject to change without
notice.

Hibernia Southcoast Capital, Inc. is a wholly-owned non-bank subsidiary of Hibernia
Corporation.  The securities sold, offered, or recommended by Hibernia Southcoast Capital,
Inc. are not insured by the FDIC, not bank guaranteed, and may lose value.


Incoming mail is certified Virus Free.
Checked by Doral Financial Corporation anti-virus system (http://www.doralfinancial.com).
```



DEFENDANT'S EXHIBIT 129

1

Confidential Treatment Requested by Doral Financial Corporation

DFC00234180