UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES, : | |
|     Plaintiff, : | |
| : | CASE NO.: 08-cr-181 (TPG) |
| v. : | |
| : | |
| MARIO S. LEVIS, : | |
|     Defendant. : | |
| . . . . . . . . . . . . . . . . . . . . . . . . : | |

## DEFENDANT'S NOTICE OF FILING
## EXCLUDED EXPERT WITNESS EXHIBITS

Defendant, **MARIO S. LEVIS**, through undersigned counsel and for purposes or preserving the record, respectfully files the following expert witness composite exhibit that was excluded by the Court on April 23, 2010.

Respectively submitted,

By: _/s/ Roy Black_
 ROY BLACK, ESQ.
 (FL Bar No. 126088)
 HOWARD SREBNICK, ESQ.
 (FL Bar No. 919063)
 MARIA D. NEYRA, ESQ.
 (FL Bar No. 074233)
 BLACK, SREBNICK, KORNSPAN
 & STUMPF, P.A.
 201 South Biscayne Boulevard
 Suite 1300
 Miami, Florida 33131
 Phone (305) 371-6421
 Fax (305) 358-2006
 rblack@royblack.com.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on April 28, 2010, I electronically filed the foregoing document through CM/ECF, which will then transmit a copy of the document to:

William Stellmach, AUSA
U.S. Attorney's Office
Southern District of New York
1 St. Andrews Plaza
New York, NY 10007
William.stellmach@usdoj.gov.

                                      */s/ Roy Black*
                                      ROY BLACK, ESQ.