# USA v. Mario S. Levis

Walter Torous, Ph.D.

Professor UCLA Anderson School

Visiting Professor

Massachusetts Institute of Technology (MIT)

# Qualifications and Experience
*Walter Torous, Ph.D.*

- Education
  - B. Math, Statistics and Economics 1976, University of Waterloo
  - Ph.D, Economics, 1981, University of Pennsylvania
- Professional Experience
  - Professor of Finance, UCLA Anderson
    - Managerial Finance, Real Estate Finance, and Empirical Methods in Finance
    - University of Michigan
    - London Business School
  - Visiting Professor, Massachusetts Institute of Technology (MIT)
  - Founding Director, Ziman Center for Real Estate
  - Editor, *Real Estate Economics* (official publication of American Real Estate and Urban Economics Association)

# Qualifications and Experience (cont'd)

*Walter Torous, Ph.D.*

- Research
  - Pricing of Financial Instruments (options, futures, mortgages)
  - Reorganization of Financially Distressed Firms
  - Statistical Issues in Finance
- Professional Consulting
  - Government agencies
    - US Department of Housing and Urban Development
    - Federal Home Loan Mortgage Corporation (FHLMC)
  - Fixed income analytics provider
    - Capital Management Sciences (CMS)
      - Residential mortgage prepayment modeling



# Difficulty in Predicting Future Interest Rates

*3 Month LIBOR: Spot rate versus 5-year forward rate from 5 years ago*



Quarter-End Data from Q4 1994 - Q3 2009

······· 3-Month LIBOR Spot Rate

——— 5 Year Forward Rate from 5 Years Ago

**Notes:** Forward rates are estimated using the LIBOR and USD swap rates (FWCV function in Bloomberg)
**Source:** Bloomberg Financial Markets





# Difficulty in Predicting Future Interest Rates
*Difference between spot rate and 5-year forward rate from 5 years ago*



**Notes:** Forward rates are estimated using the LIBOR and USD swap rates (FWCV function in Bloomberg)
**Source:** Bloomberg Financial Markets





# Difficulty in Predicting Future Interest Rates
## 3 Month LIBOR: Spot rate versus historical spot rate from 5 years ago



Quarter-End Data from Q4 1994 - Q3 2009

······ 3-Month LIBOR Spot Rate ——— 3-Month LIBOR Spot Rate from 5 Years Ago

**Source:** Bloomberg Financial Markets





# Difficulty in Predicting Future Interest Rates

*Difference between spot rate and historical spot rate from 5 years ago*



Quarter-End Data from Q4 1994 - Q3 2009

**Source:** Bloomberg Financial Markets





# Difficulty in Predicting Future Interest Rates

*Implied forward rates versus future spot rates*

- Interpreting implied forward rates as reliable predictors of future spot rates is a _**theory**_

- _**It is not a fact or a certainty**_

- In fact, extensive academic empirical research concludes that implied forward rates are <u>not</u> reliable predictors of future spot rates

- For example, expectations hypothesis ignores risk and liquidity concerns in markets (liquidity preference)

- Today's spot rate may be as good as a forward rate in predicting a future spot rate







Quarterly Spot Rate of 3 Month LIBOR
December 31, 2004 through December 31, 2009

3-Month Libor Spot Rate





# Quarterly Spot Rate of 3 Month LIBOR
*December 31, 2004 through December 31, 2009*





# Annualized Hypothetical Income of the Dec-2004 Portfolios
*Assuming historical LIBOR rates, calls , and negotiated caps only*



# Annualized Hypothetical Income of the Dec-2004 Portfolios
*Assuming historical LIBOR rates , calls , and negotiated caps only*





# Annualized Hypothetical Income of the Dec-2004 Portfolios
### *Assuming historical LIBOR rates , calls , and negotiated caps only*



