USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/10

# MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 4, 2010

RECEIVED
NOV -5 2010
CHAMBERS OF
JUDGE GRIESA

**BY HAND**

The Honorable Thomas P. Griesa
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1630
New York, New York 10007

    Re:    <u>United States v. Mario Levis</u>
           08 Cr. 181 (TPG)

Dear Judge Griesa:

    The Government respectfully submits this letter concerning the *Fatico* hearing currently scheduled for November 10, 2010, and the sentencing scheduled for November 16, in the above-referenced matter.

    As the undersigned discussed with Your Honor's law clerk this afternoon, the parties have agreed that a *Fatico* hearing is no longer necessary. Instead, any arguments concerning sentencing can be addressed in written submissions. Accordingly, the parties hereby request that the *Fatico* hearing scheduled for November 10, 2010 be canceled, and further propose that the Government's and the defendant's sentencing memoranda both be submitted to the Court on or before November 10, 2010. The parties further propose that any responses to the other party's sentencing memorandum be submitted on or before November 15, 2010.

*approved,*
*Thomas P. Griesa*
*USDJ 11/8/10*

The Honorable Thomas P. Griesa
November 4, 2010
Page 2

        Thank you very much for the Court's consideration of this matter.

        Respectfully Submitted,

        PREET BHARARA
        United States Attorney

By: _____
        Marc Litt/David I. Miller
        Assistant United States Attorneys
        (212) 637-2295/2484

cc:    Mr. Roy Black, Esq. (via e-mail)
        Mr. Howard Sbrenick, Esq. (via e-mail)