### Housing and Urban Development Requirements

The Company's mortgage operation is a U.S. Department of Housing and Urban Development approved non-supervised mortgagee and is required to maintain an excess of current assets over current liabilities and minimum net worth, as defined by the various regulatory agencies. Such equity requirement is tied to the size of the Company's servicing portfolio and ranged up to $1.0 million. The Company is also required to maintain fidelity bonds and errors and omissions insurance coverage based on the balance of its servicing portfolio. The Company is in compliance with these regulatory requirements.

### Registered Broker-Dealer Requirements

Doral Securities is registered as a broker-dealer with the Securities and Exchange Commission ("SEC") and the Puerto Rico Office of the Commissioner of Financial Institutions (the "CFI"). Doral Securities is also a member of the National Association of Securities Dealers (the "NASD"). As a registered broker-dealer, Doral Securities is subject to regulation by the SEC, the NASD and the CFI in matters relating to the conduct of its securities business, including record-keeping and reporting requirements, supervision and licensing of employees and obligations to customers. In particular, Doral Securities is subject to net capital rules, which specify minimum net capital requirements for registered broker-dealers. These are designed to ensure that such institutions maintain adequate regulatory capital in relation to their liabilities and the size of their customer business. As of December 31, 2004, the Company was in compliance with these regulatory capital requirements.

### 4. Money Market Investments

At December 31, 2004, the Company had $806.9 million in time deposits and other short-term money market investments pledged as collateral for securities sold under agreement to repurchase, which the counterparty can repledge.

The carrying value of securities purchased under agreements to resell included in money market investments and the estimated collateral market value of the underlying securities, at December 31, 2004, are summarized as follows:

| (In thousands) Type of Collateral Pledged | Carrying Value | Collateral Estimated Market Value |
|---|---|---|
| U.S. Government and Agencies | $ 49,245 | $ 50,250 |

The dealers who arranged the transactions held these securities on behalf of the Company. At December 31, 2004, the Company has not sold or repledged any of its securities purchased under agreements to resell.

### 5. Securities Held for Trading

Securities held for trading consisted of:

| (In thousands) | December 31, 2004 | 2003 |
|---|---|---|
| Mortgage-backed securities: | | |
| GNMA exempt | $ 266,380 | $ 290,202 |
| GNMA taxable | 50,974 | 23,641 |
| CMO certificates | 4,299 | 6,691 |
| FHLMC and FNMA | 18,286 | 26,063 |
| Interest-only strips | 878,732 | 578,124 |
| Puerto Rico Government and Agencies | 5,444 | 5,646 |
| Other | 19,428 | 13,783 |
| | $ 1,243,543 | $ 944,150 |

Net unrealized loss on trading securities, excluding derivative instruments, as of December 31, 2004, amounted to approximately $124.6 million (including losses on the value of the IOs of $131.0 million). At December 31, 2003, net unrealized gain on trading securities amounted to $15.8 million (including gains on the value of the IOs of $7.3 million). The weighted-average yield on securities held for trading, including IOs, as of December 31, 2004 was 6.71% (2003 – 7.21%).

Set forth below is a summary of the components of net gain (loss) from securities held for trading:

| (In thousands) | Year ended December 31, 2004 | 2003 | 2002 |
|---|---|---|---|
| Net realized gains on sales of securities held for trading | $ 24,900 | $ 120,528 | $ 84,404 |
| (Losses) and gains on the IO valuation | (131,007) | 7,314 | (6,465) |
| Net unrealized gains and (losses) on trading securities, excluding IOs | 3,385 | (14,870) | 9,057 |
| Net realized and unrealized losses on derivative instruments | (97,885) | (107,381) | (91,267) |
| Total | $ (200,607) | $ 5,591 | $ (4,271) |

## 6. Securities Available for Sale

The amortized cost, gross unrealized gains and losses, approximate market value, weighted-average yield and contractual maturities of securities available for sale as of December 31, 2004 and 2003 (2002 — only market value and weighted-average yield are presented), were as follows:

| (Dollars in thousands) | 2004 | | | | |
|---|---|---|---|---|---|
| | Amortized Cost | Unrealized Gains | Unrealized Losses | Market Value | Weighted-Average Yield |
| Mortgage-Backed Securities | | | | | |
| GNMA | | | | | |
| Due over ten years | $  2,946,222 | $     985 | $    11,297 | $  2,935,910 | 5.62% |
| FHLMC and FNMA | | | | | |
| Due over ten years | 398,662 | 98 | 9,403 | 389,357 | 5.18% |
| Debt Securities | | | | | |
| FHLB Notes | | | | | |
| Due over ten years | 111,951 | 2,255 | – | 114,206 | 5.51% |
| U.S. Treasury | | | | | |
| Due from one to five years | 500,078 | – | 8,492 | 491,586 | 1.66% |
| Due from five to ten years | 863,077 | – | 27,784 | 835,293 | 3.71% |
| Due over ten years | 219,577 | – | 3,421 | 216,156 | 4.71% |
| | $  5,039,567 | $  3,338 | $  60,397 | $  4,982,508 | 4.83% |

| (Dollars in thousands) | 2003 | | | | | 2002 | |
|---|---|---|---|---|---|---|---|
| | Amortized Cost | Unrealized Gains | Unrealized Losses | Market Value | Weighted-Average Yield | Market Value | Weighted-Average Yield |
| Mortgage-Backed Securities | | | | | | | |
| GNMA | | | | | | | |
| Due over ten years | $   467,451 | $   553 | $   5,096 | $  462,908 | 5.70% | $   12,780 | 6.55% |
| FHLMC and FNMA | | | | | | | |
| Due over ten years | 539,034 | 196 | 13,360 | 525,870 | 5.17% | 174,586 | 5.87% |
| Debt Securities | | | | | | | |
| FHLB Zero Coupon | | | | | | | |
| Due over ten years | – | – | – | – | – | 105,000 | 6.87% |
| FHLB Notes | | | | | | | |
| Due over ten years | 111,940 | – | 1,847 | 110,093 | 5.25% | – | – |
| FHLMC Notes | | | | | | | |
| Due over ten years | – | – | – | – | – | 25,315 | 6.00% |
| U.S. Treasury | | | | | | | |
| Due from one to five years | 149,897 | 291 | – | 150,188 | 1.84% | – | – |
| Due from five to ten years | 1,375,706 | – | 35,144 | 1,340,562 | 3.87% | 238,309 | 4.25% |
| Due over ten years | 266,962 | – | 5,985 | 260,977 | 4.92% | 306,100 | 5.37% |
| | $ 2,910,990 | $  1,040 | $  61,432 | $ 2,850,598 | 4.45% | $  862,090 | 5.38% |

The weighted-average yield is computed based on amortized cost and, therefore, does not give effect to changes in fair value.

Proceeds from sales of securities available for sale during 2004 were approximately $10.0 billion (2003 – $7.0 billion and 2002 – $5.4 billion). For 2004, gross gains of $60.2 million (2003 – $33.9 million and 2002 – $49.6 million) were realized on those sales. For 2004, gross losses of $49.6 million (2003 – $28.5 million and 2002 – $25.7 million) were realized on those sales.

Expected maturities of mortgage-backed securities and certain debt securities might differ from contractual maturities because borrowers may have the right to call or prepay obligations with or without call or prepayment penalties.

Under SFAS No. 133, *Accounting for Derivative Instruments and Hedging Activities,* as amended, the Company may designate a derivative as a hedge of the fair value of a recognized fixed rate asset or liability. From time to time certain hedging activities related to certain available-for-sale securities are accounted for as a fair value hedge. In a qualifying fair value hedge, both the changes in fair value of the hedged item (in this case available-for-sale securities) and changes in fair value of the derivative are included in net gain (loss) on securities held for trading in the Consolidated Statements of Income. As a result, any hedge ineffectiveness is reflected immediately in earnings. During 2004, the Company recognized losses of $7.0 million that represents the ineffective portion of the fair value hedges of its available-for-sale securities. Derivatives hedging the fair value of certain available-for-sale securities expired during the third quarter of 2004 and the Company decided to discontinue the fair value hedge for such securities. As a result of the fair value hedge discontinuance, the favorable cumulative mark-to-market valuation from the inception date of the fair value hedge to its discontinuance date of approximately $27.2 million is being amortized as a yield adjustment over the remaining life of the securities.

## 7. Securities Held to Maturity

The amortized cost, gross unrealized gains and losses, approximate market value, weighted-average yield and contractual maturities of securities held to maturity as of December 31, 2004 and 2003 (2002 – only amortized cost and weighted-average yield) were as follows:

| (Dollars in thousands) | 2004 | | | | |
| --- | --- | --- | --- | --- | --- |
| | Amortized Cost | Unrealized Gains | Unrealized Losses | Market Value | Weighted-Average Yield |
| **Mortgage-Backed Securities** | | | | | |
| GNMA | | | | | |
| Due from one to five years | $ 493 | $ 25 | $ – | $ 518 | 6.50% |
| Due from five to ten years | 618 | 33 | – | 651 | 7.00% |
| Due over ten years | 5,754 | 336 | – | 6,090 | 7.00% |
| FHLMC and FNMA | | | | | |
| Due over ten years | 437,426 | 1,190 | 3,607 | 435,009 | 5.22% |
| CMO Certificates | | | | | |
| Due from one to five years | 614 | – | 3 | 611 | 6.10% |
| Due over ten years | 25,264 | 11 | 440 | 24,835 | 6.58% |
| **Debt Securities** | | | | | |
| FHLB Notes | | | | | |
| Due from one to five years | 100,000 | – | 941 | 99,059 | 2.89% |
| Due from five to ten years | 50,000 | 250 | – | 50,250 | 4.13% |
| Due over ten years | 398,587 | 1,102 | 5,040 | 394,649 | 5.38% |
| FHLB Zero Coupon | | | | | |
| Due over ten years | 167,361 | – | 5,942 | 161,419 | 6.51% |
| FHLMC Zero Coupon | | | | | |
| Due over ten years | 282,947 | – | 7,971 | 274,976 | 5.90% |
| FHLMC and FNMA Notes | | | | | |
| Due over ten years | 149,988 | 46 | 1,285 | 148,749 | 5.63% |
| P.R. Housing Bank | | | | | |
| Due from one to five years | 5,000 | 50 | – | 5,050 | 6.00% |
| Due over ten years | 2,235 | 28 | – | 2,263 | 6.20% |
| U.S. Treasury | | | | | |
| Due from five to ten years | 201,484 | – | 7,765 | 193,719 | 3.52% |
| Due over ten years | 473,689 | 975 | 34,204 | 440,460 | 4.33% |
| Other | | | | | |
| Due from one to five years | 7,950 | 17 | – | 7,967 | 4.32% |
| Due from five to ten years | 370 | 8 | – | 378 | 6.75% |
| Due over ten years | 7,000 | 40 | – | 7,040 | 5.93% |
| | $ 2,316,780 | $ 4,111 | $ 67,198 | $ 2,253,693 | 5.02% |

