GX 812

GOVERNMENT EXHIBIT 812 (ID) 08 Cr. 181 (TPG)



Comparison of I/O Sales to Gross Income (in thousands)

- I/O's on Loans Sales
- Gross Income

| Year | I/O's on Loans Sales | Gross Income | % |
|---|---|---|---|
| 2001 | $141,447 | $576,955 | 24.5% |
| 2002 | $197,454 | $670,993 | 29.4% |
| 2003 | $281,273 | $864,342 | 32.5% |
| 2004 | $509,349 | $1,021,231 | 49.9% |

# GX 813



## Securities Held For Trading
## Interest Only Strips

GOVERNMENT EXHIBIT 813
08 Cr. 181 (TPG)
(ID)