GX 818

