GX 1025 O

1/19/05   TC/in   Sammy Levin Tress   DRL

RE: the $97m loss in Q4

volume +2561% → (9.4m shares)
1 more calls - after this experience - conference call.
Today reaction - triggered by UBS, Bremen, MPC - five -
But Abby Collins - wrote Report surprise - b/c 11pm CC, he didn't wait
for that.
Spoke to it - he trying to figure way! $,60) - well
2 lg shareholders - used to own 2m each - they do quantitative -
They sold. We believe 9.9m shares - sold entire in a way good - saw
a few
Blackout period - if P level = see a few insiders buying - wonderful
opp - for something that doesn't make sense

We bought more 5 qual of earnings.
Be then prepared. √ LIBOR goes higher - √ x tax benefit. Could take
tax benefit again - not same magnitude.

12% ETR for 05 and over $2-.5b - haven't lane anything.
G.O - 7.20 LQ - rem. at level. refi stayed more or less the
same. √ N Loan losses → lower DELIN -
∴ qual red significantly

Excellent Q

I/O - you'll have to take 25m - or 30m, not 97m -
Z BPs - on our own - we always take lowest N 3.
We tried to see ahead of yld curve. - ∴ took valuation -
LIBOL + 150 Bp in next 12 mths -

That's why didn't do that much hedging. Only fund - beyond
the 150 hedge.

Nothing to do w/hedging -

Expected fwd Lkg YLD curve. Had the gain - assuring -
→ went to auditors - they gave justification 8/c some are saying could
go to 150 BPS - remase noted

We assumed LIBOR - value in rising rates $150bp, Talking only on portion
floating's
05.

<div style="float:right; border:2px solid black; background:yellow; padding:4px;">
GOVERNMENT
EXHIBIT
1025 O
08 Cr. 181 (TPG)
(ID)
</div>

only portion D -
Floating → nothing to do w/ prepmt - aspect - LIBOR

100bp

If 100bps [$30m]

Have more tax savings - we would not have the $77m

Acctant said Conservative -
They wouldn't let go to 250 - LIBOR

He was upset b/c reference - he thought to others.
we told him we could do at 4pm - send at 11pm - Had he tried
write report - al would

No idea - how get out of this - follow up.

Hungry - will evaluate estimates - Feel comfort exceeded in 05
and 06. Did look bad.

we believe 4m between these 2

DCC - QS

862.6m I/o strip as part of trading securities.

Who is trading out. Vol 2700x

What did you Δ re: assumptions.

Did it you use the lowest assumption in Q3.

Did prepmt speed Δs

Impact of (20%) adv Δ ⇒ $53m. But here.

Was there a problem w/ the Hedge.

✓ Explain variance of (    ) in I/o strip.
   Did you have discretion not to write it down?

✓ Why should I think of this benefit an offset to trading loss of ($96.7m)

✓ Certain no hedge problem?

Is there flexibility in the valuation?

How much write down I/o?

GX 1026