# Exhibit 3

## Holland Capital

| ACTIVITY DATE | UNITS | OPEN DATE | ORIGINAL COST | CLOSE DATE | NET PROCEEDS |
|---|---|---|---|---|---|
| 3/29/2004 | 1,650 | 3/10/2004 | 57,208.97 | 3/29/2004 | 57,797.24 |
| 4/12/2004 | 350 | 3/10/2004 | 12,135.24 | 4/12/2004 | 11,579.47 |
| 6/10/2004 | 150 | 3/10/2004 | 5,200.81 | 6/10/2004 | 5,055.63 |
| 6/10/2004 | 50 | 3/10/2004 | 1,725.99 | 6/10/2004 | 1,666.96 |
| 6/10/2004 | 50 | 3/10/2004 | 1,725.99 | 6/10/2004 | 1,666.96 |
| 6/28/2004 | 100 | 3/10/2004 | 3,467.21 | 6/28/2004 | 3,470.41 |
| 8/11/2004 | 1,000 | 3/10/2004 | 34,594.47 | 8/11/2004 | 39,199.08 |
| 8/11/2004 | 1,000 | 8/6/2004 | 39,103.56 | 8/11/2004 | 39,199.08 |
| 8/19/2004 | 250 | 3/10/2004 | 8,668.03 | 8/19/2004 | 10,068.51 |
| 8/19/2004 | 475 | 3/10/2004 | 16,392.00 | 8/19/2004 | 19,123.05 |
| 8/26/2004 | 75 | 3/10/2004 | 2,593.83 | 8/26/2004 | 3,028.17 |
| 8/26/2004 | 75 | 3/10/2004 | 2,593.83 | 8/26/2004 | 3,028.17 |
| 8/30/2004 | 500 | 3/10/2004 | 17,297.23 | 8/30/2004 | 20,419.52 |
| 8/30/2004 | 500 | 8/6/2004 | 19,551.78 | 8/30/2004 | 20,419.52 |
| 9/2/2004 | 100 | 3/10/2004 | 3,454.79 | 9/2/2004 | 4,125.63 |
| 9/2/2004 | 12,000 | 3/10/2004 | 415,064.40 | 9/2/2004 | 495,476.80 |
| 9/2/2004 | 100 | 3/10/2004 | 3,452.95 | 9/2/2004 | 4,125.63 |
| 9/2/2004 | 100 | 3/10/2004 | 3,452.95 | 9/2/2004 | 4,125.63 |
| 9/2/2004 | 1,100 | 5/3/2004 | 35,601.50 | 9/2/2004 | 45,418.70 |
| 9/2/2004 | 7,000 | 3/10/2004 | 242,704.70 | 9/2/2004 | 289,028.13 |
| 9/2/2004 | 125 | 3/10/2004 | 4,315.71 | 9/2/2004 | 5,161.79 |
| 9/2/2004 | 50 | 3/10/2004 | 1,729.22 | 9/2/2004 | 2,053.32 |
| 9/2/2004 | 50 | 3/10/2004 | 1,729.22 | 9/2/2004 | 2,053.32 |
| 9/2/2004 | 150 | 3/10/2004 | 5,200.82 | 9/2/2004 | 6,193.46 |
| 9/15/2004 | 75 | 3/10/2004 | 2,600.41 | 9/15/2004 | 3,147.20 |
| 9/15/2004 | 775 | 3/10/2004 | 26,870.88 | 9/15/2004 | 32,515.52 |
| 9/15/2004 | 1,525 | 3/10/2004 | 52,874.95 | 9/15/2004 | 63,982.16 |
| 9/15/2004 | 175 | 3/10/2004 | 6,067.62 | 9/15/2004 | 7,343.47 |
| 9/15/2004 | 175 | 3/10/2004 | 6,067.62 | 9/15/2004 | 7,343.47 |
| 9/15/2004 | 50 | 3/10/2004 | 1,733.61 | 9/15/2004 | 2,098.14 |
| 9/15/2004 | 100 | 3/10/2004 | 3,455.85 | 9/15/2004 | 4,185.47 |
| 9/15/2004 | 150 | 3/10/2004 | 5,200.81 | 9/15/2004 | 6,294.41 |
| 9/15/2004 | 375 | 3/10/2004 | 12,972.64 | 9/15/2004 | 15,741.80 |
| 9/15/2004 | 850 | 3/10/2004 | 29,471.28 | 9/15/2004 | 35,681.40 |
| 9/15/2004 | 325 | 7/15/2004 | 11,609.00 | 9/15/2004 | 13,637.88 |
| 9/15/2004 | 300 | 3/10/2004 | 10,401.63 | 9/15/2004 | 12,588.81 |
| 9/15/2004 | 75 | 3/10/2004 | 2,591.46 | 9/15/2004 | 3,134.35 |
| 9/15/2004 | 75 | 3/10/2004 | 2,591.10 | 9/15/2004 | 3,134.35 |
| 9/15/2004 | 600 | 3/10/2004 | 20,756.68 | 9/15/2004 | 25,229.40 |
| 9/15/2004 | 75 | 3/10/2004 | 2,600.41 | 9/15/2004 | 3,148.36 |
| 9/15/2004 | 150 | 3/10/2004 | 5,177.98 | 9/15/2004 | 6,287.71 |
| 9/15/2004 | 150 | 3/10/2004 | 5,177.98 | 9/15/2004 | 6,287.71 |
| 9/15/2004 | 100 | 3/10/2004 | 3,467.21 | 9/15/2004 | 4,196.27 |
| 9/15/2004 | 1,700 | 5/3/2004 | 55,020.50 | 9/15/2004 | 71,502.70 |
| 9/15/2004 | 4,200 | 3/10/2004 | 145,622.82 | 9/15/2004 | 176,308.09 |
| 9/15/2004 | 100 | 3/10/2004 | 3,467.21 | 9/15/2004 | 4,196.27 |
| 9/15/2004 | 3,525 | 3/10/2004 | 122,219.15 | 9/15/2004 | 147,918.57 |
| 9/15/2004 | 300 | 8/3/2004 | 11,527.50 | 9/15/2004 | 12,618.12 |
| 9/15/2004 | 400 | 7/21/2004 | 14,966.00 | 9/15/2004 | 16,824.17 |
| 9/15/2004 | 250 | 3/26/2004 | 8,671.25 | 9/15/2004 | 10,515.10 |



GOVERNMENT EXHIBIT 1045
08 Cr. 181 (TPG) (ID)

