USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                        :
UNITED STATES OF AMERICA          GENERAL ORDER OF FORFEITURE
                        :
       -v.-                    S1 08 Cr. 181 (TGP)
                        :
MARIO S. LEVIS,
   a/k/a "Sammy Levis,"       :

        Defendant.     :
- - - - - - - - - - - - - - - - - - x

        WHEREAS, on February 18, 2010, MARIO S. LEVIS, a/k/a "Sammy Levis" (the "defendant"), was charged in a five-count Superseding Indictment, S1 08 Cr. 181 (TGP) (the "Indictment"), with securities fraud, in violation of Title 15, United States Code, Sections 78j(b) and 78ff, Title 17, Code of Federal Regulations, Section 240.10b-5, and Title 18, United States Code, Section 2 (Count One); and wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2 (Counts Two through Five);

        WHEREAS, the Indictment included a forfeiture allegation seeking, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, the forfeiture of all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses alleged in the Indictment;

        WHEREAS, on April 29, 2010, a jury in the Southern District of New York found the defendant guilty of Count One, Three, and Five of the Indictment;

WHEREAS, pursuant to Rule 32.2(b)(2)(C) the Court cannot calculate the total amount of the Money Judgment;

WHEREAS, on November 16, 2010, the defendant was sentenced and the Court entered, pursuant to Rule 32.2(b)(2)(C), a General Order of Forfeiture;

WHEREAS, once the amount of the Money Judgment has been calculated, the Court shall amend this Order, pursuant to Rule 32.2(b)(2)(C)(iii) and Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offenses charged in Counts One, Three, and Five of the Indictment, for which the defendant was found guilty, a General Order of Forfeiture shall be entered against the defendant.

2. Once the amount of the Money Judgment has been calculated, the Court shall amend the Order, pursuant to Rule 32.2(b)(2)(C)(iii) and Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure;

3. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

4. The Clerk of the Court shall forward two certified copies of this Order to Assistant United States Attorney David I. Miller, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
       November 16, 2010

SO ORDERED:

_____
HONORABLE THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE