UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
:
UNITED STATES OF AMERICA                         :
                                                 :   08 Cr. 181 (TPG)
– against –                                      :
                                                 :   **ORDER**
MARIO S. LEVIS,                                  :
a/k/a "Sammy Levis,"                             :
                                                 :
                            Defendant.           :
                                                 :
------------------------------------------------x

Defendant moved for a new trial on June 30, 2010. The motion is denied.

SO ORDERED.

Dated: New York, New York
       November 19, 2010

                                   Thomas P. Griesa
                                   U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/10