UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

    - against -

MARIO S. LEVIS, a/k/a "Sammy Levis",

          Defendant.
-----------------------------------------------------------x

08 Cr. 181 (TPG)

**NOTICE OF APPEAL**

Notice is hereby given that Mario Levis appeals to the United States Court of Appeals for the Second Circuit from the judgment entered in this action on November 19, 2010.

This appeal concerns: Conviction only.

Defendant found guilty by trial.

Offense occurred after November 1, 1987.

Date of sentence: November 16, 2010.

Bail/Jail Disposition: Not committed.

Appellant is represented by counsel.

| | |
|---|---|
| Defendant's Counsel: | Elliot H. Scherker, Esq. |
| | Jesus E. Cuza, Esq. |
| Counsel's Address: | Greenberg Traurig, P.A. |
| | 333 S.E. 2d Avenue (Avenue of the Americas) |
| | Suite 4400 |
| | Miami, FL 33131 |
| | (305) 579-0500 |
| | |
| | Jeffrey B. Sklaroff, Esq. |
| | Greenberg Traurig, LLP |
| | 200 Park Avenue |
| | New York, NY 10166 |
| | (212) 801-9200 |
| | |
| | Roy Black, Esq. |
| | Howard M. Srebnick, Esq. |
| | Black Srebnick Kornspan Stumpf |
| | 201 S. Biscayne Boulevard, Suite 1300 |
| | Miami, FL 33131 |
| | (305) 371-6421 |

| | |
|---|---|
| Assistant U.S. Attorney: | David I. Miller |
| | Marc Litt |
| AUSA's Address: | One St. Andrew's Plaza |
| | New York, NY  10007 |
| AUSA's Phone: | (212) 637-2200 |