



Roy Black
Howard M. Srebnick
Scott A. Kornspan
Larry A. Stumpf
Maria Neyra
Jackie Perczek
Mark A.J. Shapiro
Jared Lopez

Jessica Fonseca-Nader
Kathleen P. Phillips
Marcos Beaton, Jr.
Jenifer J. Soulikias
Noah Fox
Joshua Shore

Email:   mneyra@royblack.com

November 30, 2010

**BY FAX**
The Honorable Thomas P. Griesa
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1630
New York, New York 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/10

Re:  **United States v. Mario S. Levis**
     **08 Cr. 181 (TPG)**

Dear Judge Griesa:

The Defendant, Mario S. Levis, through counsel and without objection from the government, respectfully requests permission to travel from San Juan, Puerto Rico to Beaver Creek in Eagle County, Colorado from December 29, 2010 through January 8, 2011. Mr. Levis along with his family members - his wife, daughters, siblings and elderly mother - would like to travel to Eagle County, Colorado for the holidays and as a belated birthday gift to Mr. Levis's nine year old daughter.

The proposed trip to Eagle County would require an overnight layover in Houston on December 29, 2010 with an overnight stay in Newark upon the return flight to San Juan on January 7, 2011, (travel to the district of New Jersey is already approved as part of the defendant's release conditions). Assistant United States Attorney David Miller advised that the government consents to the proposed travel. United States Probation Officer August Castro, likewise, has no

*Approved.* Thomas P. Griesa (USDJ) 12/2/10

201 S. Biscayne Boulevard, Suite 1300, Miami, Florida 33131  |  (P) 305-371-6421  |  (F) 305-358-2006  |  www.royblack.com

November 30, 2010
Page 2

objection. Subject to your Honor's permission, a more detailed itinerary will be forwarded to the government and Officer Castro.

    Mr. Levis, therefore, requests that this Honorable Court grant him permission to travel with his family to Beaver Creek in Eagle County, Colorado from December 29, 2010 through January 8, 2011. Thank you for your consideration.

                         Respectfully submitted,

                         *Maria Neyra*
                         Maria Neyra