# Exhibit G

EX-99.1 2 g21976exv99w1.htm EX-99.1

**EXHIBIT 99.1**



PO Box 71528 San Juan PR 00936-8628

### Doral Financial Corporation Reports Financial Results for the Fourth Quarter and Year Ended December 31, 2009

### Reports Net Income of $3.7 million for the Quarter Ended December 31, 2009, the Third Consecutive Quarter of Net Income

### Capital Exceeds Well Capitalized Benchmarks

SAN JUAN, Puerto Rico — February 2, 2010 — Doral Financial Corporation (NYSE:DRL) ("Doral" or the "Company"), the holding company of Doral Bank, a leading community bank based in Puerto Rico, and Doral Bank FSB in New York City, reported net income of $3.7 million for the quarter ended December 31, 2009, compared with net income of $13.2 million for the quarter ended September 30, 2009 and a net loss of $315.8 million for the quarter ended December 31, 2008. For the year ended December 31, 2009, the Company reported a net loss of $21.1 million compared to a net loss of $318.3 million for the same period in 2008.

The Company reported net loss attributable to common shareholders and diluted loss per share of $16.9 million and $0.29, respectively, for the fourth quarter of 2009 compared to net income attributable to common shareholders and diluted income per share of $10.0 million and $0.17, respectively, for the third quarter of 2009, and net loss attributable to common shareholders and diluted loss per share of $324.2 million and $6.02, respectively for the fourth quarter of 2008. The conversion of preferred stock to common stock in the fourth quarter of 2009 reduced income attributable to common shareholders by $18.0 million, but increased common equity by $52.2 million and had no effect on total equity. The Company reported net loss attributable to common shareholders and diluted loss per share of $45.6 million and $0.81, respectively for the year ended December 31, 2009 compared to $351.6 million and $6.53, respectively for the year ended December 31, 2008.

"After reporting three consecutive positive quarters, we have demonstrated a more stable performance in a difficult economic environment. As we expect the economic challenges to continue, we will remain focused on improving operating fundamentals, providing solutions to our customers and improving the quality of life in our communities," said Glen Wakeman, CEO and President of Doral Financial Corporation.

- **The fourth quarter 2009 net income of $3.7 million was the result of the following:**
    - Net interest income of $45.9 million.
    - Provision for loan losses of $15.0 million.
    - Gain on sale of securities of $29.1 million.
    - Other-than-temporary impairment ("OTTI") of $13.5 million.
    - Other non-interest income, excluding securities gains and OTTI, of $24.0 million.
    - Operating expenses of $68.6 million.