# Exhibit H

# doral | Conclusion


**Well positioned to benefit from restructuring of the Puerto Rican banking industry**
- Majority of operations based in Puerto Rico
- 35 branches
- $10 billion+ in assets


**Bank has been transformed into a sound institution**
- Recapitalization completed in mid-2007
- FDIC regulatory issues resolved
- Operating as a "well capitalized" bank and profitable for the past two quarters


**Asset quality has stabilized**
- Tightened underwriting standards
- Implemented NPA reduction plan
- Strengthened risk management and culture of compliance


**High quality management team in place**
- New CEO joined August 2006
- Executive management ranks overhauled

17