


**BLACK SREBNICK KORNSPAN STUMPF**
TRIAL ATTORNEYS

Roy Black
Howard M. Srebnick
Scott A. Kornspan
Larry A. Stumpf
Maria Neyra
Jackie Perczek
Mark A.J. Shapiro
Jared Lopez

Jessica Fonseca-Nader
Kathleen P. Phillips
Marcos Beaton, Jr.
Jenifer J. Soulikias
Noah Fox
Joshua Shore

Email:  MNeyra@royblack.com

February 7, 2011

VIA FACSIMILE
Honorable Thomas P. Griesa
United States District Judge
500 Pearl Street, Room 1630
New York, New York 10007-1312

Re:   *United States v. Levis*, No. 08-CR-181 (TPG)

Dear Judge Griesa:

    Following Mr. Levis's submission on restitution, undersigned counsel learned that the proceedings in *Mario S. Levis v. Doral Financial Corporation*, No. 602521/09 (N.Y.Sup.Ct.) were ordered to remain confidential by former New York State Supreme Court Justice James A. Yates. Accordingly, we have no objection to removing Document Entry 113, titled Defendant's Submission on Restitution, and Document Entry 113-5, described as Exhibit E, Transcript of Proceedings in *Mario S. Levis v. Doral Financial Corporation*, No. 602521/09 (N.Y.Sup.Ct.), at pg. 5, from the public record. As to Document Entry 113, we would like to substitute the filing with the attached version, which has the confidential information redacted. As we conveyed to your law clerk on Friday, February 4, 2011, we apologize for the inconvenience.

Sincerely,

Maria Neyra

So ordered.
Thomas P. Griesa
USDJ  2/7/11

201 S. Biscayne Boulevard, Suite 1300, Miami, Florida 33131 | (P) 305-371-6421 | (F) 305-358-2006 | www.royblack.com