COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
UNITED STATES OF AMERICA,
:      08 Cr. 181 (TPG)
- against -
:      **AMENDED NOTICE OF APPEAL**
MARIO S. LEVIS, a/k/a "Sammy Levis",
:
            Defendant.
------------------------------------------------------------x

      Notice is hereby given that Mario Levis appeals to the United States Court of Appeals for the Second Circuit from the amended judgment entered in this action on March 2, 2011.

      This appeal concerns: Conviction and Sentence.

      Defendant found guilty by trial.

      Offense occurred after November 1, 1987.

      Date of initial sentence: November 16, 2010.

      Date of judgment: November 19, 2010.

      Date of amended judgment: March 2, 2011.

      Bail/Jail Disposition: Not committed.

      Appellant is represented by counsel.

FILED U.S. DC
MAR 07 2011
S.D. OF N.Y.

| | |
|---|---|
| Defendant's Counsel: | Elliot H. Scherker, Esq. |
| | Jesus E. Cuza, Esq. |
| Counsel's Address: | Greenberg Traurig, P.A. |
| | 333 S.E. 2d Avenue (Avenue of the Americas) |
| | Suite 4400 |
| | Miami, FL 33131 |
| | (305) 579-0500 |
| | |
| | Jeffrey B. Sklaroff, Esq. |
| | Greenberg Traurig, LLP |
| | 200 Park Avenue |
| | New York, NY 10166 |
| | (212) 801-9200 |

                                  Roy Black, Esq.
                                  Howard M. Srebnick, Esq.
                                  Black Srebnick Kornspan Stumpf
                                  201 S. Biscayne Boulevard, Suite 1300
                                  Miami, FL  33131
                                  (305) 371-6421

| | |
|---|---|
| Assistant U.S. Attorney: | David I. Miller |
| AUSA's Address: | One St. Andrew's Plaza<br>New York, NY  10007 |
| AUSA's Phone: | (212) 637-2200 |