

## CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

### TO BE COMPLETED BY ATTORNEY:

**CASE NAME:** United States of America v. Levis

**DOCKET NUMBER:** 10-4819

**COUNSEL'S NAME:** Jeffrey B. Sklaroff

**COUNSEL'S ADDRESS:** MetLife Building 200 Park Avenue
New York, New York 10166

**COUNSEL'S PHONE:** 212-801-9200

FILED U.S. DC
MAR 07 2011
S.D. OF N.Y.

### QUESTIONNAIRE

☐ I am ordering a transcript.
☑ I am not ordering a transcript.   Reason: ☑ Daily copy available   ☐ U.S. Atty. placed order
                                              ☐ Other (attach explanation)

### TRANSCRIPT ORDER

Prepare transcript of

☐ Pre-trial proceedings: _____
                         (Description & Dates)

☐ Trial: _____
         (Description & Dates)

☐ Sentencing: _____
              (Description & Dates)

☐ Post-trial proceedings: _____
                          (Description & Dates)

I, _____, hereby certify that I will make satisfactory arrangements with
   (counsel's name)

the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: ☐ Funds   ☐ CJA Form 24

_Jeffrey B. Sklaroff_ (signature)        3/7/11
Counsel's Signature                       Date

### TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:

### ACKNOWLEDGMENT

Date order received: _____        Estimated Number of Pages: _____

Estimated completion date: _____

_____               _____
Court Reporter's Signature                Date

After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.