```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/15/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
:
UNITED STATES OF AMERICA         :
                                 :    08 Cr. 181 (TPG)
        – against –              :
                                 :    **ORDER**
MARIO S. LEVIS,                  :
a/k/a "Sammy Levis,"             :
                                 :
            Defendant.           :
                                 :
------------------------------------------------x

On March 10, 2011, defendant moved to stay the payment of restitution pending the outcome of his appeal, pursuant to Fed. R. Crim. P. 38(e)(1).

The motion is granted.

SO ORDERED.

Dated:  New York, New York
        March 15, 2011

_____
Thomas P. Griesa
U.S.D.J.