Criminal Notice of Appeal - Form A

## SECOND AMENDED
## NOTICE OF APPEAL

**United States District Court**

Southern _____ District of New York _____

Caption:

United States of America v.

Mario S. Levis, a/k/a "Sammy Levis"

Docket No.: 08 Cr. 181

Thomas P. Griesa
(District Court Judge)

Notice is hereby given that Mario Levis _____ appeals to the United States Court of
Appeals for the Second Circuit from the judgment [ SECOND AMENDED ✓ ], other [ ] _____
(specify)

entered in this action on March 14, 2011
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✓]   Other [ ]

Defendant found guilty by plea [ ]   trial [✓]   N/A [ ]

Offense occurred after November 1, 1987?   Yes [✓]   No [ ]   N/A [ ]

Date of sentence: November 16, 2010   N/A [ ]

Bail/Jail Disposition: Committed [ ]   Not committed [✓]   N/A [ ]

Date of judgment: November 19, 2010.
Date of amended judgment: March 2, 2011.
Date of second amended judgment: March 14, 2011.

Appellant is represented by counsel? Yes [✓]   No [ ]   If yes, provide the following information:

Defendant's Counsel:   Elliot H. Scherker, Esq., Jesus E. Cuza, Esq.

Counsel's Address:   Greenberg Traurig, P.A.

333 S.E. 2d Avenue, Miami, FL 33131

Counsel's Phone:   (305) 579-0500

Assistant U.S. Attorney:   David I. Miller, Katherine Polk Failla

AUSA's Address:   One St. Andrew's Plaza

New York, New York  10007

AUSA's Phone:   (212) 637-2200

Criminal Notice of Appeal - Form A (Continued)

Defendant's Counsel:        Jeffrey B. Sklaroff, Esq.
                            Greenberg Traurig, LLP
                            200 Park Avenue
                            New York, NY 10166
                            (212) 801-9200

                            Roy Black, Esq.
                            Howard M. Srebnick, Esq.
                            Black Srebnick Kornspan Stumpf
                            201 S. Biscayne Boulevard, Suite 1300
                            Miami, FL  33131
                            (305) 371-6421