**MEMO ENDORSED**



RECEIVED APR 18 2011 CHAMBERS OF JUDGE GRIESA

**BLACK SREBNICK KORNSPAN STUMPF**
TRIAL ATTORNEYS

Roy Black
Howard M. Srebnick
Scott A. Kornspan
Larry A. Stumpf
Maria Neyra
Jackie Perczek
Mark A.J. Shapiro
Jared Lopez

Jessica Fonseca-Nader
Kathleen P. Phillips
Marcos Beaton, Jr.
Jenifer J. Soulikias
Noah Fox
Joshua Shore

Email: RBlack@royblack.com

April 18, 2011

Honorable Thomas P. Griesa
United States District Judge
Southern District of New York
500 Pearl Street, Room 1630
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/18/11

RE: **United States v. Mario S. Levis**
**Case No. 08-CR-00181**

Dear Judge Griesa:

We represent Mario S. Levis, a defendant whose case is pending appeal. One of Mr. Levis's treating physician wishes for Mr. Levis to submit to more intensive treatment for ▓▓▓▓▓▓▓▓▓▓. The physician is recommending ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Undersigned counsel conferred with Probation Officer August Castro who does not oppose the recommended treatment. Mr. Levis's post-conviction bail conditions, however, limit travel to certain districts. Accordingly, he respectfully requests permission to travel to ▓▓▓▓▓▓ for purposes of participating in the ▓▓▓▓▓▓▓▓▓▓ proposed. We have forwarded a proposed itinerary to Probation and will remain in contact with Mr. Castro. Thank you kindly for your consideration.

Most respectfully,

Roy E. Black

[Handwritten endorsement:]
Memo endorsed
Granted
USDJ
4-18-11

201 S. Biscayne Boulevard, Suite 1300, Miami, Florida 33131 | (P) 305-371-6421 | (F) 305-358-2006 | www.royblack.com