


**BLACK SREBNICK KORNSPAN STUMPF**
TRIAL ATTORNEYS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/19/11

**MEMO ENDORSED**

Roy Black
Howard M. Srebnick
Scott A. Kornspan
Larry A. Stumpf
Maria Neyra
Jackie Perczek
Mark A.J. Shapiro
Jared Lopez

Jessica Fonseca-Nader
Kathleen P. Phillips
Marcos Beaton, Jr.
Jenifer J. Soulikias
Noah Fox
Joshua Shore

Email: MNeyra@royblack.com

April 19, 2011

Honorable Thomas P. Griesa
United States District Judge
Southern District of New York
500 Pearl Street, Room 1630
New York, New York 10007-1312

RE: **United States v. Mario S. Levis**
**Case No. 08-CR-00181**

Dear Judge Griesa:

We respectfully request that docket entry 123, titled Endorsed Memo requesting permission to travel, be substituted with the attached redacted version so as to protect Mr. Levis's personal health information and the identity of his healthcare provider. Maintaining the confidentiality of this information comports with the manner in which the Court and U.S. Probation have dealt with Mr. Levis's medical history. We apologize for the inconvenience and thank you kindly for the consideration.

Most respectfully,

Linda Aguirre,
Paralegal for
Maria Neyra

Approved;
Thomas P. Griesa
USDJ
4/19/11

201 S. Biscayne Boulevard, Suite 1300, Miami, Florida 33131 | (P) 305-371-6421 | (F) 305-358-2006 | www.royblack.com

**MEMO ENDORSED**



RECEIVED APR 18 2011 CHAMBERS OF JUDGE GRIESA

**BLACK SREBNICK KORNSPAN STUMPF**
TRIAL ATTORNEYS

Roy Black
Howard M. Srebnick
Scott A. Kornspan
Larry A. Stumpf
Maria Neyra
Jackie Perczek
Mark A.J. Shapiro
Jared Lopez

Jessica Fonseca-Nader
Kathleen P. Phillips
Marcos Beaton, Jr.
Jenifer J. Soulikias
Noah Fox
Joshua Shore

Email: RBlack@royblack.com

April 18, 2011

Honorable Thomas P. Griesa
United States District Judge
Southern District of New York
500 Pearl Street, Room 1630
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/19/11

RE: **United States v. Mario S. Levis**
**Case No. 08-CR-00181**

Dear Judge Griesa:

We represent Mario S. Levis, a defendant whose case is pending appeal. One of Mr. Levis's treating physician wishes for Mr. Levis to submit to more intensive treatment for                . The physician is recommending                . Undersigned counsel conferred with Probation Officer August Castro who does not oppose the recommended treatment. Mr. Levis's post-conviction bail conditions, however, limit travel to certain districts. Accordingly, he respectfully requests permission to travel to           for purposes of participating in the           proposed. We have forwarded a proposed itinerary to Probation and will remain in contact with Mr. Castro. Thank you kindly for your consideration.

Most respectfully,

Roy E. Black

[handwritten endorsement]
USDJ
4-18-11

201 S. Biscayne Boulevard, Suite 1300, Miami, Florida 33131 | (P) 305-371-6421 | (F) 305-358-2006 | www.royblack.com