


Roy Black
Howard M. Srebnick
Scott A. Kornspan
Larry A. Stumpf
Maria Neyra
Jackie Perczek
Mark A.J. Shapiro
Jared Lopez
Marcos Beaton, Jr.

Jessica Fonseca-Nader
Kathleen P. Phillips
Jenifer J. Soulikias
Noah Fox
Joshua Shore

Email:  MNeyra@royblack.com

June 30, 2011

Honorable Thomas P. Griesa
United States District Judge
Southern District of New York
500 Pearl Street, Room 1630
New York, NY 10007-1312

### RE:  *United States v. Mario S. Levis*, Case No. 08-CR-181

Dear Judge Griesa:

I am writing on behalf of our client, Mario S. Levis, to respectfully request a modification of the terms of his bond. Specifically, Mr. Levis is requesting that the securities (Ginnie Mae Bonds or "GNMA bonds") pledged as collateral to secure the $10 million personal surety bond co-signed by his mother and sister be reduced to $1 million in value. The government consents to the modification proposed as does Probation. The collateral pledged is on deposit with Santander Securities[1] in a brokerage account titled Aida Marquez pledged for the benefit of the Southern District of New York in *United States v. Mario S. Levis*, Case No. 08-CR-181. Mr. Levis, his mother, Aida Marquez, and his sister, Aidiliza Levis, understand that as personal sureties, they continue to be jointly and severally bound to pay the sum of $10,000,000 to the United States for Mr. Levis's appearance. *See* DE #5, courtesy copy attached.

---

[1] Santander Securities is located at Santander Tower, B7 Tabonuco Street, Suite 1800 in Guaynabo, Puerto Rico 00968.

Judge Griesa
June 30, 2011
Page 2

The modification is needed in order to financially assist Mr. Levis's retired, 72-year old mother. As a short recap, Mr. Levis voluntarily surrendered to authorities on March 6, 2008. He was released on bail upon the return of the indictment. Mr. Levis has appeared at all court proceedings, including pretrial hearings and throughout the five-week trial. Your Honor continued Mr. Levis's bail pending appeal. Mr. Levis has filed a timely appeal of his conviction. He also executed and filed a voluntarily universal waiver of extradition and continues to abide fully with the bail conditions set. Given Mr. Levis's history before this Court, we believe that the unopposed modification is appropriate. We ask that your Honor please instruct Santander Securities's Compliance Officer to release GNMA bonds valued at $9,000,000 from the designated brokerage account, titled Aida Marquez pledged for the benefit of the Southern District of New York in *United States v. Mario S. Levis*, Case No. 08-CR-181, to Aida Marquez. See DE #24, courtesy copy attached. Thank you for your consideration.

Most respectfully,

*Maria Neyra* (signature)
Maria Neyra

So ordered.
*Barbara* (signature)
6/30/11

w/attachments

cc: AUSA David I. Miller
    AUSA Brent Wible
    USPO August Castro
    Ana Suarez, Santander Securities Compliance Officer

BLACK SREBNICK KORNSPAN STUMPF