

BLACK
SREBNICK
KORNSPAN
STUMPF
TRIAL ATTORNEYS

Roy Black
Howard M. Srebnick
Scott A. Kornspan
Larry A. Stumpf
Maria Neyra
Jackie Perczek
Mark A.J. Shapiro
Jared Lopez
Marcos Beaton, Jr.

Jessica Fonseca-Nader
Kathleen P. Phillips
Jenifer J. Soulikias
Noah Fox
Joshua Shore

Email: MNeyra@royblack.com

# MEMO ENDORSED

October 3, 2011

**RECEIVED** OCT 03 2011 CHAMBERS OF JUDGE GRIESA

**BY FAX**
The Honorable Thomas P. Griesa
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1630
New York, New York 10007

Re: **United States v. Mario S. Levis**
**08 Cr. 181 (TPG)**

Dear Judge Griesa:

The Defendant, Mario S. Levis, through counsel and without objection from Probation or the government, respectfully requests permission to travel from San Juan, Puerto Rico to Stowe, Vermont, with his wife and two daughters, for the holidays from January 3 through January 8, 2012.

The proposed return flight to San Juan on January 8, 2012 would require a stop in Orlando, FL. Subject to your Honor's permission, a more detailed itinerary will be forwarded to the government and Probation. Thank you for your consideration.

Respectfully submitted,

Maria Neyra

Approved. Thomas P. Griesa USDJ 10/4/11

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/4/11