December 2004 Portfolio

Annualized Income

$300,000,000
$250,000,000
$200,000,000
$150,000,000
$100,000,000
$50,000,000
$0

Libor Set Date

12/31/2004
6/30/2006
12/31/2009

■ I/O + Servicing Income
■ I/O + Servicing + Swap + Cap Income







Annualized Hypothetical Income of the Dec-2004 Portfolios
*Assuming historical LIBOR rates , calls , and negotiated caps only*

December 2004 Portfolio

Libor Set Date

Legend:
- I/O + Servicing Income
- I/O + Servicing + Swap + Cap Income
- IO + Servicing + Swap + Cap + Cash Income





**Annualized Hypothetical Income of the Dec-2004 Portfolios**
*Assuming historical LIBOR rates and cap at WAC, unless otherwise specified*



# Annualized Hypothetical Income of the Dec-2004 Portfolios

*Assuming historical LIBOR rates and cap at WAC, unless otherwise specified*



December 2004 Portfolio

Annualized Income

$300,000,000
$250,000,000
$200,000,000
$150,000,000
$100,000,000
$50,000,000
$0

12/31/2004    6/30/2006    12/31/2009

Libor Set Date

■ I/O + Servicing + Swap + Cap Income





**Annualized Hypothetical Income of the Dec-2004 Portfolios**
*Assuming historical LIBOR rates and cap at WAC, unless otherwise specified*











**Annualized Hypothetical Income of the Dec-2004 Portfolios**
*Assuming variable LIBOR rates , calls , and negotiated caps only*

December 2004 Portfolio

I/O + Servicing Income





# Annualized Hypothetical Income of the Dec-2004 Portfolios
*Assuming variable LIBOR rates , calls , and negotiated caps only*



December 2004 Portfolio

- - • - I/O + Servicing + Swap + Cap Income





# Annualized Hypothetical Income of the Dec-2004 Portfolios
*Assuming variable LIBOR rates , calls , and negotiated caps only*



December 2004 Portfolio

— IO + Servicing + Swap + Cap + Cash Income





# Annualized Hypothetical Income of the Dec-2004 Portfolios
*Assuming variable LIBOR rates and cap at WAC, unless otherwise specified*



December 2004 Portfolio

I/O + Servicing Income



# Annualized Hypothetical Income of the Dec-2004 Portfolios
*Assuming variable LIBOR rates and cap at WAC, unless otherwise specified*



December 2004 Portfolio

- - - I/O + Servicing + Swap + Cap Income







## Annualized Hypothetical Income of the Dec-2004 Portfolios
*Assuming variable LIBOR rates and cap at WAC, unless otherwise specified*





# Doral's External Hedges

*Doral purchased derivatives to manage interest rate risk*

- Doral purchased derivatives as an alternative hedge against rising LIBOR interest rates

  – Interest rate caps on LIBOR

    • The interest rate cap pays Doral LIBOR less the cap rate when LIBOR exceeds the cap rate.

  – Interest rate swaps on LIBOR

    • Doral pays fixed and the other party pays LIBOR

  – Short Eurodollar futures

    • Eurodollar rates are "essentially the same as LIBOR"[1]

    • Doral profits when LIBOR rates rise

1. "Options, Futures, and Other Derivatives," John C. Hull, Seventh Edition, p. 136.



# Doral's External Hedges

*Short Eurodollar futures*

- As of 12/31/04, Doral shorted $7.1 billion in Eurodollar futures

- Shorting Eurodollar futures protects against rising interest rates

- For example:[1]

  – Doral shorted 500 contracts at a futures price of 96.485, giving Doral protection if LIBOR exceeds the "contract rate" of 3.515% (=100-96.485)

(1) Bates Number DFC00496750



# Doral's External Hedges
*December 31, 2004*

- Doral's LIBOR hedges provided protection against rising interest rates

  – Doral had $2.6 billion in LIBOR caps and swaps

    • Doral had $2.1 billion in LIBOR caps

    • Doral had $500 million in LIBOR swaps

  – Doral had $7.1 billion in Eurodollar futures with a weighted average contract rate of 3.9%