| | | | 2003 | | | 2002 | |
|---|---|---|---|---|---|---|---|
| (Dollars in thousands) | Amortized Cost | Unrealized Gains | Unrealized Losses | Market Value | Weighted-Average Yield | Amortized Cost | Weighted-Average Yield |
| **Mortgage-Backed Securities** | | | | | | | |
| GNMA | | | | | | | |
| Due from five to ten years | $ 1,682 | $ 89 | $ – | $ 1,771 | 6.75% | $ 2,227 | 6.74% |
| Due over ten years | 7,908 | 482 | – | 8,390 | 6.97% | 11,253 | 6.99% |
| CMO Certificates | | | | | | | |
| Due within a year | 40 | – | – | 40 | 8.25% | – | |
| Due from one to five years | 677 | – | 2 | 675 | 6.78% | 274 | 7.62% |
| Due from five to ten years | 462 | – | 3 | 459 | 5.80% | 1,257 | 6.28% |
| Due over ten years | 43,182 | 2 | 781 | 42,403 | 6.23% | 67,140 | 5.99% |
| **Debt Securities** | | | | | | | |
| FHLB Notes | | | | | | | |
| Due from one to five years | 50,000 | – | – | 50,000 | 3.05% | – | |
| Due over ten years | 517,960 | 2,051 | – | 520,011 | 5.58% | 394,365 | 5.59% |
| FHLB Zero Coupon | | | | | | | |
| Due over ten years | 288,253 | – | 1,099 | 287,154 | 6.63% | 314,202 | 6.82% |
| FHLMC Zero Coupon | | | | | | | |
| Due over ten years | 34,287 | – | 5,500 | 28,787 | 6.01% | 37,116 | 7.87% |
| FHLMC Notes | | | | | | | |
| Due over ten years | – | – | – | – | – | 50,000 | 6.00% |
| P.R. Housing Bank | | | | | | | |
| Due from one to five years | 5,000 | 50 | – | 5,050 | 6.00% | 5,000 | 6.00% |
| Due over ten years | 2,235 | – | – | 2,235 | 6.20% | 3,305 | 6.20% |
| U.S. Treasury | | | | | | | |
| Due from five to ten years | 201,661 | – | 9,161 | 192,500 | 3.51% | – | – |
| Due over ten years | 476,167 | 3,503 | 46,498 | 433,172 | 4.38% | 61,092 | 5.36% |
| P.R. Economic Development Bank Notes | | | | | | | |
| Due within a year | – | | | | | 2,000 | 6.60% |
| Other | | | | | | | |
| Due within a year | – | – | | – | – | 5,000 | 3.51% |
| Due from one to five years | 3,680 | 11 | 4 | 3,687 | 5.33% | 355 | 6.48% |
| Due from five to ten years | 715 | 13 | – | 728 | 6.73% | 4,040 | 5.48% |
| Due over ten years | 7,000 | 40 | – | 7,040 | 5.93% | 2,000 | 7.00% |
| | $ 1,640,909 | $ 6,241 | $ 63,048 | $ 1,584,102 | 5.13% | $ 960,626 | 6.13% |

The weighted-average yield is computed based on amortized cost and, therefore, does not give effect to changes in fair value. Expected maturities of mortgage-backed securities and certain debt securities might differ from contractual maturities because borrowers may have the right to call or prepay obligations with or without call or prepayment penalties.

## 8. Investments in an Unrealized Loss Position

The following tables show the Company's gross unrealized losses and fair value for available-for-sale and held-to-maturity investments, aggregated by investment category and length of time that individual securities have been in a continuous unrealized loss position at December 31, 2004.

### Securities available for sale

| (In thousands) | Less than 12 months Fair Value | Less than 12 months Unrealized Losses | 12 months or more Fair Value | 12 months or more Unrealized Losses | Total Fair Value | Total Unrealized Losses |
|---|---|---|---|---|---|---|
| Mortgage-Backed Securities | | | | | | |
| GNMA | $ 2,262,950 | $ 8,869 | $ 158,223 | $ 2,428 | $ 2,421,173 | $ 11,297 |
| FHLMC and FNMA | 35,340 | 201 | 345,679 | 9,202 | 381,019 | 9,403 |
| Debt Securities | | | | | | |
| U.S. Treasury | 1,300,887 | 24,068 | 242,148 | 15,629 | 1,543,035 | 39,697 |
| | $ 3,599,177 | $ 33,138 | $ 746,050 | $ 27,259 | $ 4,345,227 | $ 60,397 |

### Securities held to maturity

| (In thousands) | Less than 12 months Fair Value | Less than 12 months Unrealized Losses | 12 months or more Fair Value | 12 months or more Unrealized Losses | Total Fair Value | Total Unrealized Losses |
|---|---|---|---|---|---|---|
| Mortgage-Backed Securities | | | | | | |
| FHLMC and FNMA | $ 199,860 | $ 3,607 | $ — | $ — | $ 199,860 | $ 3,607 |
| CMO Certificates | 7,069 | 167 | 9,161 | 276 | 16,230 | 443 |
| Debt Securities | | | | | | |
| FHLB Notes | 367,606 | 5,981 | — | — | 367,606 | 5,981 |
| FHLB Zero Coupon | 53,725 | 658 | 107,694 | 5,284 | 161,419 | 5,942 |
| FHLMC Zero Coupon | 242,758 | 3,779 | 32,218 | 4,192 | 274,976 | 7,971 |
| FHLMC and FNMA Notes | 98,715 | 1,285 | — | — | 98,715 | 1,285 |
| U.S. Treasury | — | — | 571,992 | 41,969 | 571,992 | 41,969 |
| | $ 969,733 | $ 15,477 | $ 721,065 | $ 51,721 | $ 1,690,798 | $ 67,198 |

The securities held by the Company are principally mortgage-backed securities, U.S. Treasury and agency securities. Thus, a substantial portion of these instruments is guaranteed by mortgages, a U.S. government-sponsored entity or the full faith and credit of the U.S. government and, therefore, principal and interest on the securities are deemed recoverable. The Company has the ability and intent to hold the securities until maturity or until the unrealized losses are recovered. Therefore, no other-than-temporary impairment loss has been recognized.

## 9. Mortgage Loans Held for Sale

At December 31, mortgage loans held for sale consisted of the following:

| (In thousands) | 2004 | 2003 |
|---|---|---|
| Conventional single family residential loans | $ 1,207,386 | $ 1,532,149 |
| FHA/VA loans | 96,161 | 87,810 |
| Mortgage loans on residential multifamily | 42,759 | 79,641 |
| Construction and commercial real estate loans | 214,643 | 266,982 |
| Consumer loans secured by mortgages | — | 26 |
| | $ 1,560,949 | $ 1,966,608 |

At December 31, the aggregate amortized cost and approximate market value of these loans were as follows:

| (In thousands) | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Approximate Market Value |
|---|---|---|---|---|
| 2004 | $  1,560,949 | $  26,810 | $  7,702 | $  1,580,057 |
| 2003 | $  1,966,608 | $  55,165 | $  2,178 | $  2,019,595 |

## 10. Loans Receivable

Loans receivable are related to the Company's banking and construction loan operations and consisted of:

| | December 31, | |
|---|---|---|
| (In thousands) | 2004 | 2003 |
| Construction loans[1] | $  629,913 | $  603,909 |
| Residential mortgage loans | 609,148 | 529,147 |
| Commercial-secured by real estate | 368,699 | 152,016 |
| Consumer-secured by real estate | 320 | 375 |
| Consumer-other: | | |
| Personal loans | 28,865 | 31,083 |
| Auto loans | 1,175 | 1,291 |
| Credit cards | 13,401 | 8,367 |
| Overdrawn checking account | 524 | 357 |
| Revolving lines of credit | 26,614 | 25,418 |
| Lease financing receivables | 7,488 | — |
| Commercial non-real estate | 36,848 | 22,006 |
| Loans on savings deposits | 9,354 | 8,769 |
| Land secured | 51,853 | 65,818 |
| Loans receivable, gross | 1,784,202 | 1,448,556 |
| Less: | | |
| Unearned interest and deferred loan fees, net | (10,966) | (17,998) |
| Allowance for loan losses | (20,746) | (19,709) |
| | (31,712) | (37,707) |
| Loans receivable, net | $  1,752,490 | $  1,410,849 |

(1) Includes $556.0 million and $402.2 million of construction loans for residential housing projects as of December 31, 2004 and 2003, respectively. Also includes $73.9 million and $201.7 million of construction loans for commercial, condominiums and multifamily projects as of December 31, 2004 and 2003, respectively.

At December 31, 2004, fixed-rate loans and adjustable-rate loans were approximately $849.8 million and $934.4 million, respectively.

The adjustable rate loans, mostly composed of construction loans for residential projects, land loans and certain residential mortgage loans, have interest rate adjustment limitations and are generally tied to various market indexes. Future market factors may affect the correlation of the interest rate adjustment with the rate the Company pays on the short-term deposits that have primarily funded these loans.

Impaired loans as of December 31, 2004 and 2003, amounted to approximately $31.5 million and $23.7 million, respectively. At December 31, 2004, an impairment allowance of approximately $7.1 million (2003 — $2.4 million) was allocated to certain impaired loans with an aggregate principal outstanding balance of $20.7 million (2003 — $23.7 million). Average impaired loans for the years ended December 31, 2004 and 2003, were $28.9 million and $28.2 million, respectively.

As of December 31, 2004, the Company had loans receivable and mortgage loans held for sale, including impaired

loans over 90 days delinquent, amounting to approximately $44.8 million (2003 – $44.3 million) on which the accrual of interest income had been discontinued. If these loans had been accruing interest, the additional interest income realized would have been approximately $4.7 million (2003 – $7.5 million).

## 11. Allowance for Loan Losses

Changes in the allowance for loan losses were as follows:

| (In thousands) | Year ended December 31, | | |
| --- | --- | --- | --- |
| | 2004 | 2003 | 2002 |
| Balance at beginning of year | $ 28,211 | $ 18,243 | $ 12,472 |
| Provision for loan losses | 5,507 | 14,085 | 7,429 |
| Recoveries | 436 | 244 | 196 |
| Other adjustments | (199) | 150 | (32) |
| Losses charged to the allowance | (5,554) | (4,511) | (1,822) |
| Balance at the end of year | $ 28,401 | $ 28,211 | $ 18,243 |

The Company allocates the allowance for loan losses between loans held for sale and loans receivable. At December 31, 2004, approximately $7.7 million and $20.7 million (2003 – $8.5 million and $19.7 million, respectively, 2002 – $8.2 million and $10.0 million, respectively) of the total allowance for loan losses were allocated to loans held for sale and loans receivable, respectively.

## 12. Servicing Activities

The components of net servicing income (loss) are shown below:

| (In thousands) | Year ended December 31, | | |
| --- | --- | --- | --- |
| | 2004 | 2003 | 2002 |
| Servicing fees | $ 28,697 | $ 25,793 | $ 25,498 |
| Late charges | 7,393 | 6,958 | 6,522 |
| Prepayment penalties | 6,201 | 5,334 | 4,115 |
| Interest loss | (2,620) | (2,974) | (2,331) |
| Other servicing fees | 923 | 216 | 161 |
| Servicing income, gross | 40,594 | 35,327 | 33,965 |
| Amortization and impairment of servicing assets | (35,701) | (50,444) | (40,630) |
| Servicing income (loss), net | $ 4,893 | $ (15,117) | $ (6,665) |

The changes in servicing assets are shown below:

| (In thousands) | Year ended December 31, | | |
| --- | --- | --- | --- |
| | 2004 | 2003 | 2002 |
| Balance at beginning of year | $ 178,890 | $ 169,033 | $ 154,340 |
| Capitalization | 71,448 | 58,061 | 46,171 |
| Amortization | (28,651) | (34,576) | (31,478) |
| Application of valuation allowance to write-down permanently impaired servicing assets | (10,540) | (13,628) | – |
| Balance before valuation allowance at end of year | 211,147 | 178,890 | 169,033 |
| Valuation allowance for temporary impairment | (7,902) | (11,392) | (9,152) |
| Balance at end of year | $ 203,245 | $ 167,498 | $ 159,881 |

Effective July 1, 2002, impairment charges are recognized through a valuation allowance for each individual stratum of mortgage loans subject to servicing assets. The valuation allowance is adjusted to reflect the amount, if any, by which the cost basis of the servicing asset for a given stratum of loans being serviced exceeds its fair value. Any fair value in excess of the cost basis of the servicing asset for a given stratum is not recognized. Other-than-temporary impairment, if any, is recognized as a direct write-down of the servicing assets, and the valuation allowance is applied to reduce the cost basis of the the servicing asset .Prior to July 1, 2002, Doral Financial recorded all impairment charges as a direct write-down of servicing assets.