HCM2-000000005

| | | | | | |
|---|---|---|---|---|---|
| 9/15/2004 | 1,000 | 3/10/2004 | 34,672.10 | 9/15/2004 | 42,060.42 |
| 9/15/2004 | 300 | 8/3/2004 | 11,527.50 | 9/15/2004 | 12,618.12 |
| 9/15/2004 | 400 | 7/21/2004 | 14,966.00 | 9/15/2004 | 16,824.17 |
| 9/15/2004 | 250 | 3/26/2004 | 8,671.25 | 9/15/2004 | 10,515.10 |
| 9/15/2004 | 1,000 | 3/10/2004 | 34,672.10 | 9/15/2004 | 42,060.42 |
| 9/15/2004 | 100 | 3/10/2004 | 3,454.37 | 9/15/2004 | 4,185.47 |
| 9/15/2004 | 750 | 3/10/2004 | 26,004.08 | 9/15/2004 | 31,472.04 |
| 9/15/2004 | 1,350 | 3/10/2004 | 46,807.33 | 9/15/2004 | 56,649.67 |
| 9/15/2004 | 75 | 5/3/2004 | 2,430.31 | 9/15/2004 | 3,147.20 |
| 9/15/2004 | 125 | 3/10/2004 | 4,317.52 | 9/15/2004 | 5,236.59 |
| 9/15/2004 | 425 | 3/10/2004 | 14,735.64 | 9/15/2004 | 17,834.15 |
| 9/15/2004 | 100 | 3/10/2004 | 3,467.21 | 9/15/2004 | 4,196.27 |
| 9/15/2004 | 75 | 3/10/2004 | 2,592.41 | 9/15/2004 | 3,134.35 |
| 9/15/2004 | 275 | 3/10/2004 | 9,534.83 | 9/15/2004 | 11,539.74 |
| 9/15/2004 | 1,400 | 3/10/2004 | 48,431.18 | 9/15/2004 | 58,769.36 |
| 9/15/2004 | 150 | 3/10/2004 | 5,178.60 | 9/15/2004 | 6,287.71 |
| 9/15/2004 | 150 | 3/10/2004 | 5,176.42 | 9/15/2004 | 6,287.71 |
| 9/15/2004 | 325 | 3/10/2004 | 11,268.43 | 9/15/2004 | 13,637.88 |
| 9/15/2004 | 200 | 3/10/2004 | 6,934.42 | 9/15/2004 | 8,392.54 |
| 9/15/2004 | 475 | 3/10/2004 | 16,469.25 | 9/15/2004 | 19,932.29 |
| 9/15/2004 | 500 | 3/10/2004 | 17,336.05 | 9/15/2004 | 20,981.35 |
| 9/15/2004 | 50 | 3/10/2004 | 1,727.93 | 9/15/2004 | 2,083.24 |
| 9/15/2004 | 125 | 3/10/2004 | 4,317.97 | 9/15/2004 | 5,236.59 |
| 9/15/2004 | 500 | 3/10/2004 | 17,336.05 | 9/15/2004 | 20,981.35 |
| 9/15/2004 | 2,775 | 3/10/2004 | 96,215.08 | 9/15/2004 | 116,489.28 |
| 9/15/2004 | 575 | 3/10/2004 | 19,936.46 | 9/15/2004 | 24,137.42 |
| 9/15/2004 | 100 | 3/10/2004 | 3,467.21 | 9/15/2004 | 4,196.27 |
| 9/15/2004 | 75 | 3/10/2004 | 2,600.41 | 9/15/2004 | 3,147.20 |
| 9/15/2004 | 75 | 3/10/2004 | 2,600.41 | 9/15/2004 | 3,147.20 |
| 9/16/2004 | 225 | 3/10/2004 | 7,801.22 | 9/16/2004 | 9,441.51 |
| 9/16/2004 | 650 | 3/10/2004 | 22,536.86 | 9/16/2004 | 27,275.51 |
| 9/16/2004 | 650 | 3/10/2004 | 22,536.86 | 9/16/2004 | 27,275.51 |
| 9/16/2004 | 100 | 3/10/2004 | 3,467.21 | 9/16/2004 | 4,196.23 |
| 9/16/2004 | 600 | 3/10/2004 | 20,803.26 | 9/16/2004 | 25,177.39 |
| 9/16/2004 | 1,925 | 3/10/2004 | 66,592.87 | 9/16/2004 | 80,787.08 |
| 9/16/2004 | 4,350 | 3/10/2004 | 150,823.64 | 9/16/2004 | 182,557.83 |
| 9/16/2004 | 1,150 | 7/15/2004 | 41,078.00 | 9/16/2004 | 48,256.66 |
| 9/16/2004 | 1,150 | 3/10/2004 | 39,872.91 | 9/16/2004 | 48,256.66 |
| 9/16/2004 | 375 | 3/10/2004 | 13,002.04 | 9/16/2004 | 15,737.75 |
| 9/16/2004 | 400 | 3/10/2004 | 13,868.84 | 9/16/2004 | 16,784.92 |
| 9/16/2004 | 3,300 | 3/10/2004 | 114,417.93 | 9/16/2004 | 138,704.00 |
| 9/16/2004 | 700 | 3/11/2004 | 24,040.52 | 9/16/2004 | 29,422.06 |
| 9/16/2004 | 21,200 | 3/10/2004 | 735,048.52 | 9/16/2004 | 889,707.12 |
| 9/16/2004 | 350 | 3/10/2004 | 12,135.23 | 9/16/2004 | 14,686.81 |
| 9/16/2004 | 12,500 | 3/10/2004 | 433,401.25 | 9/16/2004 | 524,528.96 |
| 9/16/2004 | 2,550 | 3/10/2004 | 88,413.85 | 9/16/2004 | 107,003.91 |
| 9/16/2004 | 4,700 | 3/10/2004 | 162,958.87 | 9/16/2004 | 197,222.88 |
| 9/16/2004 | 300 | 5/3/2004 | 9,721.26 | 9/16/2004 | 12,588.69 |
| 9/16/2004 | 1,500 | 3/10/2004 | 52,008.15 | 9/16/2004 | 62,943.47 |
| 9/16/2004 | 350 | 3/10/2004 | 12,135.23 | 9/16/2004 | 14,686.81 |
| 9/16/2004 | 925 | 3/10/2004 | 32,071.69 | 9/16/2004 | 38,815.14 |
| 9/16/2004 | 7,100 | 3/10/2004 | 245,615.27 | 9/16/2004 | 297,967.95 |