Changes in the impairment allowance were as follows:

| (In thousands) | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2004 | 2003 | 2002 |
| Balance at beginning of year | $    11,392 | $    9,152 | $    – |
| Temporary impairment charges | 19,416 | 24,590 | 12,364 |
| Write-down for permanent impaired servicing assets | (10,540) | (13,628) | – |
| Recoveries | (12,366) | (8,722) | (3,212) |
| Balance at end of year | $    7,902 | $    11,392 | $    9,152 |

The Company's servicing portfolio amounted to approximately $14.3 billion, $12.7 billion and $11.2 billion at December 31, 2004, 2003 and 2002, respectively, including $1.9 billion, $2.5 billion and $1.9 billion, respectively, of loans owned by the Company for which no servicing asset has been recognized.

During the years ended December 31, 2004, 2003 and 2002, the Company purchased servicing rights to approximately $266.6 million, $616.0 million and $381.2 million, respectively, in principal amount of mortgage loans.

Under most of the servicing agreements, the Company is required to advance funds to make scheduled payments to investors, if payments due have not been received from the mortgagors. At December 31, 2004, receivables and mortgage-servicing advances included advances to investors of approximately $36.3 million (2003 – $29.5 million).

### 13. Sale of Mortgage Loans

As disclosed in Note 2, the Company routinely originates, securitizes and sells mortgage loans into the secondary market. As a result of this process, the Company typically retains the servicing rights and may retain interest-only strips. The Company's retained interests are subject to prepayment and interest rate risks.

In 2004, 2003, and 2002, the Company recognized gains of $598.8 million, $390.1 million, and $220.6 million, respectively, on the sales and securitization of residential mortgage loans.

Values used in measuring the retained interests at the date of the sales of the loans resulting from transactions completed during the year were as follows:

- Servicing Assets from Loan Sales – The Company measures the servicing assets at the date of the sales based on current market rates in similar transactions ranging from 1.40% to 2.30% per annum during 2004 and 2003, depending on the type of loan.

- Interest-Only Strips – The Company measures the interest-only strips at the date of the transaction based on market values computed based on interest rate spreads on loans sold multiplied by a market multiple. These market multiples ranged from 4.95 to 5.50 during 2004 (2003 – 4.75 to 5.50).

At December 31, 2004, fair values of the Company's retained interests were based on prices provided by dealers as well as external and internal discounted cash flow models that incorporate assumptions regarding discount rates, mortgage prepayment rates, and spot LIBOR rates. The key economic assumptions used by the Company in its internal valuation models and the sensitivity of the current fair value of residual cash flows to immediate 10 percent and 20 percent adverse changes in those assumptions for mortgage loans at December 31, 2004, were as follows:

| (Dollars in thousands) | | Servicing Assets | | Interest-Only Strips |
|---|---|---|---|---|
| Carrying amount of retained interest | $ | 203,245 | $ | 878,732 |
| Weighted-average remaining life (in years) | | 7 | | 8 |
| | | | | |
| Constant prepayment rate (annual rate) | | 9.45% | | 7.20% |
| Impact on fair value of 10% adverse change | $ | 5,984 | $ | 24,134 |
| Impact on fair value of 20% adverse change | $ | 11,590 | $ | 45,785 |
| | | | | |
| Residual cash flow discount rate (annual) | | 9.70% | | 7.63% |
| Impact on fair value of 10% adverse change | $ | 7,853 | $ | 31,111 |
| Impact on fair value of 20% adverse change | $ | 15,175 | $ | 60,354 |

These sensitivities are hypothetical and should be used with caution. As the figures indicate, changes in fair value based on a 10 percent variation in assumptions generally cannot be extrapolated because the relationship of the change in assumption to the change in fair value may not be linear. Also, in this table, the effect of a variation in a particular assumption on the fair value of the retained interest is calculated without changing any other assumption; in reality, changes in one factor may result in changes in another (for example, increases in market interest rates may result in lower prepayments), which may magnify or counteract the sensitivities.

The following table summarizes the estimated change in the fair value of the Company's IOs, net of embedded caps, as of December 31, 2004, given several hypothetical (instantaneous and parallel) increases in the 3-month LIBOR and do not consider hedging strategies used by the Company.

| | Change in Fair Value | | | |
|---|---|---|---|---|
| Change in 3-month LIBOR (basis points) | +25 | +50 | +100 | +200 |
| Change in Fair Value of IOs | $(69.9) million | $(138.8) million | $(274.7) million | $(542.2) million |

The analysis in the above table is limited in that it was performed at a particular point in time and does not incorporate changes in other factors or assumptions that would impact the sensitivity of the IO valuation in such scenarios.

The activity in interest-only strips is shown below:

| (In thousands) | | 2004 | | 2003 | | 2002 |
|---|---|---|---|---|---|---|
| Balance at beginning of year | $ | 578,124 | $ | 359,185 | $ | 218,848 |
| Capitalization of IOs from loan sales | | 509,349 | | 281,273 | | 197,919 |
| Amortization | | (101,550) | | (79,622) | | (40,527) |
| (Losses) gains on the IO value | | (131,007) | | 7,314 | | (6,465) |
| Purchases of IOs | | 23,816 | | 9,974 | | 10,720 |
| Sales of IOs | | — | | — | | (21,310) |
| Balance at end of year | $ | 878,732 | $ | 578,124 | $ | 359,185 |

The following table presents quantitative information about delinquencies, net credit losses, and components of loans sold with recourse:

| | | Principal Amount of Loans | | |
|---|---|---|---|---|
| (In thousands) | Principal Amount of Loans | 60 days or More Past Due[1] | | Net Credit Losses[2] |
| Type of Loan | | | | |
| Residential mortgage and commercial loans sold with recourse agreements | $   3,931,039 | $   164,134 | | $   1,459 |

[1] Loans 60 days or more past due are based on end of period total loans.
[2] Net credit losses are charge-offs and are based on total loans outstanding.

Recourse sales generally involve the sale of non-conforming loans to local financial institutions and to FNMA and FHLMC. As of December 31, 2004 and 2003, the Company's contractual recourse obligations relating to its mortgage-servicing portfolio were approximately $3.3 billion and $1.9 billion, respectively. As of December 31, 2004, the Company had an allowance for recourse obligations of $10.8 million (2003 – $3.7 million). Historical losses on recourse obligations have not been significant.

## 14. Premises and Equipment

Premises and equipment consisted of:

| (In thousands) | December 31, | |
|---|---|---|
| | 2004 | 2003 |
| Office building | $    64,068 | $    62,006 |
| Office furniture and equipment | 65,589 | 59,066 |
| Leasehold improvements | 49,617 | 38,202 |
| Automobiles | 356 | 301 |
| | 179,630 | 159,575 |
| Less - accumulated depreciation and amortization | (52,523) | (41,667) |
| | 127,107 | 117,908 |
| Land | 16,354 | 13,562 |
| Construction in progress | 3,090 | 4,567 |
| | $    146,551 | $    136,037 |

## 15. Sources of Borrowings

At December 31, 2004, the scheduled aggregate annual maturities of the Company's sources of borrowings were approximately as follows:

| (In thousands) | Deposits | Repurchase Agreements | Advances from the FHLB | Loans Payable | Notes Payable | Total |
|---|---|---|---|---|---|---|
| 2005 | $  2,470,099 | $  3,912,860 | $  375,000 | $  279,560 | $  130,354 | $  7,167,873 |
| 2006 | 430,309 | – | – | – | 82,760 | 513,069 |
| 2007 | 352,325 | 270,000 | 117,000 | – | 637,325 | 1,376,650 |
| 2008 | 245,699 | 464,425 | 100,000 | – | 855 | 810,979 |
| 2009 | 129,607 | 205,093 | 25,000 | – | 915 | 360,615 |
| 2010 and thereafter | 15,041 | 1,452,785 | 677,500 | – | 252,993 | 2,398,319 |
| | $  3,643,080 | $  6,305,163 | $  1,294,500 | $  279,560 | $  1,105,202 | $  12,627,505 |

## 16. Deposit Accounts

At December 31, deposits and their weighted-average interest rates are summarized as follows:

| (Dollars in thousands) | 2004 | | 2003 | |
|---|---|---|---|---|
| | Amount | % | Amount | % |
| Certificates of deposit | $  1,983,271 | 3.21 | $  1,695,671 | 2.99 |
| Regular savings | 474,271 | 2.29 | 443,050 | 2.27 |
| NOW accounts | 726,178 | 2.12 | 468,259 | 2.11 |
| Non interest-bearing deposits | 459,360 | – | 364,292 | – |
| | $  3,643,080 | 2.47 | $  2,971,272 | 2.38 |

At December 31, 2004 and 2003, certificates of deposit over $100,000 amounted to approximately $1.7 billion and $1.4 billion, respectively. Brokered certificates of deposit amounted to $1.3 billion and $985.3 million at December 31, 2004 and 2003, respectively. The banking subsidiaries had brokered certificates of deposit maturing as follows:

| (In thousands) As of December 31, 2004 | | |
|---|---|---|
| 2005 | $ | 289,605 |
| 2006 | | 360,788 |
| 2007 | | 313,900 |
| 2008 | | 195,369 |
| 2009 | | 116,458 |
| 2010 and thereafter | | 14,271 |
| | $ | 1,290,391 |

At December 31, 2004, Doral Financial's banking subsidiaries had deposits from officers, directors, employees and principal stockholders of the Company amounting to approximately $8.7 million (2003 – $6.3 million).

The Company, as a servicer of loans, is required to maintain certain balances on behalf of the borrowers called escrow funds. At December 31, 2004, escrow funds amounted to approximately $222.4 million (2003 – $182.3 million), of which $171.2 million were deposited with Doral Bank-PR (2003 – $158.5 million). The remaining escrow funds were deposited with other banks and therefore excluded from the Company's assets and liabilities.