HCM2-000000006

| | | | | | |
|---|---|---|---|---|---|
| 9/16/2004 | 1,150 | 3/10/2004 | 39,872.92 | 9/16/2004 | 48,256.66 |
| 9/16/2004 | 650 | 3/10/2004 | 22,536.87 | 9/16/2004 | 27,275.51 |
| 9/16/2004 | 1,700 | 3/10/2004 | 58,942.57 | 9/16/2004 | 71,335.93 |
| 9/16/2004 | 1,850 | 3/10/2004 | 64,143.39 | 9/16/2004 | 77,630.29 |
| 9/16/2004 | 1,800 | 3/10/2004 | 62,409.78 | 9/16/2004 | 75,532.17 |
| 9/16/2004 | 4,275 | 3/10/2004 | 148,223.23 | 9/16/2004 | 179,410.28 |
| 9/16/2004 | 9,850 | 3/10/2004 | 341,520.18 | 9/16/2004 | 413,378.07 |
| 9/16/2004 | 2,925 | 3/10/2004 | 101,415.89 | 9/16/2004 | 122,754.40 |
| 9/16/2004 | 400 | 3/10/2004 | 13,868.84 | 9/16/2004 | 16,784.92 |
| 9/16/2004 | 200 | 3/10/2004 | 6,934.42 | 9/16/2004 | 8,392.46 |
| 9/16/2004 | 200 | 3/10/2004 | 6,934.42 | 9/16/2004 | 8,392.46 |
| 9/21/2004 | 125 | 3/10/2004 | 4,334.01 | 9/21/2004 | 5,360.49 |
| 9/28/2004 | 50 | 3/10/2004 | 1,726.20 | 9/28/2004 | 2,053.45 |
| 1/7/2005 | 175 | 3/5/2004 | 6,003.81 | 1/7/2005 | 8,315.97 |
| 1/7/2005 | 600 | 5/3/2004 | 19,419.00 | 1/7/2005 | 28,653.07 |
| 2/23/2005 | 725 | 3/10/2004 | 25,137.27 | 2/23/2005 | 28,538.68 |
| 4/7/2005 | 500 | 3/10/2004 | 17,336.05 | 4/7/2005 | 9,992.08 |
| 4/25/2005 | 1,150 | 3/10/2004 | 39,782.76 | 4/25/2005 | 17,795.50 |
| 4/28/2005 | 75 | 3/10/2004 | 2,600.41 | 4/28/2005 | 1,058.57 |
| 7/19/2005 | 275 | 3/10/2004 | 9,534.83 | 7/19/2005 | 4,169.20 |
| 8/15/2005 | 27,400 | 7/1/2005 | 457,092.28 | 8/15/2005 | 381,255.02 |
| 8/15/2005 | 3,500 | 3/31/2005 | 77,074.55 | 8/15/2005 | 48,700.45 |
| 8/24/2005 | 550 | 12/7/2004 | 24,972.75 | 8/24/2005 | 7,955.41 |
| 8/24/2005 | 250 | 3/8/2005 | 9,791.25 | 8/24/2005 | 3,616.10 |
| 8/24/2005 | 550 | 12/7/2004 | 24,972.75 | 8/24/2005 | 7,955.41 |
| 8/24/2005 | 250 | 3/8/2005 | 9,791.25 | 8/24/2005 | 3,616.10 |
| 8/26/2005 | 425 | 3/10/2004 | 14,735.65 | 8/26/2005 | 5,943.37 |
| 8/31/2005 | 225 | 3/10/2004 | 7,774.38 | 8/31/2005 | 3,153.69 |
| 8/31/2005 | 175 | 4/20/2004 | 5,685.70 | 8/31/2005 | 2,452.86 |
| 8/31/2005 | 175 | 3/10/2005 | 6,833.09 | 8/31/2005 | 2,452.86 |
| 9/23/2005 | 1,600 | 3/10/2004 | 55,475.37 | 9/23/2005 | 21,610.13 |
| 10/24/2005 | 350 | 3/10/2004 | 12,135.23 | 10/24/2005 | 4,062.44 |
| 10/26/2005 | 100 | 3/10/2004 | 3,467.21 | 10/26/2005 | 847.53 |
| 10/26/2005 | 200 | 3/11/2004 | 6,868.72 | 10/26/2005 | 1,695.07 |
| 10/26/2005 | 750 | 3/11/2004 | 25,570.05 | 10/26/2005 | 6,356.51 |
| 10/26/2005 | 700 | 4/20/2004 | 22,768.76 | 10/26/2005 | 5,932.74 |
| 10/26/2005 | 150 | 4/21/2004 | 4,868.34 | 10/26/2005 | 1,271.30 |
| 10/26/2005 | 150 | 4/28/2004 | 4,957.35 | 10/26/2005 | 1,271.30 |
| 10/26/2005 | 250 | 3/10/2005 | 9,798.53 | 10/26/2005 | 2,118.84 |
| 10/26/2005 | 525 | 3/10/2004 | 18,202.85 | 10/26/2005 | 4,449.56 |
| 10/26/2005 | 325 | 3/11/2004 | 11,161.67 | 10/26/2005 | 2,754.49 |
| 10/26/2005 | 1,150 | 3/11/2004 | 39,207.41 | 10/26/2005 | 9,746.64 |
| 10/26/2005 | 1,300 | 4/20/2004 | 42,284.84 | 10/26/2005 | 11,017.95 |
| 10/26/2005 | 300 | 4/21/2004 | 9,736.68 | 10/26/2005 | 2,542.60 |
| 10/26/2005 | 300 | 4/28/2004 | 9,914.70 | 10/26/2005 | 2,542.60 |
| 10/26/2005 | 1,750 | 3/10/2005 | 68,589.68 | 10/26/2005 | 14,831.85 |
| 10/26/2005 | 725 | 3/10/2004 | 25,137.27 | 10/26/2005 | 6,144.63 |
| 10/26/2005 | 650 | 3/11/2004 | 22,323.34 | 10/26/2005 | 5,508.97 |
| 10/26/2005 | 2,300 | 3/11/2004 | 78,414.82 | 10/26/2005 | 19,493.29 |
| 10/26/2005 | 2,600 | 4/20/2004 | 84,569.68 | 10/26/2005 | 22,035.89 |
| 10/26/2005 | 625 | 4/21/2004 | 20,284.75 | 10/26/2005 | 5,297.09 |
| 10/26/2005 | 625 | 4/28/2004 | 20,655.63 | 10/26/2005 | 5,297.09 |

HCM2-000000007

| | | | | | |
|---|---:|---|---:|---|---:|
| 10/26/2005 | 9,650 | 3/2/2005 | 391,705.08 | 10/26/2005 | 81,787.06 |
| 10/26/2005 | 7,225 | 3/10/2005 | 283,177.37 | 10/26/2005 | 61,234.36 |
| 10/26/2005 | 1,075 | 3/10/2004 | 37,272.51 | 10/26/2005 | 9,110.99 |
| 10/26/2005 | 325 | 3/11/2004 | 11,161.67 | 10/26/2005 | 2,754.49 |
| 10/26/2005 | 1,125 | 3/11/2004 | 38,355.08 | 10/26/2005 | 9,534.76 |
| 10/26/2005 | 1,300 | 4/20/2004 | 42,284.84 | 10/26/2005 | 11,017.95 |
| 10/26/2005 | 300 | 4/21/2004 | 9,736.68 | 10/26/2005 | 2,542.60 |
| 10/26/2005 | 300 | 4/28/2004 | 9,914.70 | 10/26/2005 | 2,542.60 |
| 10/26/2005 | 1,850 | 3/10/2005 | 72,509.09 | 10/26/2005 | 15,679.39 |
| 10/26/2005 | 1,075 | 3/10/2004 | 37,272.51 | 10/26/2005 | 9,110.99 |
| 10/26/2005 | 325 | 3/11/2004 | 11,161.67 | 10/26/2005 | 2,754.49 |
| 10/26/2005 | 1,125 | 3/11/2004 | 38,355.08 | 10/26/2005 | 9,534.76 |
| 10/26/2005 | 1,300 | 4/20/2004 | 42,284.84 | 10/26/2005 | 11,017.95 |
| 10/26/2005 | 300 | 4/21/2004 | 9,736.68 | 10/26/2005 | 2,542.60 |
| 10/26/2005 | 300 | 4/28/2004 | 9,914.70 | 10/26/2005 | 2,542.60 |
| 10/26/2005 | 1,850 | 3/10/2005 | 72,509.09 | 10/26/2005 | 15,679.39 |
| 10/26/2005 | 50 | 3/11/2004 | 1,717.18 | 10/26/2005 | 423.76 |
| 10/26/2005 | 150 | 3/11/2004 | 5,114.01 | 10/26/2005 | 1,271.30 |
| 10/26/2005 | 75 | 3/25/2004 | 2,554.13 | 10/26/2005 | 635.65 |
| 10/26/2005 | 200 | 4/20/2004 | 6,505.36 | 10/26/2005 | 1,695.07 |
| 10/26/2005 | 50 | 4/21/2004 | 1,622.78 | 10/26/2005 | 423.77 |
| 10/26/2005 | 50 | 4/28/2004 | 1,652.45 | 10/26/2005 | 423.77 |
| 10/26/2005 | 250 | 3/10/2005 | 9,798.53 | 10/26/2005 | 2,118.83 |
| 10/26/2005 | 850 | 3/10/2004 | 29,405.30 | 10/26/2005 | 7,533.91 |
| 10/26/2005 | 1,350 | 4/20/2004 | 43,753.50 | 10/26/2005 | 11,965.63 |
| 10/26/2005 | 1,000 | 8/6/2004 | 39,103.56 | 10/26/2005 | 8,863.43 |
| 10/26/2005 | 2,500 | 3/10/2005 | 97,500.00 | 10/26/2005 | 22,158.57 |
| 10/26/2005 | 3,400 | 8/6/2004 | 132,952.10 | 10/26/2005 | 30,135.65 |
| 10/26/2005 | 2,750 | 3/10/2005 | 107,250.00 | 10/26/2005 | 24,374.43 |
| 10/26/2005 | 900 | 9/15/2005 | 13,005.00 | 10/26/2005 | 7,977.09 |
| 10/26/2005 | 175 | 3/10/2004 | 6,047.75 | 10/26/2005 | 1,476.89 |
| 10/26/2005 | 175 | 4/20/2004 | 5,685.70 | 10/26/2005 | 1,476.88 |
| 10/26/2005 | 150 | 3/10/2005 | 5,859.65 | 10/26/2005 | 1,265.90 |
| 10/26/2005 | 350 | 3/10/2004 | 12,135.24 | 10/26/2005 | 2,966.38 |
| 10/26/2005 | 300 | 3/11/2004 | 10,303.08 | 10/26/2005 | 2,542.60 |
| 10/26/2005 | 1,125 | 3/11/2004 | 38,355.08 | 10/26/2005 | 9,534.76 |
| 10/26/2005 | 1,250 | 4/20/2004 | 40,658.50 | 10/26/2005 | 10,594.18 |
| 10/26/2005 | 300 | 4/21/2004 | 9,736.68 | 10/26/2005 | 2,542.60 |
| 10/26/2005 | 300 | 4/28/2004 | 9,914.70 | 10/26/2005 | 2,542.60 |
| 10/26/2005 | 1,450 | 3/10/2005 | 56,831.45 | 10/26/2005 | 12,289.25 |
| 10/26/2005 | 1,050 | 9/30/2005 | 13,712.17 | 10/26/2005 | 8,899.11 |
| 10/26/2005 | 6,900 | 3/10/2004 | 238,696.53 | 10/26/2005 | 58,405.37 |
| 10/26/2005 | 3,450 | 4/20/2004 | 112,200.21 | 10/26/2005 | 29,202.68 |
| 10/26/2005 | 825 | 4/21/2004 | 26,771.74 | 10/26/2005 | 6,983.25 |
| 10/26/2005 | 825 | 4/28/2004 | 27,261.30 | 10/26/2005 | 6,983.25 |
| 10/26/2005 | 5,250 | 3/10/2005 | 204,858.15 | 10/26/2005 | 44,438.86 |
| 10/26/2005 | 8,950 | 5/16/2005 | 127,000.50 | 10/26/2005 | 75,757.68 |
| 10/26/2005 | 23,500 | 3/10/2004 | 812,834.45 | 10/26/2005 | 198,916.81 |
| 10/26/2005 | 14,600 | 3/30/2004 | 517,771.48 | 10/26/2005 | 123,582.37 |
| 10/26/2005 | 19,900 | 4/20/2004 | 647,084.32 | 10/26/2005 | 168,444.46 |
| 10/26/2005 | 4,675 | 4/21/2004 | 151,683.18 | 10/26/2005 | 39,571.75 |
| 10/26/2005 | 4,675 | 4/28/2004 | 154,457.33 | 10/26/2005 | 39,571.75 |