## 17. Securities Sold Under Agreements to Repurchase

The following summarizes significant data about securities sold under agreements to repurchase for the years ended December 31, 2004 and 2003.

| (Dollars in thousands) | 2004 | 2003 |
|---|---|---|
| Carrying amount as of December 31, | $ 6,305,163 | $ 3,602,942 |
| Average monthly aggregate balance outstanding | $ 4,805,381 | $ 2,999,339 |
| Maximum balance outstanding at any month end | $ 6,305,163 | $ 3,602,942 |
| Weighted-average interest rate during the year | 2.51% | 3.02% |
| Weighted-average interest rate at year end | 2.73% | 2.46% |

Securities sold under agreements to repurchase as of December 31, 2004, grouped by counterparty, were as follows:

| (Dollars in thousands) Counterparty | Repurchase Liability | Weighted-average Maturity (in months) |
|---|---|---|
| Merrill Lynch, Pierce, Fenner & Smith, Inc. | $ 1,387,653 | 40.9 |
| Morgan Stanley DW, Inc. | 1,199,104 | 0.9 |
| Countrywide Securities, Corp. | 820,880 | 0.6 |
| Credit Suisse First Boston, LLC | 631,693 | 27.6 |
| Lehman Brothers, Inc. | 513,978 | 66.4 |
| Federal Home Loan Bank of New York | 427,900 | 52.9 |
| Wachovia Capital Markets | 390,041 | 0.6 |
| Citibank, N.A. – Puerto Rico | 347,872 | 108.7 |
| FIMAT, USA, LLC | 257,216 | 0.1 |
| Popular Securities, Inc. | 203,786 | 37.7 |
| Others | 125,040 | 4.9 |
| Total | $ 6,305,163 | 28.3 |

The carrying and market values of securities available for sale and securities held to maturity pledged as collateral at December 31, shown by maturity of the repurchase agreement, were as follows:

| (Dollars in thousands) | 2004 | | | | 2003 | | | |
|---|---|---|---|---|---|---|---|---|
| | Carrying Value | Market Value | Repurchase Liability | Repo Rate | Carrying Value | Market Value | Repurchase Liability | Repo Rate |
| **Mortgage-Backed Securities** | | | | | | | | |
| GNMA | | | | | | | | |
| Term up to 30 days | $ 1,731,830 | $ 1,702,382 | $ 1,690,472 | 2.37% | $ -- | $ -- | $ -- | -- |
| Term over 90 days | 774,427 | 793,758 | 776,663 | 1.71% | 424,341 | 419,753 | 453,000 | 1.90% |
| | | | | | | | | |
| FHLMC and FNMA | | | | | | | | |
| Term up to 30 days | 345,037 | 340,083 | 317,609 | 2.37% | 280,748 | 273,543 | 267,538 | 1.14% |
| Term of 30 to 90 days | 258,466 | 256,446 | 248,125 | 2.41% | -- | -- | -- | -- |
| Term over 90 days | 151,444 | 148,084 | 117,103 | 1.78% | 155,218 | 151,128 | 106,604 | 1.74% |
| | | | | | | | | |
| CMO Certificates | | | | | | | | |
| Term up to 30 days | 11,912 | 11,831 | 11,551 | 2.45% | 14,911 | 14,857 | 13,268 | 1.38% |
| Term over 90 days | -- | .. | -- | -- | 9,967 | 9,746 | 6,467 | 2.80% |
| | | | | | | | | |
| **Debt Securities** | | | | | | | | |
| FHLB Notes | | | | | | | | |
| Term up to 30 days | 15,704 | 16,001 | 15,901 | 2.37% | -- | -- | -- | -- |
| Term of 30 to 90 days | 90,765 | 91,788 | 89,835 | 3.13% | -- | -- | -- | -- |
| Term over 90 days | 438,267 | 433,878 | 400,385 | 5.38% | 489,785 | 490,090 | 471,541 | 5.49% |
| | | | | | | | | |
| FHLB and FHLMC | | | | | | | | |
| Zero Coupons | | | | | | | | |
| Term up to 30 days | 112,918 | 111,912 | 108,500 | 2.10% | -- | -- | -- | -- |
| Term of 30 to 90 days | 148,724 | 145,771 | 134,694 | 2.67% | -- | -- | -- | -- |
| Term over 90 days | 124,726 | 118,283 | 99,750 | 2.91% | 289,322 | 286,817 | 271,921 | 4.33% |
| | | | | | | | | |
| FHLMC and FNMA Notes | | | | | | | | |
| Term up to 30 days | 47,988 | 48,008 | 46,519 | 2.37% | -- | -- | -- | -- |
| Term of 30 to 90 days | 50,000 | 49,500 | 45,121 | 2.41% | -- | -- | -- | -- |
| Term over 90 days | 2,000 | 2,026 | 1,845 | 2.78% | -- | -- | -- | -- |
| | | | | | | | | |
| U.S. Treasury Securities | | | | | | | | |
| Term up to 30 days | 881,600 | 852,531 | 859,241 | 1.60% | 1,073,872 | 1,039,632 | 1,039,299 | 0.43% |
| Term of 30 to 90 days | 56,129 | 52,089 | 48,621 | 5.90% | -- | -- | -- | -- |
| Term over 90 days | 871,029 | 839,032 | 810,546 | 4.99% | 609,405 | 575,240 | 478,387 | 4.44% |
| | $ 6,112,966 | $ 6,013,403 | $ 5,822,481 | 2.78% | $ 3,347,569 | $ 3,260,806 | $ 3,108,025 | 2.49% |

## 18. Advances from the Federal Home Loan Bank

Advances from the FHLB consisted of the following:

| | December 31, | |
|---|---|---|
| (In thousands) | 2004 | 2003 |
| Advances from the FHLB with maturities ranging from January 2005 to November 2012 (2003 – February 2004 to November 2012), at various fixed and adjustable rates averaging 3.98% and 3.89% at December 31, 2004 and 2003, respectively | $  1,294,500 | $  1,206,500 |

At December 31, 2004, the Company had pledged qualified collateral in the form of first mortgage notes, investments and mortgage-backed securities with a market value of $1.4 billion to secure the above advances from the FHLB. According to contractual agreements, such investments can be repledged by the counterparty.

## 19. Loans Payable

At December 31, 2004 and 2003, loans payable consisted of warehousing lines of credit and gestation or presale facilities with credit lines totaling approximately $980.0 million and $851.4 million, respectively. Advances under these facilities are secured by mortgage loans.

Outstanding loans payable consisted of the following:

| | December 31, | |
|---|---|---|
| (In thousands) | 2004 | 2003 |
| Loans payable resulting from the use of warehousing lines of credit and gestation or presale facilities due in 2005, at various variable rates averaging 3.17% and 2.12% at December 31, 2004 and 2003, respectively, and other financing arrangements | $     279,560 | $     178,334 |

Maximum borrowings outstanding at any month end during 2004 and 2003 were $335 million and $292 million, respectively. The approximate average monthly outstanding balance of loans payable during the periods were $226 million and $243 million, respectively. The weighted-average interest rate of such borrowings, computed on a monthly basis, was 2.66% in 2004 and 2.51% in 2003.

The existing warehousing credit facilities and other financing arrangements require the Company to maintain certain capital ratios and to comply with other requirements. At December 31, 2004, the Company was in compliance with these requirements.

## 20. Notes Payable

Notes payable consisted of the following:

| (In thousands) | December 31, 2004 | 2003 |
|---|---|---|
| $625 million floating rate senior notes (2.91% at December 31, 2004), due on July 20, 2007, paying interest quarterly | $    625,330 | $    — |
| $115 million floating rate senior notes (3.07% at December 31, 2004), due on December 7, 2005, paying interest quarterly | 115,000 | — |
| 8.50% medium-term notes due in July 2004, paying interest semiannually on January 8 and July 8 | — | 200,000 |
| $100 million notes, net of discount, bearing interest at 7.65%, due on March 26, 2016, paying interest monthly | 98,372 | 98,228 |
| 7.84% senior notes due on October 10, 2006, paying interest semiannually on April 10 and October 10 | 75,000 | 75,000 |
| $30 million notes, net of discount, bearing interest at 7.00%, due on April 26, 2012, paying interest monthly | 29,560 | 29,499 |
| $40 million notes, net of discount, bearing interest at 7.10%, due on April 26, 2017, paying interest monthly | 39,339 | 39,285 |
| $30 million notes, net of discount, bearing interest at 7.15%, due on April 26, 2022, paying interest monthly | 29,476 | 29,446 |
| Senior term notes at fixed rates ranging from 8.45% to 8.55% (2003 – 8.35% to 8.55%) with maturities ranging from August 2005 to August 2007 (2003 – August 2004 to August 2007), paying interest semiannually on February 28 and August 31 | 24,000 | 29,000 |
| Bonds payable secured by mortgage on building at fixed rates ranging from 6.20% to 6.90% (2003 – 6.15% to 6.90%), with maturities ranging from June 2005 to December 2029 (2003 – June 2004 to December 2029), paying interest monthly | 51,065 | 51,735 |
| Notes payable, collateralized by CMO certificates at variable interest rates (3.96% and 2.87% at December 31, 2004 and 2003, respectively), due on June 30, 2005, paying interest monthly | 6,089 | 6,467 |
| 7.50% note payable, collateralized by mortgage loans, paying principal and interest monthly through January 2019 | 9,225 | 41,208 |
| Zero coupon senior notes (effective rate of 6.50%) due on April 30, 2007 | 2,191 | 2,058 |
| Notes payable at fixed rates, 7.00% at December 31, 2004 (2003 – ranging from 7.00% to 7.63%), with maturities ranging from February to March 2005 (2003 – August 2004 to March 2005), paying interest monthly | 555 | 655 |
| | $    1,105,202 | $    602,581 |

## 21. Accrued Expenses and Other Liabilities

Accrued expenses and other liabilities consisted of the following:

| (In thousands) | December 31, | |
| --- | --- | --- |
| | 2004 | 2003 |
| Amounts retained on mortgage loans, generally paid within 5 days | $ 4,003 | $ 1,735 |
| Customer mortgages and closing expenses payable | 19,607 | 14,747 |
| Deferred compensation plan | 2,114 | 1,976 |
| Incentive compensation payable | 4,845 | 3,503 |
| Accrued interest payable | 50,926 | 40,899 |
| Accrued expenses and other payables | 86,947 | 109,716 |
| Deferred tax liability | 7,945 | 65,106 |
| | $ 176,387 | $ 237,682 |

## 22. Income Taxes

The Company is exempt from the payment of Puerto Rico income taxes on the interest earned on mortgage loans on residential properties located in Puerto Rico that are insured or guaranteed pursuant to the provisions of the National Housing Act of June 27, 1934, as amended (referred to as "FHA loans"), or pursuant to the provisions of the Servicemen's Readjustment Act of 1944, as amended (referred to as "VA loans"), and that were executed after June 30, 1983, and prior to August 1, 1997. After that date, only those FHA and VA loans financing the original acquisition of newly constructed housing in Puerto Rico and securities backed by such mortgage loans qualify for tax-exempt treatment. The amendment grandfathered the tax-exempt status of FHA and VA loans originated prior to August 1, 1997, and securities backed by such mortgage loans.

Given the beneficial tax characteristics of these assets, the Company holds such loans and mortgage-backed securities for longer periods of time prior to sale in order to maximize the tax-exempt interest produced by these securities and loans. Therefore, net interest income has generally represented a greater proportion of the Company's total net income than it does in a typical mortgage banking institution.

Doral Financial also invests in U.S. Treasury and agency securities that are exempt from Puerto Rico taxation and are not subject to federal income taxation because of the portfolio interest deduction to which Doral Financial is entitled as a foreign corporation. In addition, Doral Financial uses its international banking entity subsidiary to invest in various U.S. securities, the interest income and gain on which is exempt from Puerto Rico income tax and excluded from federal income tax on the basis of the portfolio interest deduction in the case of interest, and in the case of capital gains, because the gains are sourced outside the United States. The international banking entity subsidiary is exempt from income taxes on its international (including U.S.) activities.

Those operations of the Company conducted through Puerto Rico subsidiaries are subject to Puerto Rico income tax on income derived from all sources. The Company's Puerto Rico subsidiaries are also subject to United States income taxes on certain types of investment income from U.S. sources and also on income effectively connected with any trade or business from U.S. sources. However, any federal income tax, subject to certain conditions and limitations, is creditable as a foreign tax credit against the Puerto Rico income tax liability.

Except for the operations of Doral Bank-NY and Doral Money, substantially all of the Company's operations are conducted through subsidiaries in Puerto Rico. Doral Bank-NY and Doral Money are U.S. corporations and are subject to U.S. income tax on their income derived from all sources. For the years ended December 31, 2004, 2003 and 2002, the provision for income taxes for the Company's U.S. subsidiaries amounted to approximately $1.5 million, $2.0 million and $5.5 million, respectively.

Consolidated tax returns are not permitted under the Puerto Rico Internal Revenue Code; therefore, income tax returns are filed individually by each entity that conducts business as a Puerto Rico corporation.