| | | | | | |
|---|---:|---|---:|---|---:|
| 10/26/2005 | 28,000 | 3/10/2005 | 1,092,576.80 | 10/26/2005 | 237,007.28 |
| 10/26/2005 | 7,700 | 3/10/2004 | 266,975.17 | 10/26/2005 | 64,989.89 |
| 10/26/2005 | 2,200 | 3/11/2004 | 75,555.92 | 10/26/2005 | 18,568.54 |
| 10/26/2005 | 7,700 | 3/11/2004 | 262,519.18 | 10/26/2005 | 64,989.89 |
| 10/26/2005 | 8,300 | 4/20/2004 | 269,972.44 | 10/26/2005 | 70,054.04 |
| 10/26/2005 | 600 | 4/20/2004 | 19,516.08 | 10/26/2005 | 5,085.20 |
| 10/26/2005 | 2,075 | 4/21/2004 | 67,345.37 | 10/26/2005 | 17,586.34 |
| 10/26/2005 | 2,075 | 4/28/2004 | 68,576.68 | 10/26/2005 | 17,586.34 |
| 10/26/2005 | 12,250 | 3/10/2005 | 480,127.73 | 10/26/2005 | 103,822.96 |
| 10/26/2005 | 8,025 | 7/15/2004 | 286,653.00 | 10/26/2005 | 68,014.63 |
| 10/26/2005 | 450 | 7/21/2004 | 16,836.75 | 10/26/2005 | 3,813.90 |
| 10/26/2005 | 4,125 | 3/10/2005 | 161,675.66 | 10/26/2005 | 34,960.79 |
| 10/26/2005 | 2,050 | 3/10/2004 | 71,077.81 | 10/26/2005 | 17,374.46 |
| 10/26/2005 | 600 | 3/11/2004 | 20,606.16 | 10/26/2005 | 5,085.21 |
| 10/26/2005 | 2,100 | 3/11/2004 | 71,596.14 | 10/26/2005 | 17,798.22 |
| 10/26/2005 | 2,400 | 4/20/2004 | 78,064.32 | 10/26/2005 | 20,340.82 |
| 10/26/2005 | 575 | 4/21/2004 | 18,661.97 | 10/26/2005 | 4,873.32 |
| 10/26/2005 | 575 | 4/28/2004 | 19,003.18 | 10/26/2005 | 4,873.32 |
| 10/26/2005 | 3,400 | 3/10/2005 | 133,259.94 | 10/26/2005 | 28,816.17 |
| 10/26/2005 | 100,000 | 9/29/2005 | 1,314,000.00 | 10/26/2005 | 845,374.45 |
| 10/26/2005 | 35,500 | 9/29/2005 | 466,470.00 | 10/26/2005 | 300,874.69 |
| 10/26/2005 | 20,250 | 10/29/2004 | 847,549.35 | 10/26/2005 | 171,188.33 |
| 10/26/2005 | 7,850 | 3/10/2005 | 307,673.69 | 10/26/2005 | 66,361.89 |
| 10/26/2005 | 250 | 3/10/2004 | 8,636.98 | 10/26/2005 | 2,111.73 |
| 10/26/2005 | 175 | 4/20/2004 | 5,685.70 | 10/26/2005 | 1,478.21 |
| 10/26/2005 | 200 | 3/10/2005 | 7,806.53 | 10/26/2005 | 1,689.39 |
| 10/26/2005 | 4,925 | 3/10/2004 | 170,760.09 | 10/26/2005 | 41,741.06 |
| 10/26/2005 | 5,075 | 3/11/2004 | 173,418.84 | 10/26/2005 | 43,012.37 |
| 10/26/2005 | 1,300 | 3/11/2004 | 44,422.56 | 10/26/2005 | 11,017.95 |
| 10/26/2005 | 6,600 | 3/10/2005 | 258,681.06 | 10/26/2005 | 55,937.26 |
| 10/26/2005 | 4,925 | 3/10/2004 | 170,760.09 | 10/26/2005 | 41,741.06 |
| 10/26/2005 | 5,075 | 3/11/2004 | 173,418.84 | 10/26/2005 | 43,012.37 |
| 10/26/2005 | 1,300 | 3/11/2004 | 44,422.56 | 10/26/2005 | 11,017.95 |
| 10/26/2005 | 6,600 | 3/10/2005 | 258,681.06 | 10/26/2005 | 55,937.26 |
| 10/26/2005 | 1,750 | 3/10/2004 | 60,540.32 | 10/26/2005 | 14,820.82 |
| 10/26/2005 | 1,450 | 4/20/2004 | 46,994.50 | 10/26/2005 | 12,280.12 |
| 10/26/2005 | 150 | 11/18/2004 | 6,886.50 | 10/26/2005 | 1,270.36 |
| 10/26/2005 | 1,450 | 3/10/2005 | 56,550.00 | 10/26/2005 | 12,280.12 |
| 10/26/2005 | 675 | 3/10/2004 | 23,403.66 | 10/26/2005 | 5,697.16 |
| 10/26/2005 | 200 | 3/11/2004 | 6,868.72 | 10/26/2005 | 1,688.05 |
| 10/26/2005 | 675 | 3/11/2004 | 23,013.05 | 10/26/2005 | 5,697.17 |
| 10/26/2005 | 700 | 4/20/2004 | 22,768.76 | 10/26/2005 | 5,908.17 |
| 10/26/2005 | 50 | 4/20/2004 | 1,626.34 | 10/26/2005 | 423.76 |
| 10/26/2005 | 175 | 4/21/2004 | 5,679.73 | 10/26/2005 | 1,483.19 |
| 10/26/2005 | 175 | 4/28/2004 | 5,783.58 | 10/26/2005 | 1,483.19 |
| 10/26/2005 | 1,050 | 3/10/2005 | 41,153.81 | 10/26/2005 | 8,899.11 |
| 10/26/2005 | 425 | 3/10/2004 | 14,670.95 | 10/26/2005 | 3,595.18 |
| 10/26/2005 | 350 | 4/20/2004 | 11,352.40 | 10/26/2005 | 2,960.73 |
| 10/26/2005 | 275 | 3/10/2005 | 10,726.86 | 10/26/2005 | 2,326.29 |
| 10/26/2005 | 375 | 3/10/2004 | 12,948.55 | 10/26/2005 | 3,170.86 |
| 10/26/2005 | 250 | 4/20/2004 | 8,114.29 | 10/26/2005 | 2,113.90 |
| 10/26/2005 | 250 | 3/10/2005 | 9,753.42 | 10/26/2005 | 2,113.90 |