On August 22, 2004, local legislation was enacted to provide a temporary reduction in the long-term capital gain tax rates. The law amends the Puerto Rico Internal Revenue Code of 1994 to reduce the long-term capital gain tax rates by fifty percent for transactions occurring from July 1, 2004, through June 30, 2005. The maximum long-term capital gain tax rate applicable to gains on sale of property located in Puerto Rico during this period has been reduced to 6.25% from 12.5% for corporations and partnerships. To take advantage of this reduction, during the fourth quarter of 2004, the Company completed an intercompany sale of approximately $536.6

million in IOs to accelerate the realization of long-term capital gains that had been deferred for tax purposes. The sale resulted in the recognition of an income tax benefit of approximately $77.0 million and a reduction in the deferred tax liability associated with the IOs. This income tax benefit represents the difference between the deferred tax liability on the IOs and the long-term capital gain tax rate of 6.25%. Excluding this transaction, the effective income tax rate for

Doral Financial and its consolidated subsidiaries would have been 17.8% for 2004.

**Reconciliation of Effective Tax Rate**

The provision for income taxes of the Company differs from amounts computed by applying the applicable Puerto Rico statutory rate to income before taxes. A reconciliation of the difference follows:

| (Dollars in thousands) | Year ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | 2004 | | 2003 | | 2002 | |
| Income before income taxes | $ 501,723 | | $ 393,365 | | $ 260,976 | |
| | Amount | % of Pre-tax Income | Amount | % of Pre-tax Income | Amount | % of Pre-tax Income |
| Tax at statutory rates | $ 195,672 | 39.0 | $ 153,412 | 39.0 | $ 101,781 | 39.0 |
| Tax effect of exempt income, net of expense disallowance | (54,565) | (10.9) | (65,092) | (16.6) | (64,192) | (24.6) |
| Tax effect of capital gains | (49,670) | (9.9) | (14,620) | (3.7) | (2,244) | (0.9) |
| Effect of reduction of capital gain tax rates | (79,669) | (15.9) | -- | -- | -- | -- |
| Other, net | 330 | 0.1 | (1,634) | (0.4) | 4,663 | 1.8 |
| Provision for income taxes | $ 12,098 | 2.4 | $ 72,066 | 18.3 | $ 40,008 | 15.3 |

The components of income tax expense for the years ended December 31 are summarized below:

| (In thousands) | 2004 | 2003 | 2002 |
|---|---|---|---|
| Current income tax expense | $ 68,271 | $ 32,086 | $ 24,296 |
| Deferred income tax (benefit) expense | (56,173) | 39,980 | 15,712 |
| Total income tax expense | $ 12,098 | $ 72,066 | $ 40,008 |

At December 31, the components of the net deferred tax liability were:

| (In thousands) | 2004 | 2003 |
|---|---|---|
| Deferred income tax liability resulting from: | | |
| Deferred income for tax purposes | $ 54,645 | $ 120,332 |
| Deferred income tax asset resulting from: | | |
| Unrealized losses on securities | 4,543 | 4,545 |
| Unrealized losses on derivative activities | 11,311 | 14,455 |
| Stock-based compensation | 5,538 | 1,751 |
| Other reserves and allowances | 14,529 | 21,882 |
| Net deferred origination fees | 970 | 2,770 |
| Allowance for loan losses | 9,809 | 9,823 |
| | 46,700 | 55,226 |
| Net deferred tax liability | $ 7,945 | $ 65,106 |

As of December 31, 2004, the Company had Alternative Minimum Tax ("AMT") credits available to reduce future regular tax liability in excess of AMT amounting to $13.9 million, with the associated deferred tax asset fully reserved because the realization of such credits is not probable. Over the past several years, the Company's AMT liability has consistently exceeded its regular tax liability. The Company does not anticipate a reversal of this situation in the foreseeable future.

## 23. Related Party Transactions

At December 31, 2004, the Company had $3.8 million of loans outstanding to officers, directors and stockholders, of which $3.1 million are secured by mortgages on real estate. Furthermore, the Company had construction loans receivable outstanding and commitments to extend credit to related parties of $46.6 million and approximately $3.1 million, respectively.

During 2004, the Company purchased a floor and parking spaces in a commercial condominium building next to the Company's headquarters for $5.3 million from a partnership in which a related party held a 50% interest. During 2003, the Company had purchased two floors in that building for $8.7 million.

## 24. Financial Instruments with Off-Balance Sheet Risk

The Company enters into financial instruments with off-balance sheet risk in the normal course of business to meet the financing needs of its customers. These financial instruments may include commitments to extend credit and sell mortgage-backed securities and loans. These instruments involve, to varying degrees, elements of credit and interest rate risk in excess of the amount recognized in the statement of financial position.

The contractual amounts of these instruments reflect the extent of involvement the Company has in particular classes of financial instruments. The Company's exposure to credit losses in the event of nonperformance by the other party to the financial instrument for commitments to extend credit or for forward sales is represented by the contractual amount of these instruments. The Company uses the same credit policies in making these commitments as it does for on-balance-sheet instruments. At December 31, 2004, commitments to extend credit and commercial and financial standby letters of credit amounted to approximately $596.8 million and $4.5 million, respectively, and commitments to sell mortgage-backed securities and loans amounted to approximately $4.2 billion. Management believes that the Company has the ability to meet these commitments and that no loss will result from the same. Commitments to extend credit are agreements to lend to a customer as long as the conditions established in the contract are met. Commitments generally have fixed expiration dates or other termination clauses. Generally, the Company does not enter into interest rate lock or forward sale loan commitments with borrowers or investors. Commitments are generally to sell non-conforming loans that bear variable pass-through rates that approximate fair value.

A letter of credit is an arrangement that represents an obligation on the part of the Company to a designated third party, contingent upon the failure of the Company's customer to perform under the terms of the underlying contract with a third party. The amount in letters of credit represents the maximum amount of credit risk in the event of non-performance by these customers. Under the terms of a letter of credit, an obligation arises only when the underlying event fails to occur as intended, and the obligation is generally up to a stipulated amount and with specified terms and conditions. Letters of credit are used by the customer as a credit enhancement and typically expire without having been drawn upon.

The Company evaluates each customer's credit worthiness on a case-by-case basis. The amount of collateral, if deemed necessary by the Company upon extension of credit, is based on management's credit evaluation of the counterparty.

A geographic concentration exists within the Company's loan servicing portfolio, since approximately 98% of the Company's lending activity is with customers located in Puerto Rico, and most of its loans are secured by properties located in Puerto Rico.

Options on futures contracts confer the right from sellers to buyers to take a future position at a stated price. Risks arise from the possible inability of counterparties to meet the terms of their contracts and from movements in securities values and interest rates. The Company controls the credit risk of its futures contracts through credit approvals, limits and monitoring procedures.

Collateral for securities purchased under agreements to resell is kept by the Company under custody agreements. Collateral for securities sold under agreements to repurchase is kept by the counterparty.

## 25. Commitments and Contingencies

The Company has several non-cancelable operating leases for office facilities expiring from 2005 through 2010 and thereafter. Total minimum rental commitments for leases in effect at December 31, 2004, were as follows:

| (In thousands) | Amount |
|---|---|
| 2005 | $   6,736 |
| 2006 | 6,455 |
| 2007 | 6,297 |
| 2008 | 5,941 |
| 2009 | 5,616 |
| 2010 and thereafter | 32,376 |
| | $   63,421 |

Total rent expense for the years ended December 31, 2004, 2003 and 2002, amounted to approximately $7.4 million, $6.9 million, and $7.5 million, respectively.

The Company is subject to legal proceedings and claims that have arisen in the ordinary course of business and have not been adjudicated. Management believes that these actions, when finally concluded, will not have a material adverse effect upon the financial position, results of operations or cash flows of the Company.

## 26. Retirement and Compensation Plans

The Company maintains a profit-sharing plan with a cash or deferred arrangement named the Doral Financial Corporation Retirement Savings and Incentive Plan ("the Plan"). The Plan is available to all employees of Doral Financial who have attained age 18 and complete one year of service with the Company. Participants in the Plan have the option of making pre-tax or after-tax contributions. The Company makes a matching contribution that is invested in its common stock equal to $0.50 for every dollar of pre-tax contribution made by participants to the Plan, up to 5% of the participant's basic compensation, as defined. The Company is also able to make fully discretionary profit-sharing contributions to the Plan. The Company's expense related to its retirement plan during the years ended December 31, 2004, 2003 and 2002, amounted to approximately $1.0 million, $964,000, and $1.3 million, respectively.

The Company has unfunded deferred incentive compensation arrangements (the "Deferred Compensation") with certain employees. The Deferred Compensation is determined as a percentage of net income arising from the mortgage-banking activities, as defined, and is payable to participants after a five-year vesting period. The expense for the years ended December 31, 2004, 2003 and 2002, amounted to approximately $430,000, $492,000 and $512,000, respectively.

The Company also has incentive compensation arrangements payable currently with certain officers. The incentive payments are based on the amount of consolidated net income (adjusted for certain amounts such as extraordinary gains or losses) in excess of an established return on the stockholders' equity target, as defined in the agreements. The expense under these arrangements for the years ended December 31, 2004, 2003 and 2002, amounted to approximately $5.1 million, $3.8 million and $3.9 million, respectively.

## 27. Capital Stock and Additional Paid-In Capital

On September 29, 2003, and October 8, 2003, the Company issued 1,200,000 shares and 180,000 shares, respectively, of its 4.75% Perpetual cumulative convertible preferred stock (the "convertible preferred stock") having a liquidation preference of $250 per share in a private offering to qualified institutional buyers pursuant to Rule 144A. The convertible preferred stock ranks on parity with the Company's 7.00% noncumulative monthly income preferred stock, Series A (the "7% preferred stock"), 8.35% noncumulative monthly income preferred stock, Series B (the "8.35% preferred stock") and 7.25% noncumulative monthly income preferred stock, Series C (the "7.25% preferred stock"), with respect to dividend rights and rights upon liquidation, winding up or dissolution (see description below). The net proceeds of the Company after the underwriting discounts and expenses were approximately $336.5 million. Each share of convertible preferred stock is currently convertible into 6.2856 shares of common stock, subject to adjustment under specific conditions. As of December 31, 2004, there were 1,380,000 shares issued and outstanding. During 2004, the Company paid dividends of $11.875 per share (an aggregate of $16.4 million) on the convertible preferred stock. Refer to Note 30 for additional information regarding specific conditions for the convertible preferred stock.

During the second quarter of 2002, the Company issued 4,140,000 shares of its 7.25% preferred stock at a price of $25 per share, its liquidation preference. As of December 31,

2004, there were 4,140,000 shares issued and outstanding. During 2004, the Company paid dividends of $1.8125 per share (an aggregate of $7.5 million) on the 7.25% preferred stock. The 7.25% preferred stock may be redeemed at the option of the Company beginning on May 31, 2007, at varying redemption prices starting at $25.50 per share. The net proceeds to the Company after the underwriting discounts and expenses were approximately $100 million.

On August 31, 2000, the Company issued 2,000,000 shares of its 8.35% preferred stock at a price of $25 per share, its liquidation preference. As of December 31, 2004, there were 2,000,000 shares issued and outstanding. During 2004, the Company paid dividends of $2.0875 per share (an aggregate of $4.2 million) on the 8.35% preferred stock. The 8.35% preferred stock may be redeemed at the option of the Company beginning on September 30, 2005, at varying redemption prices that start at $25.50 per share.

On February 22, 1999, the Company issued 1,495,000 shares of its 7% preferred stock at a price of $50 per share, its liquidation preference. As of December 31, 2004, there were 1,495,000 shares issued and outstanding. During 2004, the Company paid dividends of $3.50 per share (an aggregate of $5.2 million) on the 7% preferred stock. The 7% preferred stock may be redeemed at the option of the Company beginning February 28, 2004, at varying redemption prices that start at $51.00 per share.