HCM2-000000009

| | | | | | |
|---|---:|---|---:|---|---:|
| 10/26/2005 | 425 | 3/10/2004 | 14,670.95 | 10/26/2005 | 3,595.18 |
| 10/26/2005 | 350 | 4/20/2004 | 11,352.40 | 10/26/2005 | 2,960.73 |
| 10/26/2005 | 275 | 3/10/2005 | 10,726.86 | 10/26/2005 | 2,326.29 |
| 10/26/2005 | 375 | 3/10/2004 | 12,948.55 | 10/26/2005 | 3,170.86 |
| 10/26/2005 | 250 | 4/20/2004 | 8,114.29 | 10/26/2005 | 2,113.90 |
| 10/26/2005 | 250 | 3/10/2005 | 9,753.42 | 10/26/2005 | 2,113.90 |
| 10/26/2005 | 700 | 3/10/2004 | 24,270.47 | 10/26/2005 | 5,932.74 |
| 10/26/2005 | 200 | 3/11/2004 | 6,868.72 | 10/26/2005 | 1,695.07 |
| 10/26/2005 | 750 | 3/11/2004 | 25,570.05 | 10/26/2005 | 6,356.51 |
| 10/26/2005 | 800 | 4/20/2004 | 26,021.44 | 10/26/2005 | 6,780.27 |
| 10/26/2005 | 200 | 4/21/2004 | 6,491.12 | 10/26/2005 | 1,695.07 |
| 10/26/2005 | 200 | 4/28/2004 | 6,609.80 | 10/26/2005 | 1,695.07 |
| 10/26/2005 | 1,200 | 3/10/2005 | 47,032.92 | 10/26/2005 | 10,170.41 |
| 10/26/2005 | 5,450 | 5/3/2004 | 176,389.25 | 10/26/2005 | 46,131.77 |
| 10/26/2005 | 2,350 | 3/10/2005 | 91,291.16 | 10/26/2005 | 19,891.68 |
| 10/26/2005 | 1,050 | 3/11/2004 | 36,060.78 | 10/26/2005 | 8,887.77 |
| 10/26/2005 | 6,150 | 3/11/2004 | 209,674.41 | 10/26/2005 | 52,056.95 |
| 10/26/2005 | 6,750 | 4/20/2004 | 219,555.90 | 10/26/2005 | 57,135.68 |
| 10/26/2005 | 1,575 | 4/21/2004 | 51,117.57 | 10/26/2005 | 13,331.66 |
| 10/26/2005 | 1,575 | 4/28/2004 | 52,052.18 | 10/26/2005 | 13,331.66 |
| 10/26/2005 | 5,550 | 2/28/2005 | 221,250.75 | 10/26/2005 | 46,978.23 |
| 10/26/2005 | 400 | 3/10/2004 | 13,810.26 | 10/26/2005 | 3,384.02 |
| 10/26/2005 | 300 | 4/20/2004 | 9,733.34 | 10/26/2005 | 2,538.02 |
| 10/26/2005 | 400 | 3/10/2005 | 15,594.07 | 10/26/2005 | 3,384.03 |
| 10/26/2005 | 25,000 | 3/10/2004 | 866,802.50 | 10/26/2005 | 211,006.15 |
| 10/26/2005 | 38,600 | 3/11/2004 | 1,319,008.32 | 10/26/2005 | 325,793.49 |
| 10/26/2005 | 11,400 | 3/12/2004 | 392,728.86 | 10/26/2005 | 96,218.80 |
| 10/26/2005 | 13,000 | 3/12/2004 | 447,848.70 | 10/26/2005 | 110,179.46 |
| 10/26/2005 | 43,600 | 4/20/2004 | 1,418,168.48 | 10/26/2005 | 369,524.98 |
| 10/26/2005 | 10,250 | 4/21/2004 | 332,669.90 | 10/26/2005 | 86,872.27 |
| 10/26/2005 | 1,500 | 4/22/2004 | 49,515.00 | 10/26/2005 | 12,713.02 |
| 10/26/2005 | 8,750 | 4/28/2004 | 289,178.75 | 10/26/2005 | 74,159.26 |
| 10/26/2005 | 61,900 | 3/10/2005 | 2,426,114.79 | 10/26/2005 | 524,623.77 |
| 10/26/2005 | 450 | 3/10/2004 | 15,602.45 | 10/26/2005 | 3,804.19 |
| 10/26/2005 | 150 | 3/11/2004 | 5,151.54 | 10/26/2005 | 1,268.06 |
| 10/26/2005 | 550 | 3/11/2004 | 18,751.37 | 10/26/2005 | 4,649.56 |
| 10/26/2005 | 650 | 4/20/2004 | 21,142.42 | 10/26/2005 | 5,494.93 |
| 10/26/2005 | 150 | 4/21/2004 | 4,868.34 | 10/26/2005 | 1,268.06 |
| 10/26/2005 | 150 | 4/28/2004 | 4,957.35 | 10/26/2005 | 1,268.06 |
| 10/26/2005 | 800 | 3/10/2005 | 31,355.28 | 10/26/2005 | 6,762.99 |
| 10/26/2005 | 24,400 | 3/10/2004 | 845,999.24 | 10/26/2005 | 205,942.00 |
| 10/26/2005 | 6,975 | 3/11/2004 | 239,546.61 | 10/26/2005 | 58,870.71 |
| 10/26/2005 | 2,525 | 3/11/2004 | 86,085.83 | 10/26/2005 | 21,311.62 |
| 10/26/2005 | 21,475 | 3/11/2004 | 732,155.77 | 10/26/2005 | 181,544.16 |
| 10/26/2005 | 27,800 | 4/20/2004 | 904,245.04 | 10/26/2005 | 235,014.10 |
| 10/26/2005 | 6,500 | 4/21/2004 | 210,961.40 | 10/26/2005 | 54,949.34 |
| 10/26/2005 | 6,500 | 4/28/2004 | 214,818.50 | 10/26/2005 | 54,949.34 |
| 10/26/2005 | 37,725 | 3/10/2005 | 1,478,597.42 | 10/26/2005 | 318,917.51 |
| 10/26/2005 | 250 | 3/8/2005 | 9,791.25 | 10/26/2005 | 2,116.13 |
| 10/26/2005 | 6,800 | 3/10/2005 | 264,161.64 | 10/26/2005 | 57,558.91 |
| 10/26/2005 | 4,575 | 3/10/2004 | 158,624.86 | 10/26/2005 | 38,725.30 |
| 10/26/2005 | 950 | 3/11/2004 | 32,626.42 | 10/26/2005 | 8,041.32 |