The 7.25% preferred stock, 8.35% preferred stock and 7% preferred stock (collectively, the "nonconvertible preferred stocks") are not convertible into shares of common stock or any other equity securities and have equal rank as to the payment of dividends and rights on liquidation. The holders of the nonconvertible preferred stocks are entitled to receive non-cumulative cash dividends on their liquidation preference when declared by the Board of Directors at the annual rate established for each series, payable monthly. The terms of the nonconvertible preferred stocks prohibit the Company from declaring or paying any dividends on the common stock (1) unless all accrued and unpaid dividends on the nonconvertible

preferred stocks for the preceding 12 dividend periods have been paid and the full dividend on the nonconvertible preferred stocks for the current monthly dividend period is contemporaneously declared and paid or set aside for payment or (2) if the Company has defaulted in the payment of the redemption price of any shares of the nonconvertible preferred stocks called for redemption. The terms of the nonconvertible preferred stocks provide that if the Company is unable to pay in full dividends on a series of nonconvertible preferred stock, all dividends will be distributed pro rata among the outstanding series of nonconvertible preferred stock.

The ability of the Company to pay dividends in the future is limited by various restrictive covenants contained in the debt agreements of the Company, the earnings, cash position and capital needs of the Company, general business conditions and other factors deemed relevant by the Company's Board of Directors. The Company is prohibited under the Indenture of its 7.84% Senior Notes and an agreement with another financial institution from paying dividends on capital stock (other than dividends payable in the form of capital stock or stock rights) if an event of default under any such agreement exists at such time, or if the amount of dividends payable by the Company together with the aggregate amount in dividends paid and other capital distributions made since the specified dates exceed a defined amount. In addition, under the Syndicated Credit Agreement, the Senior Notes Indenture and other debt agreements of the Company, the Company is prohibited from paying dividends if it fails to maintain specified minimum levels of net worth and dividend ratios, and certain other financial ratios.

As discussed in Note 3, current regulations limit the amount in dividends that Doral Bank-PR and Doral Bank-NY may pay. Payment of such dividends is prohibited if, among other things, the effect of such payment would cause the capital of Doral Bank-PR or Doral Bank-NY to fall below the regulatory capital requirements. In addition, the Federal Reserve Board has issued a policy statement that provides that insured banks and financial holding companies should generally pay dividends only out of current operating earnings.

## 28. Stock Option Plans

From April 16, 1997, to April 20, 2004, the Company offered an employee stock option plan (the "Old Plan"). This plan, as amended in 2001, allowed for the granting of up to 6,750,000 purchase options on shares of the Company's common stock to employees, including officers and directors who are also employees of the Company. The Compensation Committee of the Board of Directors (the "Compensation Committee") had the authority and absolute discretion to determine the number of stock options

to be granted, their vesting rights, and the option exercise price. The vesting rights, however, could not exceed ten years, and the exercise price may not be lower than the market value at the date of the grant.

The Old Plan also permitted the Compensation Committee to grant rights to optionees ("stock appreciation rights") under which an optionee may surrender any exercisable stock option in return for cash equal to the excess of the fair value

of the common stock to which the option is related at the time of exercise over the option price of the common stock at grant date. The Old Plan provided for a proportional adjustment in the exercise price and the number of shares that can be purchased in the event of a stock split, reclassifications of stock and a merger or reorganization.

Effective April 21, 2004, the Company adopted the Doral Financial Corporation Omnibus Incentive Plan ( the "Omnibus Plan"). The Omnibus Plan provides for equity-based compensation incentives (the "awards") through the grant of stock options, stock appreciation rights, restricted stock, restricted stock units and dividend equivalents, as well as cash and equity-based performance awards. This plan allows the issuance of up to 4,000,000 shares of common stock subject to adjustments for stock splits, reorganization and other similar events (as described below), to any employee, including officers and directors who are also employees of the Company. The Compensation Committee has full authority and absolute discretion to determine those eligible to receive awards and to establish the terms and conditions of any awards; however, the Omnibus Plan has various limits and vesting restrictions that apply to individual and aggregate awards. In case of stock split, reorganization, merger or other similar event affecting the common stock, the Compensation Committee, in its discretion, shall adjust appropriately (a) the aggregate number of shares of common stock available for awards, (b) the aggregate limitations on the number of shares that may be awarded as a particular type of award or that may be awarded to any particular participant in any particular period, and (c) the aggregate number of shares subject to outstanding awards and the respective exercise prices or base prices applicable

to outstanding awards. During 2004, no awards were granted under the Omnibus Plan.

Since January 1, 2003, the Company expenses the fair value of stock options granted to employees using the "modified prospective" method described in SFAS No. 148. Under this method, the Company expenses the fair value of all employee stock options granted after January 1, 2003, as well as the unvested portions of previously granted options. The compensation expense associated with expensing stock options for 2004 was approximately $9.7 million (2003 – $4.5 million). During 2002, the Company used the intrinsic value method to account for its stock option plan. Under the intrinsic value-based method, compensation expense is recognized for the excess, if any, of the quoted market price of the stock on the grant date over the amount an employee must pay to acquire the stock. During 2002, the Company granted stock options under the Old Plan to buy shares of the Company's stock that will be exercisable over a period ranging from one to ten years. The options granted do not contain stock appreciation rights. Fifty percent (50%) of the options granted vest on the first anniversary of the grant date and the remaining 50% vest on the second anniversary. The option prices equaled the quoted market price of the stock at the grant date; therefore, no compensation cost was recognized. At December 31, 2004, there were 4,740,038 stock options exercisable under the Old Plan. The remaining stock will become exercisable in 2005 (780,000) and 2006 (7,500).

The activity of stock options, adjusted by the stock split discussed in Note 2, during 2004, 2003 and 2002 is set forth below:

| | 2004 | | 2003 | | 2002 | |
| --- | --- | --- | --- | --- | --- | --- |
| | Number of Options | Weighted-Average Exercise Price | Number of Options | Weighted-Average Exercise Price | Number of Options | Weighted-Average Exercise Price |
| Beginning of year | 3,972,488 | $ 9.97 | 4,103,775 | $ 9.83 | 2,533,725 | $ 5.13 |
| Options granted | 1,560,000 | 31.60 | -- | -- | 1,773,000 | 16.07 |
| Options exercised | (4,950) | 6.76 | (131,287) | 5.66 | (202,950) | 5.66 |
| End of year | 5,527,538 | $ 16.08 | 3,972,488 | $ 9.97 | 4,103,775 | $ 9.83 |

The following table summarizes the exercise price and the weighted-average remaining contractual life of the options outstanding at December 31, 2004.

| Exercise Price | Outstanding Options | Weighted-Average Contract Life (years) |
|---|---|---|
| $ 6.76 | 43,538 | 3.25 |
| $ 5.00 | 2,092,500 | 4.98 |
| $ 5.28 | 58,500 | 5.29 |
| $ 16.08 | 1,766,250 | 7.18 |
| $ 15.57 | 6,750 | 7.30 |
| $ 31.51 | 1,470,000 | 9.00 |
| $ 33.73 | 15,000 | 9.06 |
| $ 32.96 | 75,000 | 9.00 |

The fair value of the options granted in 2004 and 2002 was estimated using the Black-Scholes option-pricing model with the following assumptions:

|  | 2004 | 2002 |
|---|---|---|
| Stock price and exercise price | $ 31.60 | $ 16.07 |
| Stock option estimated fair value | $ 12.45 | $ 5.09 |
| Expected stock option term (years) | 9 | 4 |
| Expected volatility | 31% | 38% |
| Expected dividend yield | 1.51% | 1.52% |
| Risk-free interest rate | 4.39% | 4.16% |

## 29. Supplemental Income Statement Information

Employee costs and other expenses are shown in the Consolidated Statements of Income, net of direct loan origination costs which, pursuant to SFAS No. 91, "Accounting for Nonrefundable Fees and Costs Associated with Originating or Acquiring Loans and Initial Direct Costs of Leases," are capitalized as part of the carrying cost of mortgage loans and are offset against net gains on mortgage loan sales and fees when the loans are sold or amortized as yield adjustment in the case of loans held for investments (loans receivable).

Set forth below is a reconciliation of the application of SFAS No. 91 to employee costs and other expenses:

| | | Year ended December 31, | | | |
|---|---|---|---|---|---|
| (In thousands) | | 2004 | | 2003 | 2002 |
| Employee costs, gross | $ | 132,309 | $ | 108,503 $ | 87,380 |
| Deferred costs pursuant to SFAS No. 91 | | 43,004 | | 25,563 | 30,737 |
| Employee cost, net | $ | 89,305 | $ | 82,940 $ | 56,643 |
| Other expenses, gross | $ | 29,960 | $ | 24,765 $ | 22,286 |
| Deferred costs pursuant to SFAS No. 91 | | 5,942 | | 4,518 | 8,248 |
| Other expenses, net | $ | 24,018 | $ | 20,247 $ | 14,038 |

As of December 31, 2004, the Company had a net deferred origination fee on mortgage loans held for sale and loans receivable amounting to $2.2 million (2003 — net deferred origination cost of $1.4 million) and $11.0 million (2003 — $18.0 million), respectively.

## 30. Earnings per Share

The reconciliation of the numerator and denominator of the basic and diluted earnings per share, adjusted to reflect the adoption of EITF Issue 04-8, follows:

| | | Year ended December 31, | | | |
|---|---|---|---|---|---|
| (Dollars in thousands, except per share data) | | 2004 | | 2003 | 2002 |
| Net Income: | | | | | |
| Net Income | $ | 489,625 | $ | 321,299 $ | 220,968 |
| Convertible preferred stock dividends | | (16,387) | | (4,176) | — |
| Nonconvertible preferred stock dividends | | (16,912) | | (16,912) | (13,730) |
| Net income attributable to common stock | | 456,326 | | 300,211 | 207,238 |
| Convertible preferred stock dividends | | 16,387 | | 4,176 | — |
| Net income attributable to common stock plus assumed conversions | $ | 472,713 | $ | 304,387 $ | 207,238 |
| Weighted-Average Shares: | | | | | |
| Basic weighted-average number of common shares outstanding | | 107,907,699 | | 107,861,415 | 107,697,114 |
| Convertible preferred stock | | 8,674,128 | | 2,227,686 | — |
| Incremental shares issuable upon exercise of stock options | | 3,162,349 | | 2,572,747 | 1,741,581 |
| Diluted weighted-average number of common shares outstanding | | 119,744,176 | | 112,661,848 | 109,438,695 |
| Net Income per Common Share: | | | | | |
| Basic | $ | 4.23 | $ | 2.78 $ | 1.92 |
| Diluted | $ | 3.95 | $ | 2.70 $ | 1.89 |

For the years ended December 31, 2004 and 2003, there were 1,380,000 shares of the Company's 4.75% Perpetual cumulative convertible preferred stock issued in the second half of 2003 and included in the computation of diluted earnings per share, based on the provisions of EITF Issue 04-8, although the conditions for conversion as described below had not been met. Each share of convertible preferred stock is currently convertible into 6.2856 shares of common stock, subject to adjustment under specific conditions. The option of the purchasers to convert the convertible preferred stock into shares of the Company's common stock is exercisable only (a) if during any fiscal quarter after September 30, 2003, the closing sale price of the Company's common stock for at least 20 trading days in a period of 30 consecutive trading days ending on the last trading date of the preceding fiscal quarter exceeds

120% of the conversion price of the convertible preferred stock (currently 120% of $39.77, or $47.72); (b) upon the occurrence of certain corporate transactions; or (c) upon the delisting of the Company's common stock. On or after September 30, 2008, the Company may, at its option, cause the convertible preferred stock to be converted into the number of shares of common stock that are issuable at the conversion price. The Company may only exercise its conversion right if the closing sale price of the Company's common stock exceeds 130% of the conversion price of the convertible preferred stock in effect for 20 trading days within any period of 30 consecutive trading days ending on a trading day not more than two trading days prior to the date the Company gives notice of conversion.