| | | | | | |
|---|---|---|---|---|---|
| 10/26/2005 | 3,325 | 3/11/2004 | 113,360.56 | 10/26/2005 | 28,144.61 |
| 10/26/2005 | 900 | 4/28/2004 | 29,744.10 | 10/26/2005 | 7,618.09 |
| 10/26/2005 | 3,850 | 4/20/2004 | 125,228.18 | 10/26/2005 | 32,588.50 |
| 10/26/2005 | 900 | 4/21/2004 | 29,210.04 | 10/26/2005 | 7,618.09 |
| 10/26/2005 | 200 | 6/4/2004 | 6,383.00 | 10/26/2005 | 1,692.91 |
| 10/26/2005 | 250 | 5/25/2004 | 7,858.75 | 10/26/2005 | 2,116.14 |
| 10/26/2005 | 250 | 3/8/2005 | 9,791.25 | 10/26/2005 | 2,116.13 |
| 10/26/2005 | 6,800 | 3/10/2005 | 264,161.64 | 10/26/2005 | 57,558.91 |
| 10/26/2005 | 4,575 | 3/10/2004 | 158,624.86 | 10/26/2005 | 38,725.30 |
| 10/26/2005 | 950 | 3/11/2004 | 32,626.42 | 10/26/2005 | 8,041.32 |
| 10/26/2005 | 3,325 | 3/11/2004 | 113,360.56 | 10/26/2005 | 28,144.61 |
| 10/26/2005 | 900 | 4/28/2004 | 29,744.10 | 10/26/2005 | 7,618.09 |
| 10/26/2005 | 3,850 | 4/20/2004 | 125,228.18 | 10/26/2005 | 32,588.50 |
| 10/26/2005 | 900 | 4/21/2004 | 29,210.04 | 10/26/2005 | 7,618.09 |
| 10/26/2005 | 200 | 6/4/2004 | 6,383.00 | 10/26/2005 | 1,692.91 |
| 10/26/2005 | 250 | 5/25/2004 | 7,858.75 | 10/26/2005 | 2,116.14 |
| 10/26/2005 | 5,075 | 3/10/2004 | 175,960.91 | 10/26/2005 | 42,697.73 |
| 10/26/2005 | 1,425 | 3/11/2004 | 48,939.63 | 10/26/2005 | 11,989.02 |
| 10/26/2005 | 5,000 | 3/11/2004 | 170,467.00 | 10/26/2005 | 42,066.73 |
| 10/26/2005 | 2,550 | 4/20/2004 | 82,943.34 | 10/26/2005 | 21,454.03 |
| 10/26/2005 | 3,200 | 4/20/2004 | 104,085.76 | 10/26/2005 | 27,121.11 |
| 10/26/2005 | 1,350 | 4/21/2004 | 43,815.06 | 10/26/2005 | 11,441.71 |
| 10/26/2005 | 1,350 | 4/28/2004 | 44,616.15 | 10/26/2005 | 11,441.71 |
| 10/26/2005 | 8,150 | 3/10/2005 | 319,431.92 | 10/26/2005 | 69,074.05 |
| 10/26/2005 | 8,775 | 3/10/2004 | 304,247.68 | 10/26/2005 | 73,827.11 |
| 10/26/2005 | 2,825 | 3/11/2004 | 97,020.67 | 10/26/2005 | 23,767.70 |
| 10/26/2005 | 9,800 | 3/11/2004 | 334,115.32 | 10/26/2005 | 82,450.79 |
| 10/26/2005 | 4,500 | 4/20/2004 | 146,370.60 | 10/26/2005 | 37,860.06 |
| 10/26/2005 | 5,950 | 4/20/2004 | 193,534.46 | 10/26/2005 | 50,428.29 |
| 10/26/2005 | 2,450 | 4/21/2004 | 79,516.22 | 10/26/2005 | 20,764.59 |
| 10/26/2005 | 2,450 | 4/28/2004 | 80,970.05 | 10/26/2005 | 20,764.59 |
| 10/26/2005 | 15,050 | 3/10/2005 | 589,871.21 | 10/26/2005 | 127,553.92 |
| 10/26/2005 | 30,500 | 7/1/2005 | 508,807.10 | 10/26/2005 | 257,427.50 |
| 10/26/2005 | 100,000 | 7/1/2005 | 1,668,220.00 | 10/26/2005 | 847,534.36 |
| 10/26/2005 | 2,025 | 5/3/2004 | 65,618.51 | 10/26/2005 | 17,162.57 |
| 10/26/2005 | 825 | 3/10/2005 | 32,335.13 | 10/26/2005 | 6,992.16 |
| 10/26/2005 | 250 | 3/10/2004 | 8,635.03 | 10/26/2005 | 2,114.20 |
| 10/26/2005 | 125 | 3/29/2004 | 4,406.50 | 10/26/2005 | 1,057.10 |
| 10/26/2005 | 275 | 4/20/2004 | 8,923.81 | 10/26/2005 | 2,325.62 |
| 10/26/2005 | 275 | 3/10/2005 | 10,726.86 | 10/26/2005 | 2,325.62 |
| 10/26/2005 | 2,775 | 3/10/2004 | 96,215.08 | 10/26/2005 | 23,519.08 |
| 10/26/2005 | 800 | 3/11/2004 | 27,474.88 | 10/26/2005 | 6,780.27 |
| 10/26/2005 | 2,800 | 3/11/2004 | 95,461.52 | 10/26/2005 | 23,730.96 |
| 10/26/2005 | 3,200 | 4/20/2004 | 104,085.76 | 10/26/2005 | 27,121.10 |
| 10/26/2005 | 750 | 4/21/2004 | 24,341.70 | 10/26/2005 | 6,356.51 |
| 10/26/2005 | 750 | 4/28/2004 | 24,786.75 | 10/26/2005 | 6,356.51 |
| 10/26/2005 | 4,525 | 3/10/2005 | 177,353.30 | 10/26/2005 | 38,350.93 |
| 10/26/2005 | 125 | 3/10/2004 | 4,334.01 | 10/26/2005 | 1,058.07 |
| 10/26/2005 | 175 | 3/11/2004 | 6,010.13 | 10/26/2005 | 1,481.30 |
| 10/26/2005 | 575 | 3/11/2004 | 19,603.71 | 10/26/2005 | 4,867.11 |
| 10/26/2005 | 700 | 4/20/2004 | 22,768.76 | 10/26/2005 | 5,925.18 |
| 10/26/2005 | 150 | 4/21/2004 | 4,868.34 | 10/26/2005 | 1,269.68 |