For the years ended December 31, 2004, 2003 and 2002, all stock options outstanding were included in the computation of weighted-average outstanding shares.

## 31. Disclosures about Fair Value of Financial Instruments

The table below presents the carrying amounts and fair values of the Company's financial instruments at December 31, 2004 and 2003. The fair value of financial instruments is the amount at which the instruments could be exchanged in a current transaction between willing parties, other than in a forced or liquidation sale. Significant differences can arise between the fair value and carrying amount of financial instruments that are recognized at historical costs.

| | 2004 | | 2003 | |
| | Carrying | | Carrying | |
| (In thousands) | Amount | Fair Value | Amount | Fair Value |
|---|---|---|---|---|
| **Financial assets:** | | | | |
| Cash and due from banks | $  64,940 | $  64,940 | $  84,713 | $  84,713 |
| Money market investments | 2,470,786 | 2,470,786 | 870,009 | 870,009 |
| Securities held for trading | 1,243,543 | 1,243,543 | 944,150 | 944,150 |
| Securities available for sale | 4,982,508 | 4,982,508 | 2,850,598 | 2,850,598 |
| Securities held to maturity | 2,316,780 | 2,253,693 | 1,640,909 | 1,584,102 |
| Mortgage loans held for sale | 1,560,949 | 1,580,057 | 1,966,608 | 2,019,595 |
| Loans receivable | 1,752,490 | 1,749,696 | 1,410,849 | 1,436,521 |
| Servicing assets | 203,245 | 220,097 | 167,498 | 182,076 |
| **Financial liabilities:** | | | | |
| Deposits | $ 3,643,080 | $ 3,643,895 | $ 2,971,272 | $ 2,974,748 |
| Securities sold under agreements to repurchase | 6,305,163 | 6,312,851 | 3,602,942 | 3,615,056 |
| Advances from FHLB | 1,294,500 | 1,295,923 | 1,206,500 | 1,211,904 |
| Loans payable | 279,560 | 279,560 | 178,334 | 178,334 |
| Notes payable | 1,105,202 | 1,144,100 | 602,581 | 628,591 |

The following notes summarize the major methods and assumptions used in estimating the fair values of financial instruments:

*Cash and due from banks, money market investments and loans payable:* valued at the carrying amounts in the Consolidated Statements of Financial Condition. The carrying amounts are reasonable estimates of fair value due to the relatively short period to maturity.

*Mortgage loans held for sale, securities held for trading, securities held to maturity and securities available for sale:* valued at quoted market prices, if available. For securities without quoted prices, fair values represent quoted market prices for comparable instruments. In certain other cases, particularly in the case of the Company's IOs, fair values have been estimated based on assumptions concerning the amount and timing of estimated future cash flows and assumed discount rates reflecting appropriate degrees of risk. The fair value of derivative financial instruments is estimated as the amounts that the Company would receive or pay to terminate the contracts at the reporting date, taking into account the current unrealized gains or losses of open contracts. Market or dealer quotes are available for many derivatives; otherwise, pricing or valuation models are applied to current market information to estimate fair value.

*Loans receivable:* valued on the basis of estimated future principal and interest cash flows, discounted at rates commensurate with the loan characteristics. Loan prepayments are assumed

to occur at speeds experienced in previous periods when interest rates were at levels similar to current levels, adjusted for any differences in the interest rate scenario. Future cash flows for homogeneous categories of loans, such as residential mortgage loans, are estimated on a portfolio basis and discounted at current rates offered for similar loan terms to new borrowers with similar credit profiles. In certain circumstances, quoted market prices for securities backed by similar loans, adjusted for different loan characteristics, are also used in estimating fair value.

*Servicing assets:* valued based on the market prices for comparable servicing sales contracts based on similar types of groups of loans. To further evaluate the estimated fair value of such servicing rights, the Company utilizes independent valuations based on present value calculations of the expected future cash flows associated with the servicing rights. Such valuations are based on assumptions that market participants would use in estimating future servicing income and expense, such as: discount rates, prepayment speeds, estimates of servicing cost, ancillary income per loan and default rates.

*Deposits:* for demand deposits and deposits with no defined maturities, fair value is taken to be the amount payable on demand at the reporting date. The fair values of fixed-maturity deposits, including certificates of deposit, are estimated using rates currently offered for deposits of similar remaining maturities. The value of long-term relationships with depositors is not taken into account in estimating the fair values disclosed.

*Notes payable, advances from FHLB and securities sold under agreements to repurchase:* valued utilizing discounted cash flow analysis over the remaining term of the obligation using market rates for similar instruments.

## 32. Risk Management Activities

The Company's principal objective in holding derivatives and certain other financial instruments is the management of the impact of interest rate risk arising out of its portfolio holdings and related borrowings. Risk management activities are aimed at optimizing realization on sales of mortgage loans and mortgage-backed securities and net interest income, given levels of interest rate risk consistent with the Company's business strategies and within guidelines set forth by the Company's Board of Directors.

Asset-liability risk management activities are conducted in the context of the Company's sensitivity to interest rate changes. This sensitivity arises due to changes in interest rates, since many of the Company's assets are of a fixed rate nature.

Changes in interest rates affect the value of mortgage loans held for sale and securities held for trading from the time such assets are originated to the time these assets are sold on a contractual basis. Interest-bearing liabilities reprice more frequently than interest-earning assets and, therefore, the Company's net interest income is affected by changes in interest rates and the relation between long-term and short-term interest rates.

To achieve its risk management objectives, the Company uses a combination of derivative financial instruments, particularly futures and options, as well as other types of contracts such as forward sales commitments, interest rate swaps and interest rate caps and collars.

The following tables summarize the activity in derivative transactions, for the year:

| (In thousands) | Notional Amount, net[1] At December 31, Long | Short | Fair Value, net[2] At December 31, Long | Short | Net gains (losses) |
|---|---|---|---|---|---|
| **2004** | | | | | |
| Options on futures | $ 2,400,000 | $ – | $ 6,992 | $ – | $ (43,070) |
| Options on Eurodollars | 5,500,000 | 400,000 | (6,293) | (3,147) | 4,457 |
| Forward contracts | – | 414,000 | – | (713) | (713) |
| Options on bonds and mortgage-backed securities | 1,560,000 | – | 1,734 | – | (19,508) |
| Futures on U.S. Treasury bonds and notes | – | 320,000 | – | (1,550) | (59,107) |
| Futures on Eurodollars | – | 7,120,000 | – | (2,529) | (3,624) |
| | $ 9,460,000 | $ 8,254,000 | $ 2,433 | $ (7,939) | $ (121,565) |
| **2003** | | | | | |
| Options on futures | $ 1,587,500 | $ – | $ 12,927 | $ – | $ 50,912 |
| Options on Eurodollars | 1,000,000 | 500,000 | 92 | (1,060) | (12,926) |
| Forward contracts | – | 40,000 | – | (31) | 258 |
| Options on bonds and mortgage-backed securities | 130,000 | – | 1,277 | – | (12,649) |
| Futures on U.S. Treasury bonds and notes | 582,200 | 384,500 | (6,113) | (5,592) | (134,624) |
| Futures on Eurodollars | – | 120,000 | – | (377) | 4,704 |
| | $ 3,299,700 | $ 1,044,500 | $ 8,183 | $ (7,060) | $ (104,325) |

(1) Notional amount indicates the balances on which payments are being determined and does not represent the Company's exposure to counterparties' credit risk.

(2) Fair values presented above are classified by instrument type netted by counterparty. Thus, fair values are not netted by counterparty across instrument type as required to measure derivatives counterparty credit risk exposure. The amount of derivatives assets, at fair value netted by counterparty, included in "Trading Securities" amounted to $14.4 million and $13.3 million, as of December 31, 2004 and 2003, respectively, and derivatives liabilities, at fair value netted by counterparty, presented as part of "Accrued expenses and other liabilities" amounted to approximately $8.0 million and $7.7 million as of December 31, 2004 and 2003, respectively. Refer to Note 6 for additional information regarding the impact of the fair value hedge on the consolidated results for 2004.

Other derivatives held by the Company follow:

| (In thousands) | At December 31, Notional Amount | Fair Value | Net gains (losses) |
|---|---|---|---|
| **2004** | | | |
| Interest rate swaps | $ 700,000 | $ 1,819 | $ 763 |
| Interest rate caps and collars | 2,100,000 | 10,109 | (4,239) |
| | $ 2,800,000 | $ 11,928 | $ (3,476) |
| **2003** | | | |
| Interest rate swaps | $ 200,000 | $ (3,928) | $ (31) |
| Interest rate caps and collars | 1,900,000 | 8,378 | (3,025) |
| | $ 2,100,000 | $ 4,450 | $ (3,056) |

Options are contracts that grant the purchaser the right to buy or sell the underlying asset by a certain date at a specified price. The risk involved with purchased option contracts is normally limited to the price of the options. Interest rate futures contracts are commitments to either purchase or sell designated instruments, such as U.S. Treasury securities, at a future date for a specified price. Futures contracts are generally traded on an exchange, are marked-to-market daily, and are subject to margin requirements. Forward contracts are generally over-the-counter or privately negotiated contracts

to sell a specified amount in certain instruments such as mortgage-backed securities at a specified price at a specified future date. Because these contracts are not traded on an exchange and are generally not marked-to-market on a daily basis, they are subject to greater credit risks than futures contracts.

The risk that counterparties to both derivative and cash instruments might default on their obligations is monitored on an ongoing basis. To manage the level of credit risk, the Company deals with counterparties of good credit standing, enters into master netting agreements whenever possible and, when appropriate, obtains collateral. Master netting agreements incorporate rights of set-off that provide for the net settlement of subject contracts with the same counterparty in the event of default.

All derivative financial instruments are subject to market risk, the risk that future changes in market conditions may make an instrument less valuable or more onerous. For example, fluctuations in market prices and interest rates change the market value of the instruments. Exposure to market risk is managed in accordance with risk limits set by the Board of Directors by buying or selling instruments or entering into offsetting positions.

Doral Bank-PR enters into interest rate swap agreements in managing its interest rate exposure. Interest rate swap agreements generally involve the exchange of fixed and float-ing rate interest payment obligations without the exchange of the underlying principal. Non-performance by the counterparty will expose Doral Bank-PR to interest rate risk. At December 31, 2004, Doral Bank-PR had two interest rate swap agreements outstanding (each with a notional amount of $100 million). They are intended to protect Doral Bank-PR from the repricing of its short-term liabilities during a rising interest rate environment. These agreements end on September 11, 2007, and September 12, 2007, respectively. The interest rate to be received on these swap agreements is 100% of the three-month LIBOR rate (2.47%, each one, at December 31, 2004) and the fixed interest rate to be paid is 3.6875% and 3.655%, respectively.

At December 31, 2004, Doral Financial, at the parent company level, had an additional three interest rate swap agreements outstanding (with an aggregate notional amount of $500 million), ending in November 2009. The interest rate to be received on these swap agreements is 100% of the three-month LIBOR and the average fixed interest rate to be paid is 3.894%. Interest rate swap agreements are recorded at fair value with changes in the fair value reflected in net gain (loss) on securities held for trading of the Consolidated Statements of Income.

Doral Financial purchased various interest rate caps and collars, intended to protect the Company against rising interest rates. The following table summarizes interest rate caps and collars outstanding at December 31, 2004.