| | | | | | |
|---|---|---|---|---|---|
| 10/26/2005 | 150 | 4/28/2004 | 4,957.35 | 10/26/2005 | 1,269.68 |
| 10/26/2005 | 1,000 | 3/10/2005 | 39,194.10 | 10/26/2005 | 8,464.55 |
| 10/26/2005 | 175 | 3/10/2004 | 6,048.96 | 10/26/2005 | 1,476.53 |
| 10/26/2005 | 150 | 4/20/2004 | 4,876.17 | 10/26/2005 | 1,265.60 |
| 10/26/2005 | 150 | 3/10/2005 | 5,859.65 | 10/26/2005 | 1,265.60 |
| 10/26/2005 | 1,650 | 3/10/2004 | 57,208.97 | 10/26/2005 | 13,948.66 |
| 10/26/2005 | 500 | 3/11/2004 | 17,171.80 | 10/26/2005 | 4,226.87 |
| 10/26/2005 | 1,700 | 3/11/2004 | 57,958.78 | 10/26/2005 | 14,371.37 |
| 10/26/2005 | 1,900 | 4/20/2004 | 61,800.92 | 10/26/2005 | 16,062.12 |
| 10/26/2005 | 450 | 4/21/2004 | 14,605.02 | 10/26/2005 | 3,804.19 |
| 10/26/2005 | 450 | 4/28/2004 | 14,872.05 | 10/26/2005 | 3,804.19 |
| 10/26/2005 | 2,600 | 3/10/2005 | 101,904.66 | 10/26/2005 | 21,979.74 |
| 10/26/2005 | 5,300 | 3/10/2004 | 183,346.61 | 10/26/2005 | 44,733.30 |
| 10/26/2005 | 23,500 | 4/6/2004 | 798,259.75 | 10/26/2005 | 198,345.78 |
| 10/26/2005 | 13,150 | 4/20/2004 | 427,661.67 | 10/26/2005 | 110,989.23 |
| 10/26/2005 | 3,075 | 4/21/2004 | 99,785.59 | 10/26/2005 | 25,953.76 |
| 10/26/2005 | 3,075 | 4/28/2004 | 101,610.30 | 10/26/2005 | 25,953.76 |
| 10/26/2005 | 18,750 | 3/10/2005 | 731,636.25 | 10/26/2005 | 158,254.61 |
| 10/26/2005 | 350 | 3/10/2004 | 12,083.41 | 10/26/2005 | 2,959.88 |
| 10/26/2005 | 300 | 4/20/2004 | 9,733.34 | 10/26/2005 | 2,537.04 |
| 10/26/2005 | 275 | 3/10/2005 | 10,726.86 | 10/26/2005 | 2,325.62 |
| 10/26/2005 | 325 | 3/10/2004 | 11,215.58 | 10/26/2005 | 2,749.76 |
| 10/26/2005 | 525 | 4/20/2004 | 17,019.10 | 10/26/2005 | 4,441.93 |
| 10/26/2005 | 300 | 3/10/2005 | 11,700.30 | 10/26/2005 | 2,538.25 |
| 10/26/2005 | 2,075 | 3/10/2004 | 71,944.61 | 10/26/2005 | 17,586.34 |
| 10/26/2005 | 600 | 3/11/2004 | 20,606.16 | 10/26/2005 | 5,085.21 |
| 10/26/2005 | 2,100 | 3/11/2004 | 71,596.14 | 10/26/2005 | 17,798.22 |
| 10/26/2005 | 2,400 | 4/20/2004 | 78,064.32 | 10/26/2005 | 20,340.82 |
| 10/26/2005 | 575 | 4/21/2004 | 18,661.97 | 10/26/2005 | 4,873.32 |
| 10/26/2005 | 575 | 4/28/2004 | 19,003.18 | 10/26/2005 | 4,873.32 |
| 10/26/2005 | 3,475 | 3/10/2005 | 136,199.50 | 10/26/2005 | 29,451.82 |
| 10/26/2005 | 1,000 | 3/10/2004 | 34,672.10 | 10/26/2005 | 8,475.35 |
| 10/26/2005 | 300 | 3/11/2004 | 10,303.08 | 10/26/2005 | 2,542.60 |
| 10/26/2005 | 1,100 | 3/11/2004 | 37,502.74 | 10/26/2005 | 9,322.88 |
| 10/26/2005 | 1,250 | 4/20/2004 | 40,658.50 | 10/26/2005 | 10,594.18 |
| 10/26/2005 | 300 | 4/21/2004 | 9,736.68 | 10/26/2005 | 2,542.60 |
| 10/26/2005 | 300 | 4/28/2004 | 9,914.70 | 10/26/2005 | 2,542.60 |
| 10/26/2005 | 800 | 7/1/2004 | 27,648.00 | 10/26/2005 | 6,780.27 |
| 10/26/2005 | 2,100 | 3/10/2005 | 82,307.61 | 10/26/2005 | 17,798.22 |
| 10/26/2005 | 950 | 3/31/2005 | 20,862.00 | 10/26/2005 | 8,051.58 |
| 10/26/2005 | 3,150 | 3/10/2004 | 109,217.11 | 10/26/2005 | 26,697.34 |
| 10/26/2005 | 900 | 3/11/2004 | 30,909.24 | 10/26/2005 | 7,627.81 |
| 10/26/2005 | 3,175 | 3/11/2004 | 108,246.55 | 10/26/2005 | 26,909.21 |
| 10/26/2005 | 3,650 | 4/20/2004 | 118,722.82 | 10/26/2005 | 30,935.00 |
| 10/26/2005 | 850 | 4/21/2004 | 27,587.26 | 10/26/2005 | 7,204.04 |
| 10/26/2005 | 850 | 4/28/2004 | 28,091.65 | 10/26/2005 | 7,204.04 |
| 10/26/2005 | 5,225 | 3/10/2005 | 204,789.17 | 10/26/2005 | 44,283.67 |
| 10/26/2005 | 625 | 3/10/2004 | 21,670.06 | 10/26/2005 | 5,283.58 |
| 10/26/2005 | 600 | 3/11/2004 | 20,606.16 | 10/26/2005 | 5,072.25 |
| 10/26/2005 | 2,075 | 3/11/2004 | 70,743.81 | 10/26/2005 | 17,541.52 |
| 10/26/2005 | 2,400 | 4/20/2004 | 78,064.32 | 10/26/2005 | 20,288.99 |
| 10/26/2005 | 575 | 4/21/2004 | 18,661.97 | 10/26/2005 | 4,860.90 |