*(Dollars in thousands)*

| Notional Amount | Maturity Date | Entitled Payments Conditions | Premium Paid | Fair Value |
|---|---|---|---|---|
| $ 200,000 | June, 2006 | Excess 3-month LIBOR and 5.0% | $ 4,865 | $ 39 |
| $ 400,000 | March, 2007 | Excess 3-month LIBOR and 5.5% provided that 3-month LIBOR is less than 8.5% | $ 5,760 | $ 396 |
| $ 600,000 | September, 2007 | Excess 3-month LIBOR and 5.5% provided that 3-month LIBOR is less than 8.5% | $ 5,570 | $ 1,062 |
| $ 100,000 | February, 2008 | Excess 3-month LIBOR and 5.5% provided that 3-month LIBOR is less than 8.0% | $ 955 | $ 346 |
| $ 100,000 | April, 2008 | Excess 3-month LIBOR and 5.0% provided that 3-month LIBOR is less than 8.0% | $ 1,000 | $ 373 |
| $ 200,000 | April, 2008 | Excess 3-month LIBOR and 8.0% provided that 3-month LIBOR is less than 10.0% | $ 353 | $ 56 |
| $ 300,000 | July, 2008 | Excess 3-month LIBOR and 5.0% provided that 3-month LIBOR is less than 8.0% | $ 2,715 | $ 1,457 |
| $ 200,000 | December, 2009 | Excess 3-month LIBOR and 3.95% | $ 5,970 | $ 6,380 |

These instruments are recorded at fair value with changes in the fair value reflected in net gain (loss) on securities held for trading of the Consolidated Statements of Income.

### 33. Segment Information

The Company operates in four reportable segments identified by line of business: mortgage banking, banking (including thrift operations), institutional securities operations and insurance agency activities. Management made this determination based on operating decisions particular to each business line and because each one targets different customers and requires different strategies. The majority of the Company's operations are conducted in Puerto Rico. The Company also operates in the mainland United States, principally in the New York City metropolitan area. Investment activities by Doral Bank-PR and by Doral Financial at the parent company level through their respective international banking entities are included within the banking and mortgage banking segments, respectively. During 2004, the Company phased out the operation of its international banking entity organized as a division at the parent company level.

The Company monitors the performance of its reportable segments based on pre-established goals for different financial parameters such as net income, interest rate spread, loan production and increase in market share.

The accounting policies followed by the segments are the same as those described in the Summary of Significant Accounting Policies (see Note 2).

The following tables present net interest income, non-interest income, net income and identifiable assets for each of the Company's reportable segments for the periods presented as well as for the Company's Puerto Rico and mainland U.S. operations for the periods presented.

| (In thousands) | | 2004 | | 2003 | | 2002 |
|---|---|---|---|---|---|---|
| **Net interest income** | | | | | | |
| Reportable segments: | | | | | | |
| Mortgage banking | $ | 70,227 | $ | 50,040 | $ | 57,935 |
| Banking | | 177,417 | | 118,015 | | 87,301 |
| Institutional securities | | 3,439 | | 3,601 | | 2,616 |
| Insurance agency | | 5,269 | | 2,037 | | 1,133 |
| Intersegment eliminations[1] | | 9,546 | | 7,787 | | 3,437 |
| Consolidated net interest income | $ | 265,898 | $ | 181,480 | $ | 152,422 |
| | | | | | | |
| **Non-interest income** | | | | | | |
| Reportable segments: | | | | | | |
| Mortgage banking | $ | 309,240 | $ | 306,968 | $ | 165,868 |
| Banking | | 133,036 | | 103,523 | | 83,331 |
| Institutional securities | | 4,394 | | 7,784 | | 8,780 |
| Insurance agency | | 10,603 | | 7,931 | | 7,373 |
| Intersegment eliminations[1] | | (6,889) | | (14,434) | | (9,959) |
| Consolidated non-interest income | $ | 450,384 | $ | 411,772 | $ | 255,393 |
| | | | | | | |
| **Net income** | | | | | | |
| Reportable segments: | | | | | | |
| Mortgage banking | $ | 290,269 | $ | 192,515 | $ | 124,884 |
| Banking | | 184,661 | | 121,369 | | 92,388 |
| Institutional securities | | 4,366 | | 5,551 | | 4,397 |
| Insurance agency | | 10,932 | | 6,058 | | 4,871 |
| Intersegment eliminations[1] | | (603) | | (4,194) | | (5,572) |
| Consolidated net income | $ | 489,625 | $ | 321,299 | $ | 220,968 |
| | | | | | | |
| **Identifiable assets** | | | | | | |
| Reportable segments: | | | | | | |
| Mortgage banking | $ | 3,555,409 | $ | 3,336,222 | $ | 2,886,835 |
| Banking | | 11,741,350 | | 7,186,605 | | 5,468,632 |
| Institutional securities | | 155,612 | | 160,717 | | 480,212 |
| Insurance agency | | 93,460 | | 48,611 | | 33,382 |
| Intersegment eliminations[1] | | (443,430) | | (338,159) | | (447,372) |
| Consolidated total identifiable assets | $ | 15,102,401 | $ | 10,393,996 | $ | 8,421,689 |

(1) For purposes of the intersegment eliminations in the above table, income includes direct intersegment loan origination costs amortized as yield adjustment and other income derived from intercompany transactions, related principally to fees and commissions paid to the Company's institutional securities subsidiary and rental income paid to Doral Properties, the Company's subsidiary that owns the Corporate headquarters facilities. Assets include internal funding and investments in subsidiaries accounted for at cost.

The breakdown of non-interest income for the mortgage banking and banking segments, for the periods presented, follows:

| (In thousands) | 2004 | 2003 | 2002 |
|---|---|---|---|
| **Mortgage Banking** | | | |
| Non-interest income: | | | |
| Net gain on mortgage loan sales and fees | $ 476,302 | $ 348,983 | $ 197,408 |
| Investment activities | (183,339) | (34,336) | (29,719) |
| Servicing income (loss) | 8,879 | (10,082) | (3,359) |
| Commissions, fees and other income | 7,398 | 2,403 | 1,538 |
| Total mortgage banking non-interest income | $ 309,240 | $ 306,968 | $ 165,868 |
| **Banking** | | | |
| Non-interest income: | | | |
| Net gain on mortgage loan sales and fees | $ 124,936 | $ 48,350 | $ 28,575 |
| Investment activities | (10,506) | 41,776 | 43,177 |
| Servicing income (loss) | 214 | (1,399) | (572) |
| Commissions, fees and other income | 18,392 | 14,796 | 12,151 |
| Total banking non-interest income | $ 133,036 | $ 103,523 | $ 83,331 |

The following table summarizes the financial results for the Company's Puerto Rico and mainland U.S. operations.

| (In thousands) | 2004 | 2003 | 2002 |
|---|---|---|---|
| **Net interest income** | | | |
| Reportable operations: | | | |
| Puerto Rico | $ 251,950 | $ 170,845 | $ 138,219 |
| Mainland U.S. | 13,814 | 10,575 | 14,988 |
| Interoperation eliminations | 134 | 60 | (785) |
| Consolidated net interest income | $ 265,898 | $ 181,480 | $ 152,422 |
| **Non-interest income** | | | |
| Reportable operations: | | | |
| Puerto Rico | $ 448,966 | $ 407,774 | $ 251,899 |
| Mainland U.S. | 1,644 | 4,388 | 6,289 |
| Interoperation eliminations | (226) | (390) | (2,795) |
| Consolidated non-interest income | $ 450,384 | $ 411,772 | $ 255,393 |
| **Net income** | | | |
| Reportable operations: | | | |
| Puerto Rico | $ 487,263 | $ 319,782 | $ 217,447 |
| Mainland U.S. | 2,193 | 1,628 | 7,101 |
| Interoperation eliminations | 169 | (111) | (3,580) |
| Consolidated net income | $ 489,625 | $ 321,299 | $ 220,968 |
| **Identifiable assets** | | | |
| Reportable operations: | | | |
| Puerto Rico | $ 14,587,008 | $ 9,962,713 | $ 8,022,479 |
| Mainland U.S. | 569,592 | 525,821 | 539,230 |
| Interoperation eliminations | (54,199) | (94,538) | (140,020) |
| Consolidated total identifiable assets | $ 15,102,401 | $ 10,393,996 | $ 8,421,689 |

### 34. Quarterly Results of Operations (Unaudited)

Financial data showing results for each of the quarters in 2004, 2003 and 2002 are presented below. These results are unaudited. In the opinion of management all adjustments necessary for a fair presentation have been included:

| (In thousands, except per share data) | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **2004** | | | | |
| Interest income | $ 126,099 | $ 137,937 | $ 146,399 | $ 160,412 |
| Net interest income | 59,053 | 66,646 | 69,854 | 70,345 |
| Provision for loan losses | 1,561 | 2,612 | 325 | 1,009 |
| Non-interest income | 114,762 | 126,580 | 130,907 | 78,135 |
| Net income | 103,577 | 114,906 | 120,628 | 150,514 |
| Earnings per common share - Basic | 0.88 | 0.99 | 1.04 | 1.32 |
| Earnings per common share - Diluted | 0.83 | 0.93 | 0.97 | 1.22 |
| **2003** | | | | |
| Interest income | $ 109,610 | $ 109,204 | $ 109,752 | $ 124,004 |
| Net interest income | 41,277 | 39,906 | 42,933 | 57,364 |
| Provision for loan losses | 4,778 | 3,618 | 2,913 | 2,776 |
| Non-interest income | 91,419 | 99,204 | 110,897 | 110,252 |
| Net income | 69,987 | 74,977 | 81,681 | 94,654 |
| Earnings per common share - Basic | 0.61 | 0.66 | 0.72 | 0.80 |
| Earnings per common share - Diluted | 0.60 | 0.64 | 0.70 | 0.76 |
| **2002** | | | | |
| Interest income | $ 97,083 | $ 105,330 | $ 105,369 | $ 107,818 |
| Net interest income | 35,886 | 37,677 | 39,246 | 39,613 |
| Provision for loan losses | 748 | 989 | 2,055 | 3,637 |
| Non-interest income | 49,609 | 57,759 | 67,992 | 80,033 |
| Net income | 46,540 | 51,987 | 58,284 | 64,157 |
| Earnings per common share - Basic | 0.41 | 0.46 | 0.50 | 0.56 |
| Earnings per common share - Diluted | 0.40 | 0.45 | 0.49 | 0.55 |

# Corporate Directory

**Company Headquarters**
Doral Financial Plaza
1451 FD Roosevelt Avenue
San Juan, Puerto Rico 00920-2717

**Investor Inquiries**
General inquiries from stockholders
and the investment community may be directed to:

Mario S. Levis
Senior Executive Vice President and Treasurer
Telephone: (787) 474-6709
Doral Financial Corporation
Doral Financial Plaza
1451 FD Roosevelt Avenue
San Juan, Puerto Rico 00920-2717

Visit us online at
www.doralfinancial.com

**Transfer Agent and Registrar**
Mellon Investor Services, LLC
85 Challenger Road
Ridgefield Park, NJ 07660
Telephone: 1-800-851-9677
(201) 329-8660
www.melloninvestor.com

**Independent Registered Public Accounting Firm**
PricewaterhouseCoopers LLP
254 Muñoz Rivera Avenue, 9th floor
Hato Rey, Puerto Rico 00918

**Special Counsel**
Pietrantoni Méndez & Alvarez LLP
Banco Popular Center,
Suite 1901
209 Munoz Rivera Avenue
Hato Rey, Puerto Rico 00918

**Stock Listing**
Common: NYSE
(New York Stock Exchange)
Stock Symbol: DRL

Preferred: NASDAQ
(National Association of
Securities Dealers)

7.00% Preferred: NASDAQ
National Market System
Stock Symbol: DORLP

8.35% Preferred: NASDAQ
National Market System
Stock Symbol: DORLO

7.25% Preferred: NASDAQ
National Market System
Stock Symbol: DORLN

Photography: Tomás Gual; Jason Rogers