| | | | | | |
|---|---|---|---|---|---|
| 10/26/2005 | 575 | 4/28/2004 | 19,003.18 | 10/26/2005 | 4,860.90 |
| 10/26/2005 | 5,100 | 8/10/2004 | 200,007.21 | 10/26/2005 | 43,114.10 |
| 10/26/2005 | 5,050 | 3/10/2005 | 197,930.21 | 10/26/2005 | 42,691.41 |
| 10/26/2005 | 225 | 3/10/2004 | 7,775.67 | 10/26/2005 | 1,899.62 |
| 10/26/2005 | 150 | 4/20/2004 | 4,876.17 | 10/26/2005 | 1,266.42 |
| 10/26/2005 | 175 | 3/10/2005 | 6,833.09 | 10/26/2005 | 1,477.49 |
| 10/26/2005 | 75 | 3/10/2004 | 2,593.84 | 10/26/2005 | 631.41 |
| 10/26/2005 | 100 | 4/20/2004 | 3,257.11 | 10/26/2005 | 841.89 |
| 10/26/2005 | 150 | 3/10/2005 | 5,859.65 | 10/26/2005 | 1,262.83 |
| 10/26/2005 | 75 | 3/10/2004 | 2,593.84 | 10/26/2005 | 631.41 |
| 10/26/2005 | 100 | 4/20/2004 | 3,257.11 | 10/26/2005 | 841.89 |
| 10/26/2005 | 150 | 3/10/2005 | 5,859.65 | 10/26/2005 | 1,262.83 |
| 10/26/2005 | 16,700 | 3/31/2005 | 367,755.71 | 10/26/2005 | 141,538.23 |
| 10/26/2005 | 225 | 3/10/2004 | 7,772.34 | 10/26/2005 | 1,900.28 |
| 10/26/2005 | 200 | 4/20/2004 | 6,495.23 | 10/26/2005 | 1,689.13 |
| 10/26/2005 | 175 | 3/10/2005 | 6,833.09 | 10/26/2005 | 1,477.99 |
| 10/26/2005 | 3,400 | 3/10/2004 | 117,885.14 | 10/26/2005 | 28,816.17 |
| 10/26/2005 | 1,000 | 3/11/2004 | 34,343.60 | 10/26/2005 | 8,475.34 |
| 10/26/2005 | 3,400 | 3/11/2004 | 115,917.56 | 10/26/2005 | 28,816.17 |
| 10/26/2005 | 3,900 | 4/20/2004 | 126,854.52 | 10/26/2005 | 33,053.84 |
| 10/26/2005 | 900 | 4/21/2004 | 29,210.04 | 10/26/2005 | 7,627.81 |
| 10/26/2005 | 900 | 4/28/2004 | 29,744.10 | 10/26/2005 | 7,627.81 |
| 10/26/2005 | 5,550 | 3/10/2005 | 217,527.26 | 10/26/2005 | 47,038.16 |
| 10/26/2005 | 4,275 | 3/10/2004 | 148,223.23 | 10/26/2005 | 36,082.04 |
| 10/26/2005 | 3,625 | 3/11/2004 | 124,495.55 | 10/26/2005 | 30,595.89 |
| 10/26/2005 | 12,600 | 3/11/2004 | 429,576.84 | 10/26/2005 | 106,347.10 |
| 10/26/2005 | 14,450 | 4/20/2004 | 470,012.26 | 10/26/2005 | 121,961.55 |
| 10/26/2005 | 3,400 | 4/21/2004 | 110,349.04 | 10/26/2005 | 28,696.84 |
| 10/26/2005 | 1,050 | 4/28/2004 | 34,701.45 | 10/26/2005 | 8,862.26 |
| 10/26/2005 | 2,350 | 4/28/2004 | 77,665.15 | 10/26/2005 | 19,778.88 |
| 10/26/2005 | 57,450 | 6/11/2004 | 1,956,172.50 | 10/26/2005 | 483,530.57 |
| 10/26/2005 | 40,200 | 3/10/2005 | 1,575,602.82 | 10/26/2005 | 338,345.15 |
| 10/26/2005 | 825 | 3/10/2004 | 28,604.48 | 10/26/2005 | 6,963.21 |
| 10/26/2005 | 750 | 3/11/2004 | 25,757.70 | 10/26/2005 | 6,330.18 |
| 10/26/2005 | 2,575 | 3/11/2004 | 87,790.51 | 10/26/2005 | 21,733.63 |
| 10/26/2005 | 2,900 | 4/20/2004 | 94,327.72 | 10/26/2005 | 24,476.71 |
| 10/26/2005 | 700 | 4/21/2004 | 22,718.92 | 10/26/2005 | 5,908.17 |
| 10/26/2005 | 450 | 4/28/2004 | 14,872.05 | 10/26/2005 | 3,798.11 |
| 10/26/2005 | 250 | 4/28/2004 | 8,262.25 | 10/26/2005 | 2,104.14 |
| 10/26/2005 | 11,850 | 6/11/2004 | 403,492.50 | 10/26/2005 | 99,736.07 |
| 10/26/2005 | 8,300 | 3/10/2005 | 325,311.03 | 10/26/2005 | 69,857.33 |
| 10/26/2005 | 625 | 3/10/2004 | 21,670.06 | 10/26/2005 | 5,297.10 |
| 10/26/2005 | 200 | 3/11/2004 | 6,868.72 | 10/26/2005 | 1,695.07 |
| 10/26/2005 | 675 | 3/11/2004 | 23,013.05 | 10/26/2005 | 5,720.86 |
| 10/26/2005 | 800 | 4/20/2004 | 26,021.44 | 10/26/2005 | 6,780.27 |
| 10/26/2005 | 175 | 4/21/2004 | 5,679.73 | 10/26/2005 | 1,483.18 |
| 10/26/2005 | 175 | 4/28/2004 | 5,783.58 | 10/26/2005 | 1,483.18 |
| 10/26/2005 | 1,150 | 3/10/2005 | 45,073.22 | 10/26/2005 | 9,746.64 |
| 10/26/2005 | 125 | 3/10/2004 | 4,334.01 | 10/26/2005 | 1,059.41 |
| 10/26/2005 | 50 | 3/11/2004 | 1,717.18 | 10/26/2005 | 423.77 |
| 10/26/2005 | 200 | 3/11/2004 | 6,818.68 | 10/26/2005 | 1,695.07 |
| 10/26/2005 | 200 | 4/20/2004 | 6,505.36 | 10/26/2005 | 1,695.07 |

| | | | | | |
|---|---|---|---|---|---|
| 10/26/2005 | 50 | 4/21/2004 | 1,622.78 | 10/26/2005 | 423.77 |
| 10/26/2005 | 50 | 4/28/2004 | 1,652.45 | 10/26/2005 | 423.77 |
| 10/26/2005 | 300 | 3/10/2005 | 11,758.23 | 10/26/2005 | 2,542.60 |
| 10/26/2005 | 350 | 3/10/2004 | 12,135.23 | 10/26/2005 | 2,966.38 |
| 10/26/2005 | 100 | 3/11/2004 | 3,434.36 | 10/26/2005 | 847.53 |
| 10/26/2005 | 375 | 3/11/2004 | 12,785.03 | 10/26/2005 | 3,178.25 |
| 10/26/2005 | 400 | 4/20/2004 | 13,010.72 | 10/26/2005 | 3,390.14 |
| 10/26/2005 | 100 | 4/21/2004 | 3,245.56 | 10/26/2005 | 847.53 |
| 10/26/2005 | 100 | 4/28/2004 | 3,304.90 | 10/26/2005 | 847.53 |
| 10/26/2005 | 625 | 3/10/2005 | 24,496.31 | 10/26/2005 | 5,297.09 |
| 10/26/2005 | 350 | 3/10/2004 | 12,135.23 | 10/26/2005 | 2,966.38 |
| 10/26/2005 | 100 | 3/11/2004 | 3,434.36 | 10/26/2005 | 847.53 |
| 10/26/2005 | 375 | 3/11/2004 | 12,785.03 | 10/26/2005 | 3,178.25 |
| 10/26/2005 | 400 | 4/20/2004 | 13,010.72 | 10/26/2005 | 3,390.14 |
| 10/26/2005 | 100 | 4/21/2004 | 3,245.56 | 10/26/2005 | 847.53 |
| 10/26/2005 | 100 | 4/28/2004 | 3,304.90 | 10/26/2005 | 847.53 |
| 10/26/2005 | 625 | 3/10/2005 | 24,496.31 | 10/26/2005 | 5,297.09 |
| | 3125150 | | 101,038,160 | | 36,709,636 |

(64,328,524)